1            UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT OF OHIO

3                 WESTERN DIVISION

4             CASE NO. 1:16-cv-01075

5                      - - -

6

7

8  FREDERICK HOLLOWAY,    -vs-  KINGS DODGE, INC.,
                                et al.,
9

10  Plaintiff,                  Defendants.

11

12                     - - -

13

14            Deposition of ROBERT C. REICHERT, a witness

15  herein, taken by the Plaintiff as upon

16  cross-examination and pursuant to the Federal Rules of

17  Civil Procedure and Notice and agreement of counsel as

18  to time and place and stipulations hereinafter set

19  forth at the offices of Cors & Bassett, LLC,

20  PNC Center, 201 East Fifth Street, Suite 900,

21  Cincinnati, Ohio, on Monday, August 7, 2017, at

22  1:53 p.m., before Pamela L. Jackson, a Notary Public

23  within and for the State of Ohio.

24

25                     - - -

2

```
 1                    I N D E X

 2   Witness:                                 Page:

 3   ROBERT C. REICHERT

 4

 5   Cross-Examination
     By Mr. Butler, Esq.                        5
 6

 7   Plaintiff's Exhibit No.:          Page Marked:
```

```
 8   17 ..........................................   26
          (Kings Dodge, Inc., Job Description For
 9        Salesperson)

10   18 ..........................................   30
          (Defendant's Responses To Plaintiff's First Set
11        Of Document Requests)

12   19 ..........................................   45
          (Email To jeepbigyella@aol.com And Others From
13        Rachel Lemmel Dated 12/16/14)

14   20 ..........................................   54
          (Position Statement Of Kings Dodge, Inc.)
15
     21 ..........................................   62
16        (List Of Employees)
```

```
17

18

19

20

21

22

23

24

25
```

```
 1   APPEARANCES:

 2         For the Plaintiff:

 3                     Brian J. Butler, Esq.
                            of
 4                     Mezibov Butler
                       615 Elsinore Place, Suite 105
 5                     Cincinnati, Ohio  45202
                       Phone: 513.621.8800
 6

 7         For the Defendants:

 8                     Curtis L. Cornett, Esq.
                            of
 9                     Cors & Bassett, LLC
                       PNC Center
10                     201 East Fifth Street, Suite 900
                       Cincinnati, Ohio  45202
11                     Phone: 513.852.8200

12

13         Also Present:

14                     Frederick Holloway

15

16                            -  -  -

17

18

19

20

21

22

23

24

25
```

1                    S T I P U L A T I O N S

2                    It is stipulated by and between counsel

3    for the respective parties that the deposition of

4    ROBERT C. REICHERT, a witness herein, called as upon

5    cross-examination by the Plaintiff, may be taken at

6    this time and place pursuant to the Federal Rules of

7    Civil Procedure and Notice and agreement of counsel as

8    to time and place of taking said deposition; that the

9    deposition was recorded in stenotypy by the court

10   reporter, Pamela L. Jackson, and transcribed out of

11   the presence of the witness; and that said deposition

12   is to be submitted to the witness for his examination

13   and signature, and that signature may be affixed out

14   of the presence of the Notary Public.

15

16                              – – –

17

18

19

20

21

22

23

24

25

```
 1                    ROBERT C. REICHERT

 2   of lawful age, a witness herein, being first duly

 3   sworn as hereinafter certified, was examined and

 4   deposed as follows:

 5                    CROSS-EXAMINATION

 6   BY MR. BUTLER:

 7        Q         Good afternoon, Mr. Reichert.  I'm

 8   Brian Butler.  We have met a few times.

 9                    Could you please state your full

10   name for the record?

11        A         Certainly.  It's Robert Charles

12   Reichert, R-e-i-c-h-e-r-t.

13        Q         Okay.  Mr. Reichert, have you had

14   your deposition taken before?

15        A         I have.

16        Q         Okay.  So you know the ground

17   rules.  If you don't understand the question, let me

18   know.  Do your best to give yeses and noes versus head

19   nods or uh-huhs.  Let me finish my question before you

20   start giving your answer.

21                    Is it all right if I call you Bob?

22        A         Yes, certainly.

23        Q         Okay.  Now, Bob, you have a law

24   degree; correct?

25        A         Yes.
```

1      Q            Where did you do your undergrad

2  education?

3      A            University of Cincinnati.

4      Q            Okay.  And where did you get your

5  law degree?

6      A            At Southland University in

7  Pasadena, California.

8      Q            Did you practice law at any point?

9      A            Only for my company.  I never have

10  taken clients -- Well, I had a cousin that got in

11  trouble once -- but other than that, no.

12      Q            What year did you get your law

13  degree?

14      A            1984.

15      Q            All right.  Is your law license

16  active?

17      A            Yes.

18      Q            Have you done any training or taken

19  any courses in Labor or Employment Law?

20      A            Yes.

21      Q            What kind of courses have you

22  taken?

23      A            Most of the CLE courses that I take

24  every year to fulfill the requirements of Ohio and

25  California are Labor/Employment courses.

```
 1          Q          Have those courses focused on the

 2   Americans With Disabilities Act and the

 3   Family And Medical Leave Act?

 4          A          I wouldn't say they focused on, but

 5   they're certainly included in the courses.

 6          Q          Okay.  I want to ask you a little

 7   about Kenwood Dealer Group.  When did it form?

 8          A          1975.

 9          Q          All right.  Were you a part of it

10   when it formed?

11          A          Yes.

12          Q          All right.  Who are your partners

13   in it currently or co-shareholders or however it's

14   organized?

15          A          My son, Steven Reichert,

16   Jeffrey Carmichael, Daniel Mercurio, M-e-r-c-u-r-i-o,

17   Allen D. Vaught, V-a-u-g-h-t, Robert Schoenhoft.

18          Q          Okay.  And have they all -- Well,

19   are there partners who used to -- people who used to

20   be partners that are no longer partners?

21          A          Yes.

22          Q          And have any of those departed

23   within the last, say, five years?

24          A          Yes.

25          Q          All right.  Who are those?
```

1          A          Gerald Carmichael and

2     Lawrence Feldhaus.

3          Q          Who was the Carmichael you said

4     that is currently a shareholders?

5          A          Jeffrey Carmichael.

6          Q          Okay.

7          A          And Mark Pittman.  I'm sorry.

8     That's a departed shareholder, Mark Pittman.

9          Q          Is it a corporation?  Is it an LLC?

10         A          Corporation.

11         Q          Are you the majority shareholder?

12         A          Yes.

13         Q          What roles do you hold for

14    Kenwood Dealer Group?  What role do you perform?

15         A          House Counsel.

16         Q          Any others?

17         A          Not really.

18         Q          What about in the last five

19    years -- Did you hold any other titles?

20         A          I have never held a different

21    title.  Maybe my job description changed slightly.

22    The General Managers of the dealerships used to report

23    to me.  Now they report to my son.  He has taken over

24    the -- more of the business end, the sales and --

25    sales and advertising.

```
 1          Q          Who is the President of

 2   Kenwood Dealer Group?

 3          A          Currently it's my son.

 4          Q          Okay.  And were you formerly the

 5   President?

 6          A          Yes.

 7          Q          And when did you cease being the

 8   President?

 9          A          Last January.

10          Q          Okay.  Kings Dodge -- How long has

11   Kenwood Dealer Group owned Kings Dodge?

12          A          Kenwood Dealer Group doesn't own

13   any dealerships.  Kings Dodge is an Ohio corporation,

14   a freestanding Ohio corporation.

15          Q          What is the relationship between

16   Kenwood Dealer Group and Kings Dodge?

17          A          Kenwood Dealer Group has a contract

18   with all of the dealerships that have common ownership

19   and provides management services --

20          Q          Okay.

21          A          -- bookkeeping, payroll, accounts

22   receivable, payable, that sort of thing.

23          Q          How long has Kenwood Dealer Group

24   had a contract to run or operate Kings Dodge?

25          A          Since its existence, since its
```

1    beginning, which would be 1988.

2          Q        Do you have an ownership interest

3    in Kings Dodge?

4          A        Yes.

5          Q        It's now Kings Dodge Chrysler Jeep

6    -- Am I missing something -- Ram?

7          A        That would be a DBA.  The name of

8    the corporation is still Kings Dodge.

9          Q        Okay.  But the dealership sells all

10   four of Chrysler's products?

11         A        Correct.

12         Q        How long has that been the case?

13         A        I believe it was 2007 or 8 when

14   Chrysler required the consolidation of all their

15   brands under one roof.

16         Q        Was there -- Did you previously

17   have an ownership interest in a Jeep or Chrysler or --

18   I guess the Ram didn't exist then -- but Jeep or

19   Chrysler dealership?

20         A        Yes.

21         Q        And did you merge those with

22   Kings Dodge?

23         A        Yes.

24         Q        All right.  What level of

25   involvement do you have in the day-to-day operations

1    of Kings Dodge?

2          A          Not a lot.  My involvement would be

3    in the hiring process, discipline, any legal issues

4    that come up, any issues with the manufacturer.  I

5    typically deal with the manufacturer's representatives

6    in the sales and franchise end but not in parts and

7    service.

8          Q          Okay.  Are you involved in

9    termination decisions?

10          A          Yes, usually.

11          Q          What about whether or not to grant

12    a leave of absence for an employee -- Is that

13    something you are involved in?

14          A          Not at the outset.  That would

15    typically be done by our HR lady.

16          Q          How about providing accommodations

17    for disabilities -- Is that something you typically

18    are involved in?

19          A          Yes.

20          Q          How many salespeople does

21    Kings Dodge employ?  I understand it fluctuates, but

22    do you have a rough average?

23          A          Probably 13.

24          Q          What are the duties of a

25    salesperson at Kings Dodge?

```
 1              A       Greet the customers that come into

 2    the dealership, show them the vehicles, negotiate

 3    prices, have their used car appraised, and now the

 4    duties have morphed into responding to inquiries

 5    through any type of electronic media which could be

 6    Facebook, email, Twitter, Pinterist, whatever other

 7    means there may be the salespeople either respond

 8    directly or interact through what we call the BDC

 9    which is the Business Development Center.

10              Q       And what is that?  Is that a

11    software?

12              A       No.  It's a group of people -- And

13    this is actually new to us.  It was previously a few

14    people in each dealership who did nothing but respond

15    to electronic inquiries, whatever the source.  In the

16    last year and a half we moved them all together into

17    the headquarters building so that there's about 20 of

18    them now that respond for all the dealerships.

19              Q       When you say "the headquarters

20    building", you mean Kenwood Dealer Group?

21              A       Right.

22              Q       And where is that building located?

23              A       It's at 4780 Socialville-Foster

24    Road in Mason, Ohio.

25              Q       Is that near the Kings Automall?
```

```
1           A           It's about three miles away.

2           Q           What percentage of a salesperson's

3    job is walking around in the lot versus sitting at a

4    desk and answering phone calls, returning emails,

5    doing paperwork?

6           A           That really would be difficult to

7    say.  It truly depends on how many face-to-face

8    contacts the customer's going to have.  It would be

9    very difficult.  It certainly is a necessary part, but

10   it could be on any given day 10 percent or 80 percent.

11          Q           Okay.  Now, say I walk into

12   Kings Dodge.  Is there a method for assigning a

13   salesperson to me if I don't have an appointment or is

14   it whoever grabs the customer that comes in the door

15   first?

16          A           Whoever grabs the customer.

17          Q           Are leads provided to the sales

18   staff of any kind?

19          A           Well, leads would come in typically

20   through email or Facebook or Twitter, again any one of

21   the social media sites, and now as of a year and a

22   half ago they go directly to the BDC, but prior to

23   that they would go to the salespeople or if the

24   dealership had its own little BDC it would go there

25   first.
```

1          Q          So if someone gets sent to the BDC,

2    that means that person has inquired through Facebook

3    or somehow online about maybe wanting to buy a

4    Dodge Charger.  How does that person then get assigned

5    to a salesperson at Kings Dodge?

6          A          Today?

7          Q          Correct.

8          A          The BDC rep will respond to that

9    inquiry and try to set up an appointment, and then the

10   appointment would be made with one of the salespeople

11   for the customer that has inquired electronically to

12   meet a salesperson at the dealership.

13         Q          How is the salesperson decided --

14   selected for that meeting?

15         A          Randomly.

16         Q          Is there a list that you go 1

17   through 13 or whatever --

18         A          The BDC people have a list of all

19   salespeople and they'll assign -- There might be -- In

20   some cases there might be a truck specialist at some

21   dealerships, but typically it's just a random rotating

22   selection.

23         Q          Prior to the BDC existing how was

24   it handled at Kings Dodge?  You said some dealerships

25   had their own BDC inside.  Others had maybe an

1    Internet Sales Manager.  How did Kings Dodge operate?

2            A          Well, years ago -- And I'll go back

3    maybe seven or eight years -- the salespeople

4    themselves answered Internet leads, and then as the

5    Internet leads increased each dealership created its

6    own little group of people to answer those leads.

7            Q          And prior to the BDC would those

8    individuals be the salespeople for the cars ultimately

9    or would the leads be assigned to a salesperson?

10           A          I am not sure I understand what

11   you're saying.

12           Q          Well, if there was an Internet

13   Sales Manager, for example, at Kings Dodge and a lead

14   came in through the website or through Facebook, how

15   would that lead then be -- would that lead then be

16   assigned to a salesperson or would the Internet Sales

17   Manager handle the sale?

18           A          Well, the Internet Sales Manager

19   would respond to the lead and depending on how the

20   interaction took place -- If the Internet lead was,

21   you know, a product inquiry and the answer was

22   satisfactory to the customer and there was no more

23   follow-up, then nothing more would happen, but if the

24   customer would say, "Okay.  I want to come in and see

25   that car," then they would give it to a salesperson.

1          Q          Okay.  And was that done

2   randomly --

3          A          Yes.

4          Q          -- at that point?

5          A          Yes.

6          Q          All right.  CRM software, what is

7   that?

8          A          Well, it's Customer Relations

9   Management.  It again has progressed rapidly over the

10  last 10 years.  Today it does virtually everything

11  that a Sales Manager may have done in the past,

12  including calculating leases, what they call a mining

13  feature where the software looks back at all the

14  customers that purchased cars from that dealership and

15  if the salesperson wants to contact everybody that

16  bought a Jeep in the last four years, you know, he can

17  push a button and get all those names.

18                    It will tell you -- There's a

19  feature called equity mining.  It will look back at

20  all the customers and it will calculate approximately

21  how much equity they have in their vehicle, if any,

22  or, you know, how many payments they have left to go.

23  It will also know how many miles are on the car if

24  they come in there for service.  It sends out

25  reminders for the salespeople to call people, follow

1   up anybody that the salesperson enters into the CRM.

2   There's a whole list of functions that it performs.

3   It kind of takes the salesperson by the hand and leads

4   them through the process.  It's a very sophisticated

5   sales tool that didn't exist, you know, 10 years ago.

6          Q        All those features that you're

7   describing, are those features of the current --

8          A        Yes.

9          Q        -- CRM software?

10         A        Yes.

11         Q        Do all of the dealerships owned by

12  you and that are operated by the Kenwood Dealer Group

13  use the same software?

14         A        We do now, yes.

15         Q        And that's called DriveCentric?

16         A        Yes.

17         Q        Prior to that did all of the

18  dealerships use the same software?

19         A        No.

20         Q        All right.  How many different

21  types of software were used at different -- Well, how

22  many dealerships do you own?

23         A        12.

24         Q        12.

25                  Are there any other dealerships

1    that are operated by Kenwood Dealer Group that you

2    don't own?

3         A       No.

4         Q       So of those 12 dealerships, how

5    many different CRM software -- different softwares

6    were there in use before DriveCentric came in?

7         A       I don't know for sure, but I would

8    say four or five.

9         Q       Okay.  Is DriveCentric more user

10   friendly than some of the previous softwares?

11        A       No, it's probably not more user

12   friendly.  It's much more sophisticated, performs a

13   lot more of the sales function.  The old software

14   wouldn't calculate leases, wouldn't do any of the

15   mining functions.  This is advanced -- Like all

16   electronic things, it's advanced, you know,

17   tremendously just in the last two or three years.

18        Q       Do you know how to use

19   DriveCentric?

20        A       No, I do not -- I should say, "I

21   don't use it."  I can probably struggle through, but

22   it wouldn't be something that I would ever use.

23        Q       Okay.  So you don't know if it's

24   easy to use or hard to use or easier or harder than

25   AutoBase?

```
1          A          Well, obviously I do know --

2          Q          Okay.

3          A          -- because the people that do use

4    it talk about it.  We talk about it in management

5    meetings.  And those who do use it every day make

6    those comments in our meetings that, you know, it's

7    not extremely difficult to use, but it's considerably

8    more difficult than the old AutoBase.

9                     AutoBase was the most primitive

10   original CRM that was actually -- And these are

11   remarks that I get from other managers -- or from the

12   managers that AutoBase was used because it was user

13   friendly.  It was so easy to use, but it really didn't

14   do that much.

15          Q          Okay.  I want to ask you a little

16   bit about compensation.

17                     How are salespeople at Kings Dodge

18   compensated?

19          A          It's a draw against commission, so

20   there's a -- We're on a two-week pay cycle, so they

21   receive a draw amount that's typically slightly above

22   minimum wage and at the end of the month they settle

23   up whatever the commissions, the total commissions,

24   earned during the month are, that number is paid to

25   them and the draw is subtracted and they get the
```

1    remainder.

2            Q        Okay.  If the salesperson doesn't

3    make the draw for the month, does the salesperson owe

4    the money back?

5            A        No.

6            Q        Do all of the salespeople at

7    Kings Dodge earn the same draw?

8            A        I believe they do.  I am not sure.

9            Q        Does Kings Dodge regularly

10   terminate low performers?

11           A        Define "low performer".

12           Q        Does Kings Dodge have a set number

13   of cars per month that the salespeople must sell?

14           A        No.  There's no written policy for

15   a set number, but a top performer would be someone who

16   sells 20 or more.  When you get down in the single

17   digits, they would terminate somebody probably if they

18   were at 5 or 6.

19           Q        Okay.

20           A        It also depends somewhat on, you

21   know, your needs.  You don't wipe out the whole sales

22   force.  You still have to keep some people there.

23           Q        Okay.  Are you aware that Chrysler

24   certifies salespeople?

25           A        My knowledge of Chrysler certified

1    salespeople, certification indicates that the

2    salesperson has passed a product knowledge test or has

3    achieved a certain level of product knowledge.  It has

4    nothing to do with sales volume.

5            Q        Okay.  Are you familiar with --

6    Does Chrysler convey awards on to salespeople for

7    selling a certain number of vehicles?

8            A        Not that I'm aware of.

9            Q        Any other bonuses or anything else

10   like that that Chrysler gives to salespeople?

11           A        Well, there's some prizes that are

12   awarded on the spin situation that Mr. Holloway talked

13   about.  You sell a certain number of cars, you get a

14   spin, and you get to electronically spin a wheel and

15   you get a prize, but it's not a bonus.  It's a random

16   incentive, I guess, might be the best way to describe

17   it.

18           Q        How many cars does the salesperson

19   need to sell to spin?

20           A        None.  If you sell a certain car

21   you -- It will vary.  All manufacturers do.  Maybe

22   they will put a spin on some slow selling models.

23           Q        I see.

24           A        Let's say the Chrysler 200.  If you

25   sell one of those, you get a spin, or it might be on

1   some other model.  It varies from time to time, month

2   to month.  It's not a consistent program.

3          Q          All right.  How often did you

4   interact with Rick Holloway when he was at

5   Kings Dodge?

6          A          Hardly ever.  I interacted with him

7   on a lawsuit that the customer brought against us

8   where he was the salesperson.

9          Q          Okay.  Tell me about that?

10         A          The customer alleged that when he

11  came to the lot to buy a used car he said to

12  Mr. Holloway that he wanted a vehicle to tow his boat.

13  The testimony at the deposition from the customer was

14  that he didn't tell Mr. Holloway how big the boat was,

15  how much it weighed, gave him no specifications, and

16  Mr. Holloway presented a car and said, "This car will

17  tow your boat."

18                     And there was some more testimony

19  that the customer was very indefinite about, you know,

20  what happened, but there was some more testimony that

21  led Mr. Holloway to believe that the boat was probably

22  like an aluminum rowboat or a small craft of some

23  sort, a small light boat -- I can't remember the exact

24  description -- but it turned out that the car couldn't

25  tow the boat and so the customer sued us.

1          Q          Did that resolve in a fashion that

2     led you to think less of Mr. Holloway as a

3     salesperson?

4          A          I guess I could say I didn't think

5     any more of him.

6          Q          Did Kings Dodge have to pay out a

7     sum of money to resolve the matter?

8          A          We did.

9          Q          Was it substantial?

10         A          I don't remember.

11                    MR. CORNETT:  All right.  That's a

12              fair point.

13         A          I really don't remember.

14         Q          So it couldn't have been that

15     substantial?

16         A          It didn't bankrupt us; okay.

17         Q          Was Mr. Holloway one of the longest

18     tenured salespeople at Kings Dodge at the time he

19     left?

20         A          Pretty much.  He was there off and

21     on as you heard from the testimony.  He was there off

22     and on for 15 years.

23         Q          Are you aware of him leaving for

24     any substantial amount of time?

25         A          I think the longest might have been

1    a month or six weeks.

2           Q         Okay.  Did you find him to be

3    pleasant when you interacted with him?

4           A         Oh, yeah.  Mr. Holloway is a nice

5    man.

6           Q         Did he get along with salespeople

7    there?

8           A         As far as I know he did.  I

9    wouldn't have any way to really know that.

10          Q         All right.  At the time

11   Mr. Holloway was there I understand Kings Dodge was

12   using AutoBase.  Did each salesperson have its own

13   customer list in that software or was that maintained

14   separately?

15          A         Well, both.  The customer list in

16   AutoBase was nothing more than what the salespeople

17   put in there.  AutoBase didn't draw from our DMS

18   system.  It wasn't that sophisticated.

19          Q         What is the DMS system?

20          A         The Data Management System, in

21   other words, all the data for the dealership.

22          Q         Prior sales, prior customers?

23          A         Prior customers, accounting,

24   everything.  The DMS system is all the data for

25   operating the dealership including customer lists,

1    service records, sales records, everything.

2           Q        But in AutoBase did each

3    salesperson have his or her own list of customers or

4    was that list shared with all the salespeople?

5           A        Well, I don't know that there was a

6    list per -- for each salesperson.  When a salesperson

7    would enter a name into AutoBase -- The best thing you

8    could say about AutoBase was that if the salesperson

9    entered a customer name and put some notes in there or

10   showed this customer a certain car and then the next

11   day the customer came back and the salesperson was

12   off, another salesperson could go in there and pick up

13   where No. 1 left off.

14          Q        Okay.  Are you aware of any

15   warnings or anything like that given to Mr. Holloway

16   concerning his performance in the last five years he

17   was there?

18          A        Not in the last five years.  There

19   were some prior to that.

20          Q        All right.  Are you aware that he

21   had hip problems?

22          A        I was aware when he went out for

23   surgery, yes.

24          Q        Okay.  Prior to that you were not

25   aware of any hip problems Mr. Holloway had?

1           A          No.

2           Q          All right.

3                      MR. BUTLER:  Mark this -- We'll

4           just continue -- as 17.

5                      (Plaintiff's Exhibit 17 was marked

6                      for identification.)

7   BY MR. BUTLER:

8           Q          This is a job description that was

9   provided among the documents Kings Dodge produced.  Is

10  this the job description that pertained to

11  Mr. Holloway's job?

12          A          It's dated 1997.  I really don't

13  know if there's been a revision since then or not.

14          Q          Okay.  Does this appear accurate to

15  you?

16          A          For 1997, yes.

17          Q          But you're not aware of any

18  subsequent job description?

19          A          It wouldn't come to my attention.

20                     MR. CORNETT:  This is a

21          housekeeping matter.  I mean do you really

22          want to start 17 or should we start

23          Plaintiff's 1?

24                     MR. BUTLER:  I like just having one

25          set of exhibits because they're easier to

1          refer to and you're not trying to track down

2          which deposition it came from, but it's up to

3          you.

4                    MR. CORNETT:  Okay.  It intimates

5          there were 16 prior exhibits for Plaintiff

6          and there weren't, but whatever.  I'm okay.

7          It doesn't matter.

8   BY MR. BUTLER:

9          Q          Commercial customers -- Is there a

10  separate sales team that deals with commercial

11  customers or do the regular sales staff deal with

12  commercial lead customers?

13         A          I think it kind of depends.  If you

14  define a commercial customer as a small business like

15  a plumber, they would -- that person would deal with a

16  sales -- regular salesperson.  A fleet would

17  definitely deal with a specialist.

18         Q          Does Kings Dodge have a specialist?

19         A          There is a fleet person, yes.

20         Q          Okay.  And who is that?

21         A          I would have to look at the list.

22  I can't remember his name.

23         Q          Does Bob Cook sound right?

24         A          That sounds correct, yes.

25         Q          We previously looked at an exhibit

1    that was marked as 12 in Mr. Holloway's deposition.

2    It's a list of individuals who work at Kings Dodge; is

3    that correct?

4            A       Yes.

5            Q       And it says "Answer To Number 13".

6    Is that referring to an Interrogatory that

7    Mr. Holloway served on Kings Dodge?

8            A       Yes.

9            Q       Did you prepare this document?

10           A       Yes.

11           Q       Did anyone help you prepare it?

12           A       My assistant did the typing.

13           Q       Okay.  But who did the

14   calculations?

15           A       I did.

16           Q       All right.  From what did you draw

17   the data?

18           A       This data was drawn from a monthly

19   report that we produce called the Top Gun Report and

20   that report lists every salesperson in each dealership

21   and the number of cars that they sold that month.

22           Q       Okay.  Would it be easy to produce

23   the Top Gun Report for Kings Dodge for the period that

24   Mr. Holloway worked there?

25           A       Yes.

1          Q          All right.  Is that something that

2    you can do?

3          A          Yes.

4          Q          All right.  Are there any kinds of

5    sales that would be exempted from Top Gun Reports?

6          A          Well, the only misleading thing

7    about the Top Gun Report -- And I could give it to you

8    one of two ways.  I can give you a month by month or I

9    can give you the annual report.  These numbers were

10   taken from the annual report.  But the annual report

11   will include people who have not -- did not work the

12   entire 12 months, those that were hired, say, mid

13   year, so they will appear to be underperforming when,

14   in fact, they may actually be very, very good

15   salespeople.

16         Q          And this was taken from the annual

17   report?

18         A          Right.  These numbers were all

19   taken from the annual numbers.

20         Q          And for what period of time did you

21   calculate?

22         A          This would be for -- I would have

23   to look at Question No. 13, but I think it was -- I

24   think you asked for three or four years, whatever

25   period of time --

1          Q          We could take a look --

2          A          -- you asked for on the

3     Question 13.

4                      MR. BUTLER:  We will mark that as

5          18.

6                      (Plaintiff's Exhibit 18 was marked

7                      for identification.)

8     BY MR. BUTLER:

9          Q          I think it was 2011 to present.

10         A          That sounds right.  (Reviewing

11    document.)  Yes, it is.

12         Q          All right.  And you just took the

13    year end number for each person for 2011, 12, 13, 14,

14    15, and 16 and averaged them or how did you --

15         A          No.  We only went to 2015, I think.

16    Yeah, we went for the time that Mr. Holloway was

17    there.

18                     MR. BUTLER:  Okay.  I think I would

19         like to see the monthly reports.

20                     MR. CORNETT:  Sure.

21                     THE WITNESS:  Sure.  No problem.

22    BY MR. BUTLER:

23         Q          When you calculated these numbers

24    did you take into account time away from the

25    dealership such as medical leave?

1      A          No, I did not.  I simply took the

2  year end totals and divided them by 12.

3      Q          Okay.  So if Mr. Holloway was away

4  for two plus months in 2014, that year end for 2014

5  wouldn't accurately reflect his monthly sales since it

6  accounted for his total number of sales over the year

7  divided by 12; correct?

8      A          Well, no.  For 2014 I took the

9  number of sales he had through August.

10     Q          Through August?

11     A          Well, whatever the month was that

12  he -- When did he leave -- October.  I'm sorry.

13     Q          Okay.

14     A          So I used the 10 -- a 9 or 10-month

15  divisor.

16     Q          Well, you just said that the yearly

17  reports were misleading.  Did you use the monthly

18  report to figure that out?

19     A          No.  I took the year end number and

20  instead of dividing his by 12 I divided by the number

21  of months he was there.

22     Q          Okay.

23     A          And let me clarify the misleading.

24  The yearly reports are only misleading in the sense

25  that if you look at the rank where a person lands in

1    the list -- If there's a 15-person list and someone is

2    No. 6, that doesn't necessarily mean they were the

3    sixth best salesperson because many of the people

4    below them may not have been there all year.

5             Q        Okay.  I see.

6                      So you helped draft the responses

7    to these Interrogatories; is that correct?

8             A        I did.

9             Q        And you signed the

10   Verification Page for those?

11            A        I did.

12            Q        Did you search for documents

13   responsive to the document requests?

14            A        I did.

15            Q        All right.  Did anyone else help

16   you search?

17            A        Yes.

18            Q        And who helped you?

19            A        My assistant, Lindsay Smith, the

20   HR Director, Rachel Lemmel, probably Mandy Huddleson.

21            Q        And who is Mandy Huddleson?

22            A        She was the Office Manager at

23   Kings Dodge.  She's now head of the Payroll Department

24   at Kenwood Dealer Group.

25            Q        Okay.  What were her duties as the

1    Office Manager at Kings Dodge?

2         A         Essentially keep the books, prepare

3    the financial statement, oversee payables and

4    receivables, do the payroll.

5         Q         Did she help employees with things

6    like medical leave or vacation time off or leave time

7    off?

8         A         Not really.  That was a HR

9    function.

10        Q         Okay.

11        A         Now, she would account for those

12   things as they impacted payroll I mean, so there's an

13   interaction there between Mandy and Rachel, but Mandy

14   didn't have any authority to grant leave or to extend

15   leave or to give vacation.

16        Q         Where is Rachel's office?

17        A         It's at headquarters.

18        Q         All right.  So Mandy was in the

19   dealership at Kings Dodge; correct?

20        A         Yes.

21        Q         Did salespeople and other staff

22   tend to talk to Mandy about things like medical leaves

23   since she was the person there at the store?

24        A         You would have to ask them.

25        Q         Okay.  Why was Mr. Holloway's

1    employment terminated on January 13th of 2015?

2         A        Mr. Holloway was terminated because

3    we knew that he was going to be gone for an extended

4    period of time, and to hold his job open for that

5    extended period of time would just be unreasonable.

6    It was going to be -- He had already been off for

7    three months and all indications were that he would be

8    gone another three to six, seven, months totaling, you

9    know, 9, 10, 11 months.  It's unreasonable to keep a

10   job open that long.

11        Q        Are you familiar with -- We talked

12   about your going to some seminars, a lot of CLEs that

13   are primarily labor and employment -- You said some of

14   them touch on the Americans With Disabilities Act.

15   Are you familiar with the idea that the Americans With

16   Disabilities Act requires as a potential accommodation

17   a leave of absence for an employee?

18        A        Yes.

19        Q        All right.  Are you aware that the

20   Sixth Circuit has said that a leave of absence up to a

21   year is a reasonable accommodation?

22                 MR. CORNETT:  Objection.  Go ahead.

23        Q        You're familiar with the

24   Sixth Circuit Court of Appeals -- You know what its

25   purpose --

1          A          I have heard of them, yes.

2                     MR. CORNETT:  I am just objecting

3          to the characterization, but that's okay.

4          We're not going to fight about it.

5          A          I'm also -- I'm also aware that our

6    most recent appointee to the Supreme Court of the

7    United States says that anything beyond six months is

8    unreasonable.

9          Q          Well, but his work on the

10   Tenth Circuit you would agree doesn't really matter in

11   Ohio; does it?

12         A          Well, I think his position in the

13   Supreme Court matters a lot.

14                    MR. CORNETT:  We're also just

15         arguing, so --

16                    THE WITNESS:  Yeah.

17   BY MR. BUTLER:

18         Q          Did you give any consideration to

19   the fact that Kings Dodge owed Mr. Holloway an

20   accommodation of a leave beyond what the FMLA

21   dictates?

22         A          We probably would have given some

23   consideration if he had asked for one.  He never asked

24   for any kind of accommodation ever.

25         Q          So did he ever tell someone at

1    Kings Dodge that he was going to be on leave for

2    longer than the end of the 12 weeks?

3              A         He may have told someone that he

4    was going to be on leave for longer, but he didn't ask

5    for any accommodation ever.

6              Q         And on what do you base that?

7              A         The fact that he didn't ask for an

8    accommodation ever.

9              Q         Well, how do you know he didn't ask

10   for an accommodation?

11             A         He told us.

12             Q         Well, he said that he said -- His

13   testimony earlier was, "I need more time off of work."

14   You don't consider that a request for an

15   accommodation?

16             A         Well, if that's a request for

17   accommodation it must be followed up with some

18   reasonable estimate of what that time would be.

19             Q         Are you familiar with the concept

20   of the interactive process?

21             A         Yes, I'm familiar with interactive

22   process.

23             Q         Do you know if anyone at

24   Kings Dodge ever asked him how long he would be off

25   work?

```
 1          A          I don't know that.  I know he
 2   didn't offer any time.  What possible answer can a
 3   Kings Dodge employee -- Incidentally Mandy Huddleson
 4   wouldn't be the person anyway.  He didn't ask the
 5   right people.  He knew who his boss was.  It wasn't
 6   Mandy Huddleson.  Any other time he needed something
 7   he went straight to Mark Pittman or Rod Stancliff, but
 8   unfortunately in this particular instance he goes to
 9   Mandy Huddleson who has no authority to do anything.
10                     But getting back to your question,
11   there has to be some reasonable anticipated date --
12   You know, you have to say what is it that you want --
13   and he never ever told us that.
14          Q          Does Mr. Pittman have authority to
15   grant a leave of absence to an employee?
16          A          Absolutely.
17          Q          He doesn't have to check with
18   anyone else?
19          A          He doesn't have to, no.
20          Q          Okay.  Does Kings Dodge's handbook
21   indicate to whom a person should request -- address a
22   request for a leave of absence?
23          A          Honestly I don't know.  I would
24   have to pick it up and read it.  I am not sure.
25          Q          Take a look at Exhibit 10.
```

1          A          (Reviewing document.)  Okay.  Thank

2   you.

3          Q          At the bottom it does not indicate

4   that you were copied on this letter, but did you

5   receive a copy of it?

6          A          I didn't receive a copy at that

7   time.  I have since, of course, received a copy of it.

8          Q          If Mandy Huddleson isn't involved

9   in this process, why was she copied on this letter?

10          A          Payroll.  She would prepare -- You

11   know, she has to be aware of when someone's going to

12   be at work and not going to be at work.

13          Q          If Mr. Holloway was asking

14   Ms. Huddleson questions about leave of absence or

15   informed her that he needed an additional leave of

16   absence, should she have told him to talk to somebody

17   else?

18          A          That will be her testimony.

19          Q          Are you aware of Ms. Huddleson

20   informing anyone else at the dealership that

21   Mr. Holloway had talked to her about his need for a

22   leave of absence beyond what the FMLA covered?

23          A          Yes.

24          Q          And who did she inform of that?

25          A          Rachel Lemmel.

1          Q          Did Ms. Lemmel reach out to

2    Mr. Holloway about his discussion with Ms. Huddleson

3    indicating that he needed an additional leave of

4    absence?

5          A          Not that I'm aware of.

6          Q          Is there any reason she didn't?

7          A          Because she had been informed that

8    he was going to be gone for an extended period of time

9    beyond what would be reasonable.  If Mr. Holloway had

10   asked for two weeks or three weeks or a month, six

11   weeks, Mrs. Lemmel would have granted that or would

12   have set that up for him.

13         Q          Who informed her of that?

14         A          Informed who?

15         Q          Ms. Lemmel that he needed an

16   extended leave that could have been 11 months?

17         A          Well, I don't know -- I believe it

18   came from Mrs. Huddleson who got it from Mr. Holloway

19   that he was going to be gone an extended length of

20   time, but we were never -- or Mrs. Lemmel was never

21   given the opportunity to discuss the amount of time.

22   The whole thing -- This whole problem is there was

23   never any time discussed.

24         Q          Okay.

25         A          So again Mrs. Lemmel will tell you

1    if he had come to her and said, "I need two weeks,

2    three weeks, a month, four weeks," there probably

3    wouldn't have been a problem, but a 10-month job

4    holding, it's just unreasonable.

5            Q        How many salespeople does

6    Kings Dodge hire yearly?

7            A        Probably -- I don't know.  I am

8    going to have to guess, but that's not good.  A wild

9    guess would be maybe 20.  I mean there's always a --

10   not a lot of turnover, but there's certainly more

11   significant turnover at the low end than there is at

12   the top end.

13           Q        Okay.  So 20 salespeople a year

14   Kings Dodge hires, and it couldn't hold -- it couldn't

15   just hold Mr. Holloway's position open for him for

16   when he returned and bring him back when there's that

17   high of a turnover?

18           A        You're talking 10 months.

19           Q        Well, explain to me why that's

20   unreasonable?

21           A        It's just too long.

22           Q        Other than with the conclusion of

23   it's too long, explain to me why it's too long?  You

24   said, "It's too long."  I understand that's your

25   position.  Explain to me why it's too long to hold a

1    position for a 15-year employee when there is a

2    turnover of approximately 20 salespeople a year?

3           A         Okay.  20 may not be accurate.

4    That was a guess; okay.

5           Q         10 or 15 a year.

6           A         Okay.

7           Q         Why is holding a job for 10 months

8    too long for someone who's been there 15 years?

9           A         Well, the 15 years doesn't really

10   entitle the person to a job return or to be rehired.

11   The primary reason Mr. Holloway wasn't rehired is that

12   he wasn't a top performer.  We didn't -- The whole

13   transition occurred from the time he left in 2014 when

14   he went on Family Medical Leave.  By the time we got

15   to January or February of 2015 the dealership had

16   undergone a tremendous loss of sales that slipped from

17   No. 1 in the city down to No. 3.  And this is at a

18   time when the industry increased by 28 percent.  So we

19   were going backwards.

20                    The General Manager decided that he

21   had to rebuild the Sales Department so we got rid of

22   Mr. Stancliff, brought in Mr. Carmichael.

23   Mr. Carmichael assessed the Sales Department, got rid

24   of AutoBase, brought in DriveCentric, and began a

25   search for salespeople that could be top performers,

1    and my definition of a top performer is 20 plus cars

2    per month, so by the time we get to Mr. Holloway

3    trying to come back in August, Mr. Carmichael looks at

4    Mr. Holloway's last five years of performance and he

5    sold 9 cars a month.  He's a nice man.  He's probably

6    a good person.  But he still sold 9 cars a month.

7    There was no reason for Mr. Carmichael to take back

8    someone that was doing 9 cars a month because he would

9    never have improved the Sales Department that way --

10              Q        Okay.

11              A        -- and he was charged with that

12   responsibility.

13              Q        All right.  Well, I appreciate that

14   explanation, but none of it answered my question.

15                       My question is why was it

16   unreasonable to hold a job for 10 months?  That

17   decision was made at the time he was terminated in

18   January.  It had nothing to do with what happened

19   after January.  So my question is again why is it

20   unreasonable to not hold a job for someone for 10

21   months when there is that level of turnover?

22              A        I don't know that there's a reason

23   you can articulate other than the fact that it's just

24   way too long.

25              Q        Okay.

1          A          I mean you can't have that much

2    indefiniteness in your employee count.  I mean you are

3    always going to have a -- You're going to wait 10

4    months to see if somebody comes back?  You have to do

5    business.  You have to hire people.  You have to have

6    the floor covered.  So regardless of what your

7    turnover is, you still need to have the

8    representatives on duty to take care of your

9    customers, and to leave a gap for 10 months that's

10   just unreasonable.  It's just too long.

11         Q          Is the number of salespeople at

12   Kings Dodge set in stone or does it fluctuate?

13         A          Well, I don't think anything is set

14   in stone, but you have to be careful that you don't

15   have too many or too few, and the seasons also dictate

16   how many you should have.  You know, during the winter

17   you can get by with less than during the summer.

18         Q          Okay.  So if the sales staff

19   fluctuated between 13 and 17 and you have a turnover

20   of -- As you said, your guess was 20 -- Even if it's

21   10, that means you're hiring someone at least almost

22   once a month.  Why is it unreasonable to not just

23   assume that, "When Mr. Holloway is ready to come back

24   his job will be here waiting for him and we'll take

25   him back because we know there's an opening" -- And I

1    am talking about not what happened after the decision

2    to terminate him was made -- I am talking about at the

3    time the decision to terminate him was made?

4         A        To make sure that I understand your

5    question you're saying that in January when we

6    terminated his employment you're asking me if --

7    you're asking me why it's unreasonable not to hold his

8    job for another eight months?

9         Q        Yes.

10        A        Because you now have a vacant spot

11   in your -- You're always one person light then in your

12   sales staff; aren't you?  You're going to be one

13   person light.  If you're going to hold a job for him,

14   you're going to be one person light the entire eight

15   months.

16        Q        How many people that start at

17   Kings Dodge are out within three months?  Is that

18   pretty common?

19        A        I don't know.  I mean it's not

20   terribly common.  You know, it depends.  You can hire

21   two salespeople and they might be the best and they

22   might be gone shortly after that.  There's really no

23   way to quantify that.

24        Q        Okay.  And if there's no number set

25   in stone, how are you one person light if the sales

1    staff fluctuates?

2         A         Well, if you have to hold a spot

3    for somebody for eight months you're one person light.

4         Q         Okay.

5         A         You're always one person light.

6                   MR. BUTLER:  Mark this as

7         Exhibit 19.

8                   (Plaintiff's Exhibit 19 was marked

9                   for identification.)

10   BY MR. BUTLER:

11        Q         All right.  Mr. Reichert, you have

12   been handed Exhibit 19.  Are you familiar with this

13   email?

14        A         Yes.

15        Q         It does not appear that it was sent

16   to you.  Do you recall -- Well, do you recall when you

17   first saw it?

18        A         Probably after Rick filed his EEOC

19   complaint.

20        Q         Okay.  This says, "When an employee

21   does not return" -- It's in the first paragraph --

22   "When an employee does not return after his maximum

23   time of job protection under the law, he is considered

24   a voluntary resignation per the Employee Handbook."

25   Is that the rule at Kings Dodge?

1          A          Well, the Employee Handbook says

2   what it says and, yes, if someone doesn't return, they

3   don't communicate with us, we don't know where they

4   are, then they're considered a voluntary quit, the

5   same as somebody who doesn't show up for three days

6   during the week, they don't show up, they don't

7   communicate with us, we consider that they quit.

8          Q          Well, Mr. Holloway didn't fail to

9   communicate with Kings Dodge; did he?

10         A          No.  He communicated, but he

11  communicated that he wasn't going to return on that

12  date.

13         Q          Okay.  And because he couldn't

14  return at the end of 12 weeks of FMLA leave he was

15  considered a voluntary resignation?

16         A          Well, that and -- We have been over

17  this before -- but because he said he's going to be

18  gone for an extended period of time.  He didn't ask us

19  for a week or two weeks or 10 days.  He had an

20  indefinite period.

21         Q          Well, that's not what this email

22  says.  The email says because he didn't return after

23  his maximum time of job protection he's considered a

24  voluntary resignation per the Employee Handbook -- Is

25  that incorrect or is that correct?

1          A          Well, it says what it says, you

2    know.

3          Q          I am asking if that's correct, the

4    actual policy at Kings Dodge?

5          A          The policy is correct insomuch

6    as -- And you have to interpret the policy.  The

7    policy says, "If you don't return or you don't tell

8    us," you know, "what you're doing or you don't

9    communicate with us, we don't hear from you, you don't

10   come back, we assume you quit just like any other time

11   frame."

12         Q          But you did hear from him, so

13   that's what I'm trying to --

14         A          Well, we heard from him that he

15   wasn't coming back until -- He didn't know.

16         Q          Okay.  Well, this says "6+ months

17   (based on his time out from the first surgery)", a

18   total -- It would be another three roughly -- Is that

19   about right?

20         A          That's what it says.

21         Q          Okay.

22         A          But it turned out it was 10.

23         Q          All right.  In the third paragraph

24   it says, "If you have an advertised opening and he

25   decides to apply (even though this sounds like it

1    would not be until late April), you need to be sure he

2    has a doctor's release stating he is able to stand all

3    day and walk the lot."  Why was he being required to

4    have a doctor's release?

5         A      Well, that's a standard requirement

6    when anyone goes out on FMLA leave.  We don't want

7    them to attempt to come back when the doctor has said

8    they're not fit to work.

9         Q      Okay.  But he was terminated, so he

10   was no longer an employee and the FMLA no longer

11   applied; correct?

12        A      Well, but we also knew -- we also

13   knew that he had a hip replaced and we're not going to

14   take him back if he's going to injure himself.

15        Q      Are other applicants required to

16   present doctors' notes showing they're fit for work at

17   Kings Dodge?

18        A      If they have been out on FMLA, yes.

19        Q      That wasn't my question.

20               Are other applicants --

21               MR. CORNETT:  He answered you;

22        didn't he?

23               THE WITNESS:  Yeah, I think I just

24        did.

25

1   BY MR. BUTLER:

2           Q        Are other applicants at Kings Dodge

3   required to present doctors' notes?

4           A        Under what circumstances?

5           Q        Under any circumstances.

6                    Is every applicant at Kings Dodge

7   required to present a doctor's note?

8           A        No, not every applicant.

9           Q        Are there any other than

10  Mr. Holloway that are required to present doctors'

11  notes?

12          A        Well, of course, there are.

13          Q        Give me an example of an applicant

14  at Kings Dodge who's been required to present a

15  doctor's note?

16          A        Anyone who was sick or injured

17  prior to their application and that sickness or injury

18  caused them to be unable to work, regardless of

19  whether they were on FMLA or whether they were

20  Worker's Comp or whatever they were -- If they were

21  sick or injured that prevented them from working, we

22  have to have a doctor tell us that they're fit to work

23  again.

24          Q        Okay.  It also says, "You should

25  not hire him with restrictions as it would not work in

1   a sales position."  Why would Kings Dodge not accept

2   him if he had restrictions?

3          A          Well, the restriction that she's

4   referring to is in the next sentence.  It has to do

5   with part time.

6          Q          Okay.

7          A          That's self-explanatory.  We don't

8   hire part-time salespeople.

9          Q          All right.  Well, it doesn't say

10  that.  It says, "You should not hire him with

11  restrictions"?

12         A          Well, again you have to read the

13  whole photograph.  "The company does not approve

14  part-time salespeople."  If she were here today she

15  would tell you that's exactly what she meant and

16  that's exactly what that sentence meant.

17         Q          Do you know if Ms. Lemmel ever

18  discussed Mr. Holloway's leave or termination with

19  him?  Did she have any conversations with Mr. Holloway

20  to your --

21         A          To the best of my knowledge they

22  never conversed.

23         Q          Okay.  Tell me what you know about

24  Mr. Holloway's efforts to return to Kings Dodge in

25  August of 2015?

```
 1           A         I received a call from -- I can't

 2    remember if it was Mr. Pittman or Jeff Carmichael --

 3    but I had a discussion with both of them about

 4    Mr. Holloway's return, and I was the one that said we

 5    weren't going to rehire him --

 6           Q         Okay.

 7           A         -- and the reason, as I explained

 8    earlier, that the Sales Department is being rebuilt.

 9    Mr. Carmichael had moved the Sales Department back

10    from No. 3 in the city -- He had just gotten back to

11    No. 1.  He was doing this with, you know, a number of

12    things, but the one thing he didn't want to do was to

13    reintroduce into the Sales Department someone who sold

14    9 cars a month.  He's looking for people who can sell

15    a lot more, and he may have to go through a couple of

16    people without experience -- He used a

17    Predictive Index Test to determine these unexperienced

18    people's ability to sell -- and then he would train

19    them, and sometimes you go through two or three, but

20    if he can get a 20-car-a-month person it would be

21    worth the effort.

22                     All we knew is that as nice a guy

23    as Mr. Holloway is and as good a person as he is, for

24    the last five years he sold 9 cars a month.  He sold 9

25    cars a month when the industry increased 28 percent
```

1    and Chrysler's share even increased more than that, so

2    we were going to get another 9-car-a-month guy, and

3    that just -- that just didn't fit into the plan.

4            Q        Did everyone's numbers go up when

5    Mr. Carmichael started?

6            A        Every salesperson's numbers?

7            Q        Yes.

8            A        I don't know.  I haven't -- I

9    didn't look at that statistic.  But the dealership's

10   total numbers went up and we returned to the No. 1

11   sales position in the city -- I believe it was in

12   October or November of 2015.

13           Q        All right.  Are you aware of how

14   Mr. Holloway reached out to someone at Kings Dodge

15   about coming back to work -- Do you know how that

16   happened?

17           A        Mr. Pittman -- Only what

18   Mr. Pittman told me.  Mr. Pittman said Rick contacted

19   him and said he wanted to come back to work.

20           Q        All right.  Are you aware of

21   Mr. Holloway contacting Mandy about coming back to

22   work?

23           A        No.

24           Q        Are you aware of Mandy asking him

25   for a doctor's note?

1          A          No.  I had no reason to believe

2     that didn't happen, but I am not aware of that.  I was

3     unaware of that.

4          Q          Did Mr. Pittman or Mr. Carmichael

5     offer an opinion on whether or not Mr. Holloway should

6     be rehired?

7          A          They did.

8          Q          All right.  What were their

9     opinions?

10          A          No.

11          Q          Both of them?

12          A          Yes.

13          Q          Did they tell you why they did not

14     believe he should be rehired?

15          A          Mr. Carmichael was more adamant --

16     Mr. Carmichael in fairness never worked with

17     Mr. Holloway, but he did inquire amongst the people

18     that worked there, and even beyond that he looked at

19     the statistics, and again these statistics are 9 cars

20     a month --

21          Q          Okay.

22          A          -- over five years.  It's a pretty

23     compelling statistic.

24                    MR. BUTLER:  Let's mark this as 20.

25

```
 1                    (Plaintiff's Exhibit 20 was marked

 2                    for identification.)

 3   BY MR. BUTLER:

 4        Q         Do you recognize this document?

 5        A         I do.

 6        Q         Did you draft it?

 7        A         I did.

 8        Q         This is the Position Statement for

 9   the EEOC?

10        A         Yes.

11        Q         Do you know when you drafted it?

12   It does not appear to be dated.

13        A         It would be sometime early in 2016.

14        Q         All right.  Does Kings Dodge have a

15   minimum performance it sets for its employees to sell

16   cars, number of cars per month?

17        A         It doesn't have a written numeric

18   performance, no, but there would be a reasonable --

19   reasonableness standard applied.  Somebody that sold

20   three cars a month would obviously not continue to be

21   employed very long.

22        Q         You reference two different

23   third-party sources, the Chief Economist for the

24   National Automobile Dealers Association and

25   CarSalesProfessional.com.  Are these resources that
```

1   you regularly would rely on or did you pull these for

2   purposes of responding to this charge of the EEOC?

3          A          I pretty much pulled them for the

4   purposes of responding to the charge.

5          Q          While the industry standard may be

6   a minimum performance of 10 cars a month, that's not

7   Kings Dodge's minimum performance?

8          A          No.  We don't have a specific

9   number.  It's a reasonable number under the

10  circumstances.  How is the industry?  How good is the

11  brand?  Is a brand enjoying a prosperous time or are

12  we having problems with our product?

13         Q          At the bottom of the second page

14  going into the third page there's some discussion

15  about CRMs in general and then it gets into Kings'

16  CRM.  There's a mention of AutoBase.  Where did you

17  come to the -- How did you reach the conclusion that

18  Mr. Holloway struggled mightily with AutoBase?

19         A          From interviews with the managers

20  that worked there when he did.

21         Q          And who were those?

22         A          Well, that would be Mr. Stancliff

23  primarily.

24         Q          Was he the only salesperson that

25  did not use AutoBase?

1          A          I don't know.

2          Q          Were salespeople required to use

3     AutoBase at the time?

4          A          Yes.

5          Q          So when he wouldn't use it, there

6     was nothing done formally to discipline Mr. Holloway

7     even though he was required to use it?

8                     MR. CORNETT:  I don't see anything

9               about not using it.

10                    MR. BUTLER:  The second paragraph.

11                    MR. CORNETT:  It says "struggled

12              mightily".

13                    MR. BUTLER:  "And eventually

14              couldn't or wouldn't use it."

15                    MR. CORNETT:  Okay.

16         A          I'm sorry.  What was the question

17    again?

18         Q          Was Mr. Holloway ever disciplined

19    for not using AutoBase?

20         A          Not that I'm aware of.

21         Q          No. 3 it says, "After

22    Jeff Carmichael replaced the primitive and outdated

23    AutoBase CRM with the state-of-the-art DriveCentric

24    CRM, he also changed the sales process to require full

25    use of the CRM by salespersons."  That would suggest

1    to me that it wasn't required before when you were

2    using AutoBase, is that correct, that salespeople were

3    not required to use AutoBase?

4            A        Well, I think they were required.

5    I don't know that they did it.  You know, it's like

6    the speed limit.  We're required to go 55 on the

7    expressway, but a lot of times we don't.  The

8    requirement was probably there and I don't know how

9    much Mr. Stancliff enforced that requirement.

10           Q        All right.  Mr. Pittman replaced

11   Mr. Stancliff in February of 2015.  Did Mr. Stancliff

12   leave the organization or was he sent to a different

13   dealership?

14           A        He was demoted to a salesperson.

15   He's selling Fords at Northgate Ford.

16           Q        Okay.  You wrote, "When

17   Mr. Holloway applied for the open position in August

18   of 2015, the salesperson ad stated that no experience

19   was necessary, and the dealership offered paid

20   training for the new salesperson," and you go on to

21   say that, "his previous inability to function with a

22   primitive CRM would only be exacerbated with

23   DriveCentric."  Who came to that conclusion.

24           A        I did.

25           Q        Were you familiar with DriveCentric

1    and how it was operating at the dealership at that

2    time when Mr. Holloway asked to come back in August?

3         A         Well, I was certainly aware of the

4    fact that DriveCentric was considerably more

5    sophisticated and more difficult to use than AutoBase.

6    Again I didn't use it myself, but all the people who

7    were on the committee to select DriveCentric, you

8    know, reported to top management how it worked, what

9    they thought about it, how it compared to the other

10   CRMs we had, so I drew my information from those

11   reports.

12        Q         That they had used -- they had been

13   using DriveCentric for a while and how it was more

14   complicated than AutoBase or --

15        A         Well, they had people come in and

16   give demonstrations of various CRMs and DriveCentric

17   was chosen over several, but this was about a

18   four-month process --

19        Q         Okay.

20        A         -- and those who made the decision

21   to do DriveCentric would report to the top management

22   on probably a bi-weekly basis what they saw, what kind

23   of product so and so was offering, how it compared to

24   the other products, and that's where I got my

25   information.

1          Q          Did you talk to anyone else at the

2    facility about whether or not they thought

3    Mr. Holloway could use DriveCentric?

4          A          Well, I don't think I ever asked

5    anybody if Mr. Holloway could use DriveCentric.  I

6    asked them how he did with AutoBase because he wasn't

7    there when DriveCentric was installed.

8          Q          Okay.  Did you ask people how they

9    thought he would do with DriveCentric because they had

10   been using DriveCentric and they had also used

11   AutoBase and then they could draw a comparison in how

12   it was easier or harder to use?

13         A          Well, again the reports from those

14   who interacted with the vendor pretty much said that

15   DriveCentric was going to be -- It was much more

16   sophisticated and it would require more of a computer

17   savvy individual to use it and that the people who

18   worked with Mr. Holloway said that he struggled with

19   AutoBase, so it's a logical conclusion if you struggle

20   with the primitive CRM you're obviously not going to

21   be adept at the more sophisticated CRM.

22         Q          Did it ever occur to you that

23   perhaps the primitive CRM in addition to being less

24   useful was also harder to use?

25         A          Not according to the people that

1    use it every day.  The reason that AutoBase was chosen

2    to begin with was that it was so easy to use.  Those

3    are the very words that the committees reported to me?

4            Q        Who's the committee?

5            A        It was Jeff Carmichael, my son,

6    Dan Mercurio, and maybe Bob Uzer -- I am not sure

7    about the fourth person.

8            Q        Have any of the staff at Kings

9    complained that they can't use DriveCentric, that it's

10   too hard to use?

11           A        Not to me they haven't.

12           Q        You're not aware of any complaints

13   being made?

14           A        I probably wouldn't get them,

15   though, to be honest with you.

16           Q        What caused you to ask

17   Rod Stancliff about Mr. Holloway's ability to use CRM

18   software when you were considering whether or not to

19   rehire him?

20           A        Well, the overriding factor in not

21   rehiring Mr. Holloway was the 9 cars a month, and sort

22   of maybe in mitigation is there any other thing we

23   should look at, you know, is he a superstar with a

24   computer, is there something else we should consider

25   before we say "no", and that's what caused it, but the

1    real reason we didn't hire him is -- He's a nice guy.

2    He's a good person.  There's nothing wrong with him as

3    a person.  I actually like him as a person really.  I

4    mean that sincerely.  I do like him as a person.  But

5    it's 9 cars a month, and 9 cars a month won't get the

6    job done for us.  It just won't.  We need

7    20-car-a-month people and you can't run a dealership

8    if your average guy is selling 9 a month, not in this

9    day and age.

10           Q        All right.  Turn to Exhibit A of

11   the Position Statement.  There are two charts on this

12   page and the second one is Salespersons Hired In 2015.

13   There's also a list of people who left Kings Dodge in

14   2015.

15           A        Okay.

16           Q        Did you compose this list?

17           A        I think Mrs. Lemmel composed this

18   list.

19           Q        Do you know what the purpose of

20   providing that list was to the EEOC?

21           A        It was one of the things they

22   requested.

23                    MR. BUTLER:  Okay.  Mark this as

24           Exhibit 21.

25

1                    (Plaintiff's Exhibit 21 was marked

2                    for identification.)

3    BY MR. BUTLER:

4          Q          This list was provided to us in

5    discovery.  Do you recognize this?

6          A          Yes.

7          Q          This is a list of people hired at

8    Kings Dodge?

9          A          I think this is the list of current

10   employees; isn't it?

11         Q          I have no idea.  It was provided to

12   us without an explanation.  I mean plenty of them have

13   been terminated, so I doubt it's current employees.

14         A          Well, this was provided in response

15   to an Interrogatory request of some sort.  It might

16   be -- I would have to look back at the

17   Interrogatories.

18         Q          Well, I want to go through it with

19   you because the lists don't really match up.  The list

20   you provided to the EEOC seems to be missing quite a

21   few people.

22         A          Well, these aren't -- these aren't

23   salespersons as you can tell.

24         Q          Well, it does say what they were

25   hired into --

1          A          Right.

2          Q          -- and we'll go through it.

3                     Sherry Tarter, New Vehicle Sales,

4     hired 1/20, she's on the list.  Jordan Jraisat hired

5     2/10 -- It appears to mean sales?

6          A          Yes, they are.

7          Q          And then there's Christian Pieratt

8     who's Vehicle Sales hired 2/11 who's not on the list

9     sent to the EEOC.

10         A          Well, but the EEOC list predated

11    this.

12         Q          Well, it says "Salespersons Hired

13    in 2015".  Christian Pieratt was hired on 2/11/2015.

14         A          Okay.

15         Q          I think they're in order here, so

16    Pieratt and the next one under that is Haley Wolf also

17    New Vehicle Sales 2/12/2015.

18         A          Okay.

19         Q          Go down a few.  There's a

20    Jeffrey Parris hired on 5/18/2015 as New Vehicle

21    sales.  Lawrence Bunger is on the list and then if we

22    go further down there's a Patrick McGrath hired on

23    August 8, 2015, New Vehicle Sales.

24                    MR. CORNETT:  Basically getting to

25               the punch line here your question is why are

```
 1            the lists different?

 2                    MR. BUTLER:  Yeah, why they were

 3            left off.

 4  BY MR. BUTLER:

 5            Q        Do you know why they were left off

 6  what you provided to the EEOC?

 7            A        I'd have to look back at what the

 8  EEOC asked in terms of -- These people may all be

 9  minorities.  Again I'm not sure.

10            Q        Do you know any of these

11  individuals?

12            A        Well, I know who Jordan is,

13  Jordan Jraisat.  I know who Sherry Tarter is.  I don't

14  know the other two.

15            Q        Okay.

16            A        And I'm not sure what the request

17  from the EEOC was.  If it had to do with -- I am not

18  even sure the race of these last two people.

19            Q        All right.  Well, is Sherry Tarter

20  white?

21            A        Yes --

22            Q        Okay.

23            A        -- she is.  Jordan is not.  I don't

24  know Lawrence Bunger and I don't know Andrie Scott.

25  And I'm just speculating as to why there would be a
```

1    difference in the list.

2          Q        The bottom of the list,

3    Paul Schoenhoft, is he related to Robert Schoenhoft?

4          A        Yes.

5          Q        All right.  And he previously

6    worked for the -- any of the dealerships you owned?

7          A        No.

8          Q        Did he get hired based in part on

9    his relationship to one of the owners?

10         A        I'd like to think not, but --

11         Q        Probably?

12         A        Probably.

13         Q        Anyone else on this list that was

14   hired based on a relationship with one of the owners

15   that you're aware of?

16         A        No.  Actually our policy is, you

17   know, not to hire relatives -- or not to have them

18   work in the same dealership, I should say.

19         Q        Does Robert Schoenhoft and

20   Paul Schoenhoft work at the same dealership?

21         A        No, no.  Mr. Paul Schoenhoft is at

22   the Dodge store and Robert is at the Toyota store.

23         Q        It appears that the average age of

24   the individuals hired in the sales positions is

25   35-years-old, 35 1/2, if you exclude Mr. Schoenhoft.

1    Is that younger than the average age that the sales

2    staff was at the time Mr. Carmichael took over?

3             A        I doubt it.  Actually we have much,

4    much better results from older people.  Our top -- Our

5    top four salespeople in the whole company are 52, 55,

6    57, and 64.  Even the people below that, the 50 plus

7    people, do much better than the young people.

8             Q        If you turn to the next page of

9    your Position Statement, this appears to be a list of

10   people who were hired before 1/1/2015 who are

11   employed --

12            A        Uh-huh.

13            Q        -- which is just before

14   Mr. Carmichael took over.

15            A        Right.

16            Q        And it looks like there is only one

17   person on that list under the age of 35 and that would

18   be Chad Johnson.  In fact, there's no one even under

19   40 on that list other than Mr. Johnson, yet the

20   average age of people hired in 2015 and 2016 is 35.

21   Does that strike you as a change to go from one person

22   under 40 to an average of 35?

23            A        Where are you getting that average

24   age?

25            Q        Well, if you add up all the people

1    hired in the sales positions based on your description

2    here.

3            A        Well, I can tell you this -- And I

4    don't know that I can confirm what you just said --

5    but statistically we do much better with people over

6    50.

7            Q        That may be, but that's not who's

8    being hired according to your numbers, your data.

9            A        Where are you --

10           Q        Well, you're free to add them up.

11                    MR. CORNETT:  I mean I guess we

12           could take an average age if that's what you

13           want.  I mean --

14           Q        I have got salespeople,

15    Sherry Tarter, 51?

16           A        She's 51, okay, so she's over 35.

17           Q        Okay.  Jordan Jraiset 31.

18           A        All right.  Christian Pieratt 53.

19           Q        53.

20                    Haley Wolf is 20.

21           A        Haley Wolf is not a salesperson.

22    That would be a support person.

23           Q        It says "New Vehicles Sales".

24           A        I know what it says, but she's in

25    that department.  That doesn't mean she's selling

1    cars.

2            Q        What is her position?

3            A        She was a receptionist, support

4    person, clerical person, not a salesperson.

5            Q        Jeffrey Parris 38, Lawrence Bunger

6    39, Patrick McGrath 27, Andrie Scott 24,

7    Michael Hartman 28, Heather Jamison 35,

8    Michael Nolan 58, and Christopher Vaske 26.

9            A        And Paul Schoenhoft 51.

10            Q        Okay.  We established he was hired

11    because he's a relative.

12            A        He wasn't hired because of that.

13    That was his --

14            Q        All right.

15            A        -- entree into the company.

16            Q        His brother is an owner?

17            A        His brother is a shareholder.

18            Q        His brother is a shareholder?

19            A        Yeah.

20            Q        Okay.

21            A        Well, we still hired him and he

22    fits the demographic of our most successful

23    salespeople.

24            Q        Okay.  How old is Jeff Carmichael?

25            A        34.

```
1          Q          All right.  And he's a shareholder?

2          A          Yes.

3          Q          Did he acquire his shares from his

4     father?

5          A          Yes.

6          Q          Did he hold any positions in the

7     dealer group prior to becoming the New Car -- Was it

8     New Car Sales Manager at Kings Dodge he became on --

9          A          Yes.  He's worked there since he

10    was in high school.

11         Q          Okay.  What position did he hold

12    prior to becoming the New Car Sales Manager at

13    Kings Dodge in 2015?

14         A          He was a salesperson.  He was a lot

15    tech.  He was a porter.  He was -- He started working

16    there in high school, you know, sweeping the floors,

17    emptying the trash, and he worked virtually every

18    position on up.

19         Q          Immediately to becoming the New Car

20    Sales Manager what was his position?

21         A          I think he was probably a

22    Leasing Manager at Kings Toyota.

23         Q          Okay.  Was AutoBase in use when

24    Mr. Holloway started?

25         A          I don't know.  I doubt it.
```

```
 1          Q          Do you know if any training was

 2  provided to Kings Dodge staff on the use of AutoBase?

 3          A          I don't know.

 4          Q          Were all new staff trained on how

 5  to use DriveCentric?

 6          A          As far as I know they were, yes.

 7          Q          Did DriveCentric provide trainers

 8  to come in and do it?

 9          A          Yes.

10          Q          Do you know if that was done with

11  AutoBase?

12          A          AutoBase was there 10 years ago.  I

13  just don't know.

14                     MR. BUTLER:  Why don't we take a

15          quick break.

16                     MR. CORNETT:  Okay.

17                     (Deposition stood in recess at

18          3:17 p.m.)

19                     (Deposition reconvened at

20          3:32 p.m.)

21                     MR. BUTLER:  Just a few follow-up

22          questions for you, Mr. Reichert.

23  BY MR. BUTLER:

24          Q          If Mr. Holloway had not gone on a

25  leave of absence and had remained at the dealership
```

```
1    would he still be there assuming he didn't leave on

2    his own volition selling 9 cars a month?

3              A         Probably not.

4              Q         He would have been terminated

5    because of his sales volume?

6              A         Probably.  Obviously we're

7    speculating -- I can't tell you for sure -- but I

8    would say there's a better than even chance that would

9    have happened given the reformation of the

10   Sales Department.

11             Q         Okay.  Is Bill Craig still there?

12             A         He is.

13             Q         He sold 7.2 cars a month?

14             A         He does.  He would be our low

15   person, but he also has intermittent medical issues.

16   He doesn't really work full time all the time, and

17   he's certainly a person if he left we would never

18   rehire him.

19             Q         Bryan Cammett sells 8.7 cars a

20   month and he's still there?

21             A         I think Bryan's got other duties;

22   doesn't he?

23             Q         I don't know.

24             A         A couple of those people have other

25   duties.
```

1    Q        It looks like that would be

2  Don Pelfrey.

3    A        Well, Pelfrey's gone.

4    Q        When did he leave?

5    A        Some time ago.  I can't tell you --

6  Well, 2017.

7    Q        Did he leave on his own accord or

8  was he terminated?

9    A        I don't know.  I believe he was

10  terminated, but I am not positive.

11    Q        J. Ford Smith 8.09 cars a month

12  since 2010.  Still there?

13    A        Yes.

14    Q        He wasn't terminated for low

15  performance?

16    A        No.

17    Q        Andrie Scott 9.4 cars a month, he

18  wasn't terminated for low performance?

19    A        He's gone.

20    Q        He is gone?

21    A        Uh-huh.

22    Q        When did that happen?

23    A        Again I'm not sure, but I know he's

24  gone.

25    Q        Do you know if he was terminated or

1    if he quit?

2         A         I do not.  I believe he was

3    terminated, but I am not 100 percent sure.

4         Q         Now, you mentioned you considered

5    good performance to be 20 cars a month.  According to

6    Exhibit 12 you only have two people that are even

7    remotely close to 20 cars a month.  The next closest

8    is Jordan Jraisat at 16.2.

9              MR. CORNETT:  Well, two that are

10        significantly above.

11             MR. BUTLER:  Two that are

12        significantly above and no one else is even

13        close.

14   BY MR. BUTLER:

15        Q         How does that happen?

16        A         Well, that's why we're trying to

17   rebuild the Sales Department.

18        Q         Okay.

19        A         There's the evidence right there.

20        Q         But all these people are still

21   there?

22        A         Well, you can't operate without any

23   salespeople and it's difficult to get good people, so

24   we do the best we can.

25        Q         Ben Skolnick on this, it says "NGF"

1    on Quit/Fired.  What does that mean?

2         A         It means that he went to

3    Northgate Ford.

4         Q         Okay.

5         A         He got transferred.

6         Q         All right.  Do salespeople move

7    around within the dealer group often?

8         A         On occasion.  It's not -- It's not

9    a high volume, but they do, yes.

10        Q         Okay.  Was Mr. Holloway, for

11   example, was he an employee of Kings Dodge or of

12   Kenwood Dealer Group?

13        A         Kings Dodge.

14        Q         Does anyone that works in

15   Kings Dodge on a daily basis or primarily an employee

16   of Kenwood Dealer Group?

17        A         No.

18        Q         All right.

19        A         Kenwood Dealer Group simply

20   provides services to the dealerships.

21        Q         Okay.

22        A         It does have employees, but they're

23   all administrative employees.

24        Q         So it's administrative services it

25   provides, HR and --

1          A          Right.

2          Q          -- payroll?

3          A          Payroll and outstanding legal

4    service.

5          Q          It's a joke I have heard a time or

6    two about -- What is it -- if you represent

7    yourself --

8          A          Right, you have a fool for a

9    client.  Yeah, I have heard that joke too.  In this

10   case it's probably true.

11         Q          Mr. Holloway was questioned about a

12   loan for $516 he got from Kings Dodge.  Was that

13   something that Kings Dodge offers to its employees?

14         A          No.

15         Q          And do you know how that came to

16   pass?

17         A          I have no idea.

18         Q          I mean it looked like it was a form

19   that had been used before.

20         A          Hopefully not often.  I would tell

21   you that was probably done without my knowledge.

22         Q          Okay.  Who would have the authority

23   to authorize something like that?

24         A          Mr. Pittman.

25                    MR. BUTLER:  I think those are all

1          of my questions.

2                    MR. CORNETT:  We want signature.

3

4              _____
                        ROBERT C. REICHERT
5

6          (DEPOSITION CONCLUDED AT 3:38 P.M.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    C E R T I F I C A T E

 2   STATE OF OHIO       :
                                SS:
 3   COUNTY OF BUTLER    :

 4        I, Pamela L. Jackson, a duly qualified and

 5   commissioned notary public in and for the State of

 6   Ohio, do hereby certify that prior to the giving of

 7   his deposition, the within named ROBERT C. REICHERT,

 8   was by me first duly sworn to testify to the truth,

 9   the whole truth, and nothing but the truth; that the

10   foregoing pages constitute a true and correct

11   transcript of testimony given at said time and place

12   by said deponent; that said deposition was taken by me

13   in stenotypy and transcribed under my supervision;

14   that I am neither a relative of nor attorney for any

15   of the parties to this litigation, nor relative of nor

16   employee of any of their counsel, have no interest

17   whatsoever in the result of this litigation, and am

18   not, nor is the court reporting firm for which I am

19   affiliated, under a contract as defined in Civil Rule

20   28(D).

21             IN WITNESS WHEREOF, I hereunto set my

22   hand and official seal of office at Hamilton, Ohio,

23   this 30th day of August, 2017.

24   Commission Expires:          /s/Pamela L. Jackson
     11/17/2018                    Pamela L. Jackson
25
```

**$**

$516 [1]   75/12

**—**

—vs [1]   1/8

**/**

/s/Pamela [1]   77/24

**0**

01075 [1]   1/4

**1**

1/1/2015 [1]   66/10
1/2 [1]   65/25
1/20 [1]   63/4
10 [18]   16/10 17/5 31/14 34/9
37/25 40/18 41/5 41/7 42/16
42/20 43/3 43/9 43/21 46/19
47/22 55/6 63/5 70/12
10 percent [1]   13/10
10-month [2]   31/14 40/3
100 percent [1]   73/3
105 [1]   3/4
11 [3]   34/9 39/16 63/8
11/17/2018 [1]   77/24
12 [12]   17/23 17/24 18/4 28/1
29/12 30/13 31/2 31/7 31/20
36/2 46/14 73/6
12/16/14 [1]   2/13
13 [7]   11/23 14/17 28/5 29/23
30/3 30/13 43/19
13th [1]   34/1
14 [2]   2/13 30/13
15 [5]   23/22 30/14 41/5 41/8
41/9
15-person [1]   32/1
15-year [1]   41/1
16 [2]   27/5 30/14
16.2 [1]   73/8
17 [4]   26/4 26/5 26/22 43/19
18 [2]   30/5 30/6
19 [3]   45/7 45/8 45/12
1975 [1]   7/8
1984 [1]   6/14
1988 [1]   10/1
1997 [2]   26/12 26/16
1:16-cv-01075 [1]   1/4
1:53 [1]   1/22

**2**

2/10 [1]   63/5
2/11 [1]   63/8
2/11/2015 [1]   63/13
2/12/2015 [1]   63/17
20 [14]   12/17 20/16 40/9 40/13
41/2 41/3 42/1 43/20 53/24
54/1 63/4 67/20 73/5 73/7
20-car-a-month [2]   51/20 61/7
200 [1]   21/24
2007 [1]   10/13
201 [2]   1/20 3/10
2010 [1]   72/12
2011 [2]   30/9 30/13
2014 [4]   31/4 31/4 31/8 41/13
2015 [17]   30/15 34/1 41/15
50/25 52/12 57/11 57/18 61/12
61/14 63/13 63/13 63/17 63/20
63/23 66/10 66/20 69/13
2016 [2]   54/14 66/20
2017 [3]   1/21 72/6 77/23
2018 [1]   77/24
21 [2]   61/24 62/1

**24 [1]   68/6**
26/11 [1]   78
27 [1]   68/6
28 [3]   41/18 68/7 77/20
28 percent [1]   51/25

**3**

30th [1]   77/23
31 [1]   67/17
34 [1]   68/25
35 [6]   65/25 66/17 66/20 66/22
67/16 68/7
35-years-old [1]   65/25
38 [1]   68/5
39 [1]   68/6
3:17 [1]   70/18
3:32 [1]   70/20
3:38 [1]   76/6

**4**

40 [2]   66/19 66/22
45202 [2]   3/5 3/10
4780 [1]   12/23

**5**

5/18/2015 [1]   63/20
50 [2]   66/6 67/6
51 [3]   67/15 67/16 68/9
513.621.8800 [1]   3/5
513.852.8200 [1]   3/11
52 [1]   66/5
53 [2]   67/18 67/19
55 [2]   57/6 66/5
57 [1]   66/6
58 [1]   68/8

**6**

615 [1]   3/4
64 [1]   66/6

**7**

7.2 [1]   71/13

**8**

8.09 [1]   72/11
8.7 [1]   71/19
80 percent [1]   13/10

**9**

9-car-a-month [1]   52/2
9.4 [1]   72/17
900 [2]   1/20 3/10

**A**

ability [2]   51/18 60/17
able [1]   48/2
about [37]   7/7 8/18 11/11
11/16 12/17 13/1 14/3 19/4
19/4 19/16 21/13 22/9 22/19
25/8 29/7 33/22 34/12 35/4
38/14 38/21 39/2 44/1 44/2
47/19 50/23 51/3 52/15 52/21
55/15 56/9 58/9 58/17 59/2
60/7 60/17 75/6 75/11
above [3]   19/21 73/10 73/12
absence [10]   11/12 34/17 34/20
37/15 37/22 38/14 38/16 38/22
39/4 70/25
Absolutely [1]   37/16
accept [1]   50/1
accommodation [9]   34/16 34/21
35/20 35/24 36/5 36/8 36/10
36/15 36/17
accommodations [1]   11/16

accord [1]   72/7
accordingly [1]   53/24
account [2]   30/24 33/11
accounted [1]   31/6
accounting [1]   24/23
accounts [1]   9/21
accurate [2]   26/14 41/3
accurately [1]   31/5
achieved [1]   21/3
acquire [1]   69/3
Act [4]   7/2 7/3 34/14 34/16
active [1]   6/16
actual [1]   47/4
actually [6]   12/13 19/10 29/14
61/3 65/16 66/3
ad [1]   57/18
adamant [1]   53/15
add [2]   66/25 67/10
addition [1]   59/23
additional [2]   38/15 39/3
address [1]   37/21
administrative [2]   74/23 74/24
advanced [2]   18/15 18/16
advertised [1]   47/24
advertising [1]   8/25
affiliated [1]   77/19
affixed [1]   4/13
after [7]   42/19 44/1 44/22
45/18 45/22 46/22 56/21
afternoon [1]   5/7
again [12]   13/20 16/9 39/25
42/19 49/23 50/12 53/19 56/17
58/6 59/13 64/9 72/23
against [2]   19/19 22/7
age [8]   5/2 61/9 65/23 66/1
66/17 66/20 66/24 67/12
ago [5]   13/22 15/2 17/5 70/12
72/5
agree [1]   35/10
agreement [2]   1/17 4/7
ahead [1]   34/22
al [1]   1/8
all [69]   5/21 6/15 7/9 7/12
7/18 7/25 9/18 10/9 10/14
10/24 12/16 12/18 14/18 16/6
16/13 16/17 16/20 17/6 17/11
17/17 17/20 18/15 20/6 21/21
22/3 23/11 24/10 24/21 24/24
25/4 25/20 26/2 28/16 29/1
29/4 29/18 30/12 32/4 32/15
33/18 34/7 34/19 42/13 45/11
47/23 48/2 50/9 51/22 52/13
52/20 53/8 54/14 57/10 58/6
61/10 64/8 64/19 65/5 66/25
67/18 68/14 69/1 70/4 71/16
73/20 74/6 74/18 74/23 75/25
alleged [1]   22/10
Allen [1]   7/17
almost [1]   43/21
along [1]   24/6
already [1]   34/6
also [16]   3/13 16/23 20/20
35/5 35/5 35/14 43/15 48/12
48/12 49/24 56/24 59/10 59/24
61/13 63/16 71/15
aluminum [1]   22/22
always [4]   40/9 43/3 44/11
45/5
am [17]   10/6 15/10 20/8 35/2
37/24 40/7 44/1 44/2 47/3 53/2
60/6 64/17 72/10 73/3 77/14
77/17 77/18

**A**

Americans [3]  7/2 34/14 34/15
among [1]  26/9
amongst [1]  53/17
amount [3]  19/21 23/24 39/21
Andrie [3]  64/24 68/6 72/17
annual [5]  29/9 29/10 29/10
29/16 29/19
another [5]  25/12 34/8 44/8
47/18 52/2
answer [5]  5/20 15/6 15/21
28/5 37/2
answered [3]  15/4 42/14 48/21
answering [1]  13/4
anticipated [1]  37/11
any [46]  6/8 6/18 6/19 7/22
8/16 8/19 9/13 11/3 11/4 12/5
13/10 13/18 13/20 16/21 17/25
18/14 21/9 23/5 23/24 24/9
25/14 25/25 26/17 29/4 33/14
35/18 35/24 36/5 37/2 37/6
39/6 39/23 47/10 49/5 49/9
50/19 60/8 60/12 60/22 64/10
65/6 69/6 70/1 73/22 77/14
77/16
anybody [2]  17/1 59/5
anyone [10]  28/11 32/15 36/23
37/18 38/20 48/6 49/16 59/1
65/13 74/14
anything [6]  21/9 25/15 35/7
37/9 43/13 56/8
anyway [1]  37/4
aol.com [1]  2/12
Appeals [1]  34/24
appear [4]  26/14 29/13 45/15
54/12
APPEARANCES [1]  3/1
appears [3]  63/5 65/23 66/9
applicant [3]  49/6 49/8 49/13
applicants [3]  48/15 48/20
49/2
application [1]  49/17
applied [3]  48/11 54/19 57/17
apply [1]  47/25
appointee [1]  35/6
appointment [3]  13/13 14/9
14/10
appraised [1]  12/3
appreciate [1]  42/13
approve [1]  50/13
approximately [2]  16/20 41/2
April [1]  48/1
are [63]  6/25 7/12 7/19 7/20
7/25 8/11 11/8 11/13 11/18
11/24 13/17 16/23 17/7 17/12
17/25 18/1 19/10 19/17 19/24
20/23 21/5 21/11 23/23 25/14
25/20 29/4 31/24 34/11 34/13
34/15 34/19 36/19 38/19 43/2
44/17 44/25 45/12 46/4 48/15
48/20 49/2 49/9 49/10 49/12
52/13 52/20 52/24 53/19 54/25
55/11 60/3 61/11 63/6 63/25
66/5 66/10 66/23 67/9 73/6
73/9 73/11 73/20 75/25
aren't [3]  44/12 62/22 62/22
arguing [1]  35/15
around [2]  13/3 74/7
art [1]  56/23
articulate [1]  42/23
as [42]  1/15 1/17 4/4 4/7 5/3
5/4 13/21 15/4 23/2 23/21 24/8

24/8 26/4 27/14 28/1 30/4
34/25 37/8 38/20 41/11 42/3
45/6 46/5 47/6 49/25 51/7
51/22 51/23 51/23 51/23 53/24
61/2 61/3 61/4 61/23 62/23
63/20 64/25 66/21 70/6 70/6
77/19
ask [10]  7/6 19/15 33/24 36/4
36/7 36/9 37/4 46/18 59/8
60/16
asked [10]  29/24 30/2 35/23
35/23 36/24 39/10 58/2 59/4
59/6 64/8
asking [5]  38/13 44/6 44/7
47/3 52/24
assessed [1]  41/23
assign [1]  14/19
assigned [3]  14/4 15/9 15/16
assigning [1]  13/12
assistant [2]  28/12 32/19
Association [1]  54/24
assume [2]  43/23 47/10
assuming [1]  71/1
attempt [1]  48/7
attention [1]  26/19
attorney [1]  77/14
August [9]  1/21 31/9 31/10
42/3 50/25 57/17 58/2 63/23
77/23
authority [4]  33/14 37/9 37/14
75/22
authorize [1]  75/23
AutoBase [29]  18/25 19/8 19/9
19/12 24/12 24/16 24/17 25/2
25/7 25/8 41/24 55/16 55/18
55/25 56/3 56/19 56/23 57/2
57/3 58/5 58/14 59/6 59/11
59/19 60/1 69/23 70/2 70/11
70/12
Automall [1]  12/25
Automobile [1]  54/24
average [8]  11/22 61/8 65/23
66/1 66/20 66/22 66/23 67/12
averaged [1]  30/14
awarded [1]  21/12
awards [1]  21/6
aware [21]  20/23 21/8 23/23
25/14 25/20 25/22 25/25 26/17
34/19 35/5 38/11 38/19 39/5
52/13 52/20 52/24 53/2 56/20
58/3 60/12 65/15
away [3]  13/1 30/24 31/3

**B**

back [24]  15/2 16/13 16/19
20/4 25/11 37/10 40/16 42/3
42/7 43/4 43/23 43/25 47/10
47/15 48/7 48/14 51/9 51/10
52/15 52/19 52/21 58/2 62/16
64/7
backwards [1]  41/19
bankrupt [1]  23/16
base [1]  36/6
based [4]  47/17 65/8 65/14
67/1
Basically [1]  63/24
basis [2]  58/22 74/15
Bassett [2]  1/19 3/9
BDC [9]  12/8 13/22 13/24 14/1
14/8 14/18 14/23 14/25 15/7
be [88]
became [1]  69/8
because [18]  19/3 19/12 26/25

32/3 34/2 39/7 42/8 43/25
46/20 46/25 47/3 47/8 47/13
59/9 62/19 68/11 68/12 71/5
becoming [3]  69/7 69/12 69/19
been [19]  10/12 23/14 23/25
26/13 32/4 34/6 39/7 39/16
40/3 41/8 45/12 46/16 48/18
49/14 58/12 59/10 62/13 71/4
75/19
before [10]  1/22 5/14 5/19
18/6 46/17 57/1 60/25 66/10
66/13 75/19
began [1]  41/24
begin [1]  60/2
beginning [1]  10/1
being [7]  5/2 9/7 48/3 51/8
59/23 60/13 67/8
believe [9]  10/13 20/8 22/21
39/17 52/11 53/1 53/14 72/9
73/2
below [2]  32/4 66/6
Ben [1]  73/25
best [7]  5/18 21/16 25/7 32/3
44/21 50/21 73/24
better [4]  66/4 66/7 67/5 71/8
between [4]  4/2 9/15 33/13
43/19
beyond [5]  35/7 35/20 38/22
39/9 53/18
bi [1]  58/22
bi-weekly [1]  58/22
big [1]  22/14
Bill [1]  71/11
bit [1]  19/16
boat [6]  22/12 22/14 22/17
22/21 22/23 22/25
Bob [4]  5/21 5/23 27/23 60/6
bonus [1]  21/15
bonuses [1]  21/9
bookkeeping [1]  9/21
books [1]  33/2
boss [1]  37/5
both [3]  24/15 51/3 53/11
bottom [3]  38/3 55/13 65/2
bought [1]  16/16
brand [2]  55/11 55/11
brands [1]  10/15
break [1]  70/15
Brian [2]  3/3 5/8
bring [1]  40/16
brother [3]  68/16 68/17 68/18
brought [3]  22/7 41/22 41/24
Bryan [1]  71/19
Bryan's [1]  71/21
building [3]  12/17 12/20 12/22
Bunger [3]  63/21 64/24 68/5
business [4]  8/24 12/9 27/14
43/5
Butler [4]  3/3 3/4 5/8 77/3
button [1]  16/17
buy [2]  14/3 22/11

**C**

calculate [3]  16/20 18/14
29/21
calculated [1]  30/23
calculating [1]  16/12
calculations [1]  28/14
California [2]  6/7 6/25
call [5]  5/21 12/8 16/12 16/25
51/1
called [4]  4/16 16/19 17/15
28/19

**C**

calls [1]  13/4
came [8]  15/14 18/6 22/11
 25/11 27/2 39/18 57/23 75/15
Cammett [1]  71/19
can [15]  16/16 18/21 29/2 29/8
 29/9 37/2 42/23 43/17 44/20
 51/14 51/20 62/23 67/3 67/4
 73/24
can't [9]  22/23 27/22 43/1
 51/1 60/9 61/7 71/7 72/5 73/22
car [16]  12/3 15/25 16/23
 21/20 22/11 22/16 22/16 22/24
 25/10 51/20 52/2 61/7 69/7
 69/8 69/12 69/19
care [1]  43/8
careful [1]  43/14
Carmichael [19]  7/16 8/1 8/3
 8/5 41/22 41/23 42/3 42/7 51/2
 51/9 52/5 53/4 53/15 53/16
 56/22 60/5 66/2 66/14 68/24
cars [29]  15/8 16/14 20/13
 21/13 21/18 28/21 42/1 42/5
 42/6 42/8 51/14 51/24 51/25
 53/19 54/16 54/16 54/20 55/6
 60/21 61/5 61/5 68/1 71/2
 71/13 71/19 72/11 72/17 73/5
 73/7
CarSalesProfessional.com [1]
 54/25
case [3]  1/4 10/12 75/10
cases [1]  14/20
caused [3]  49/14 60/16 60/25
cease [1]  9/7
Center [3]  1/20 3/9 12/9
certain [5]  21/3 21/7 21/13
 21/20 25/10
certainly [7]  5/11 5/22 7/5
 13/9 40/10 58/3 71/17
certification [1]  21/1
certified [2]  5/3 20/25
certifies [1]  20/24
certify [1]  77/6
Chad [1]  66/18
chance [1]  71/8
change [1]  66/21
changed [2]  8/21 56/24
characterization [1]  35/3
charge [2]  55/2 55/4
charged [1]  42/11
Charger [1]  14/4
Charles [1]  5/11
charts [1]  61/11
check [1]  37/17
Chief [1]  54/23
chosen [2]  58/17 60/1
Christian [3]  63/7 63/13 67/18
Christopher [1]  68/8
Chrysler [9]  10/5 10/14 10/17
 10/19 20/23 20/25 21/6 21/10
 21/24
Chrysler's [2]  10/10 52/1
Cincinnati [4]  1/21 3/5 3/10
 6/3
Circuit [3]  34/20 34/24 35/10
circumstances [3]  49/4 49/5
 55/10
city [3]  41/17 51/10 52/11
Civil [3]  1/17 4/7 77/19
clarify [1]  31/23
CLE [1]  6/23
clerical [1]  68/4

CLEs [1]  34/12
client [4]  7/13
clients [1]  6/10
close [2]  73/7 73/13
closest [1]  73/7
co [1]  7/13
co-shareholders [1]  7/13
come [16]  11/4 12/1 13/19
 15/24 16/24 26/19 40/1 42/3
 43/23 47/10 48/7 52/19 55/17
 58/2 58/15 70/8
comes [2]  13/14 43/4
coming [3]  47/15 52/15 52/21
comments [1]  19/6
commercial [4]  27/9 27/10
 27/12 27/14
commission [2]  19/19 77/24
commissioned [1]  77/5
commissions [2]  19/23 19/23
committee [2]  58/7 60/4
committees [1]  60/3
common [3]  9/18 44/18 44/20
communicate [4]  46/3 46/7 46/9
 47/9
communicated [2]  46/10 46/11
Comp [1]  49/20
company [4]  6/9 50/13 66/5
 68/15
compared [2]  58/9 58/23
comparison [1]  59/11
compelling [1]  53/23
compensated [1]  19/18
compensation [1]  19/16
complained [1]  60/9
complaint [1]  45/19
complaints [1]  60/12
complicated [1]  58/14
compose [1]  61/16
composed [1]  61/17
computer [2]  59/16 60/24
concept [1]  36/19
concerning [1]  25/16
CONCLUDED [1]  76/6
conclusion [4]  40/22 55/17
 57/23 59/19
confirm [1]  67/4
consider [3]  36/14 46/7 60/24
considerably [2]  19/7 58/4
consideration [2]  35/18 35/23
considered [5]  45/23 46/4
 46/15 46/23 73/4
considering [1]  60/18
consistent [1]  22/2
consolidation [1]  10/14
constitute [1]  77/10
contact [1]  16/15
contacted [1]  52/18
contacting [1]  52/21
contacts [1]  13/8
continue [2]  26/4 54/20
contract [3]  9/17 9/24 77/19
conversations [1]  50/19
conversed [1]  50/22
convey [1]  21/6
Cook [1]  27/23
copied [2]  38/4 38/9
copy [3]  38/5 38/6 38/7
Cornett [1]  3/8
corporation [5]  8/9 8/10 9/13
 9/14 10/8
correct [14]  5/24 10/11 14/7
 27/24 28/3 31/7 32/7 33/19
 46/25 47/3 47/5 48/11 57/2

77/10
could [14]  5/9 12/5 13/10 23/4
 25/8 25/12 29/7 30/1 39/16
 41/25 59/3 59/5 59/11 67/12
couldn't [6]  22/24 23/14 40/14
 40/14 46/13 56/14
counsel [5]  1/17 4/2 4/7 8/15
 77/16
count [1]  43/2
COUNTY [1]  77/3
couple [2]  51/15 71/24
course [2]  38/7 49/12
courses [6]  6/19 6/21 6/23
 6/25 7/1 7/5
court [6]  1/1 4/9 34/24 35/6
 35/13 77/18
cousin [1]  6/10
covered [2]  38/22 43/6
craft [1]  22/22
Craig [1]  71/11
created [1]  15/5
CRM [14]  16/6 17/1 17/9 18/5
 19/10 55/16 56/23 56/24 56/25
 57/22 59/20 59/21 59/23 60/17
CRMs [3]  55/15 58/10 58/16
cross [1]  1/16 4/5 5/5
cross-examination [3]  1/16 4/5
 5/5
current [3]  17/7 62/9 62/13
currently [3]  7/13 8/4 9/3
Curtis [1]  3/8
customer [18]  13/14 13/16
 14/11 15/22 15/24 16/8 22/7
 22/10 22/13 22/19 22/25 24/13
 24/15 24/25 25/9 25/10 25/11
 27/14
customer's [1]  13/8
customers [10]  12/1 16/14
 16/20 24/22 24/23 25/3 27/9
 27/11 27/12 43/9
cv [1]  1/4
cycle [1]  19/20

**D**

daily [1]  74/15
Dan [1]  60/6
Daniel [1]  7/16
data [6]  24/20 24/21 24/24
 28/17 28/18 67/8
date [2]  37/11 46/12
dated [3]  2/13 26/12 54/12
day [9]  10/25 10/25 13/10 19/5
 25/11 48/3 60/1 61/9 77/23
day-to-day [1]  10/25
days [2]  46/5 46/19
DBA [1]  10/7
deal [4]  11/5 27/11 27/15
 27/17
dealer [17]  7/7 8/14 9/2 9/11
 9/12 9/16 9/17 9/23 12/20
 17/12 18/1 32/24 69/7 74/7
 74/12 74/16 74/19
Dealers [1]  54/24
dealership [22]  10/9 10/19
 12/2 12/14 13/24 14/12 15/5
 16/14 24/21 24/25 28/20 30/25
 33/19 38/20 41/15 57/13 57/19
 58/1 61/7 65/18 65/20 70/25
dealership's [1]  52/9
dealerships [13]  8/22 9/13
 9/18 12/18 14/21 14/24 17/11
 17/18 17/22 17/25 18/4 65/6

**D**

dealerships... [1] 74/20
deals [1] 27/10
decided [2] 14/13 41/20
decides [1] 47/25
decision [4] 42/17 44/1 44/3
 58/20
decisions [1] 11/9
Defendant's [1] 2/10
Defendants [2] 1/10 3/7
define [2] 20/11 27/14
defined [1] 77/19
definitely [1] 27/17
definition [1] 42/1
degree [3] 5/24 6/5 6/13
demographic [1] 68/22
demonstrations [1] 58/16
demoted [1] 57/14
departed [2] 7/22 8/8
department [10] 32/23 41/21
 41/23 42/9 51/8 51/9 51/13
 67/25 71/10 73/17
depending [1] 15/19
depends [4] 13/7 20/20 27/13
 44/20
deponent [1] 77/12
deposed [1] 5/4
deposition [14] 1/14 4/3 4/8
 4/9 4/11 5/14 22/13 27/2 28/1
 70/17 70/19 76/6 77/7 77/12
describe [1] 21/16
describing [1] 17/7
description [7] 2/8 8/21 22/24
 26/8 26/10 26/18 67/1
desk [1] 13/4
determine [1] 51/17
Development [1] 12/9
dictate [1] 43/15
dictates [1] 35/21
did [79]
didn't [28] 10/18 17/5 19/13
 22/14 23/4 23/16 24/17 33/14
 36/4 36/7 36/9 37/2 37/4 38/6
 39/6 41/12 46/8 46/18 46/22
 47/15 48/22 51/12 52/3 52/9
 53/2 58/6 61/1 71/1
difference [1] 65/1
different [8] 8/20 17/20 17/21
 18/5 18/5 54/22 57/12 64/1
difficult [6] 13/6 13/9 19/7
 19/8 58/5 73/23
digits [1] 20/17
directly [2] 12/8 13/22
Director [1] 32/20
disabilities [4] 7/2 11/17
 34/14 34/16
discipline [2] 11/3 56/6
disciplined [1] 56/18
discovery [1] 62/5
discuss [1] 39/21
discussed [2] 39/23 50/18
discussion [3] 39/2 51/3 55/14
DISTRICT [2] 1/1 1/2
divided [3] 31/2 31/7 31/20
dividing [1] 31/20
DIVISION [1] 1/3
divisor [1] 31/15
DMS [3] 24/17 24/19 24/24
do [60] 5/18 6/1 8/13 8/14
 10/2 10/25 11/22 17/11 17/14
 17/22 18/14 18/18 18/20 19/1
 19/3 19/5 19/14 20/6 20/8 21/4

21/21 26/21 27/11 29/2 33/4
38/9 38/25 42/22 43/3 43/4
43/4 45/16 45/16 50/4 50/17
51/12 52/15 54/4 54/6 54/11
58/21 59/9 61/4 61/19 62/5
64/5 64/10 64/17 66/7 67/5
70/1 70/8 70/10 72/25 73/2
73/24 74/6 74/9 75/15 77/6
doctor [2] 48/7 49/22
doctor's [5] 48/2 48/4 49/7
 49/15 52/25
doctors' [3] 48/16 49/3 49/10
document [6] 2/11 28/9 30/11
 32/13 38/1 54/4
documents [2] 26/9 32/12
DODGE [67] 1/8 2/8 2/14 9/10
 9/11 9/13 9/16 9/24 10/3 10/5
 10/8 10/22 11/1 11/21 11/25
 13/12 14/4 14/5 14/24 15/1
 15/13 19/17 20/7 20/9 20/12
 22/5 23/6 23/18 24/11 26/9
 27/18 28/2 28/7 28/23 32/23
 33/1 33/19 35/19 36/1 36/24
 37/3 40/6 40/14 43/12 44/17
 45/25 46/9 47/4 48/17 49/2
 49/6 49/14 50/1 50/24 52/14
 54/14 61/13 62/8 65/22 69/8
 69/13 70/2 74/11 74/13 74/15
 75/12 75/13
Dodge's [2] 37/20 55/7
does [31] 11/20 14/4 16/10
 20/3 20/9 20/12 21/6 21/18
 26/14 27/18 27/23 35/11 37/14
 37/20 38/3 40/5 43/12 45/15
 45/21 45/22 50/13 54/12 54/14
 62/24 65/19 66/21 71/14 73/15
 74/1 74/14 74/22
doesn't [15] 9/12 20/2 27/7
 32/2 35/10 37/17 37/19 41/9
 46/2 46/5 50/9 54/17 67/25
 71/16 71/22
doing [4] 13/5 42/8 47/8 51/11
Don [1] 72/2
don't [50] 5/17 13/13 18/2
 18/7 18/21 18/23 20/21 23/10
 23/13 25/5 26/12 36/14 37/1
 37/23 39/17 40/7 42/22 43/13
 43/14 44/19 46/3 46/3 46/6
 46/6 47/7 47/7 47/8 47/9 47/9
 48/6 50/7 52/8 55/8 56/1 56/8
 57/5 57/7 57/8 59/4 62/19
 64/13 64/23 64/24 67/4 69/25
 70/3 70/13 70/14 71/23 72/9
done [8] 6/18 11/15 16/1 16/11
 56/6 61/6 70/10 75/21
door [1] 13/14
doubt [3] 62/13 66/3 69/25
down [5] 20/16 27/1 41/17
 63/19 63/22
draft [2] 32/6 54/6
drafted [1] 54/11
draw [8] 19/19 19/21 19/25
 20/3 20/7 24/17 28/16 59/11
drawn [1] 28/18
drew [1] 58/10
DriveCentric [22] 17/15 18/6
 18/9 18/19 41/24 56/23 57/23
 57/25 58/4 58/7 58/13 58/16
 58/21 59/3 59/5 59/7 59/9
 59/10 59/15 60/9 70/5 70/7
duly [3] 5/2 77/4 77/8
during [4] 19/24 43/16 43/17
 46/6

duties [5] 11/24 12/4 32/25
duty [1] 43/8

**E**

each [7] 12/14 15/5 24/12 25/2
 25/6 28/20 30/13
earlier [2] 36/13 51/8
early [1] 54/13
earn [1] 20/7
earned [1] 19/24
easier [3] 18/24 26/25 59/12
East [1] 1/20 3/10
easy [4] 18/24 19/13 28/22
 60/2
Economist [1] 54/23
education [1] 6/2
EEOC [10] 45/18 54/9 55/2
 61/20 62/20 63/9 63/10 64/6
 64/8 64/17
effort [1] 51/21
efforts [1] 50/24
eight [4] 15/3 44/8 44/14 45/3
either [1] 12/7
electronic [3] 12/5 12/15
 18/16
electronically [2] 14/11 21/14
else [9] 21/9 32/15 37/18
 38/17 38/20 59/1 60/24 65/13
 73/12
Elsinore [1] 3/4
email [6] 2/12 12/6 13/20
 45/13 46/21 46/22
emails [1] 13/4
employ [1] 11/21
employed [2] 54/21 66/11
employee [15] 11/12 34/17 37/3
 37/15 41/1 43/2 45/20 45/22
 45/24 46/1 46/24 48/10 74/11
 74/15 77/16
employees [8] 2/16 33/5 54/15
 62/10 62/13 74/22 74/23 75/13
employment [5] 6/19 6/25 34/1
 34/13 44/6
emptying [1] 69/17
end [11] 8/24 11/6 19/22 30/13
 31/2 31/4 31/19 36/2 40/11
 40/12 46/14
enforced [1] 57/9
enjoying [1] 55/11
enter [1] 25/7
entered [1] 25/9
enters [1] 17/1
entire [2] 29/12 44/14
entitle [1] 41/10
entree [1] 68/15
equity [2] 16/19 16/21
Esq [2] 3/3 3/8
Essentially [1] 33/2
established [1] 68/10
estimate [1] 36/18
et [1] 1/8
even [11] 43/20 47/25 52/1
 53/18 56/7 64/18 66/6 66/18
 71/8 73/6 73/12
eventually [1] 56/13
ever [12] 18/22 22/6 35/24
 35/25 36/5 36/8 36/24 37/13
 50/17 56/18 59/4 59/22
every [8] 6/24 19/5 28/20 49/6
 49/8 52/6 60/1 69/17
everybody [1] 16/15
everyone's [1] 52/4

## E

everything [3]  16/10 24/24
25/1
evidence [1]  73/19
exacerbated [1]  57/22
exact [1]  22/23
exactly [2]  50/15 50/16
examination [4]  1/16 4/5 4/12
5/5
examined [1]  5/3
example [3]  15/13 49/13 74/11
exclude [1]  65/25
exempted [1]  29/5
exhibit [13]  2/7 26/5 27/25
30/6 37/25 45/7 45/8 45/12
54/1 61/10 61/24 62/1 73/6
Exhibit 10 [1]  37/25
Exhibit 12 [1]  73/6
Exhibit 19 [1]  45/12
Exhibit 21 [1]  61/24
exhibits [2]  26/25 27/5
exist [2]  10/18 17/5
existence [1]  9/25
existing [1]  14/23
experience [2]  51/16 57/18
Expires [1]  77/24
explain [3]  40/19 40/23 40/25
explained [1]  51/7
explanation [2]  42/14 62/12
explanatory [1]  50/7
expressway [1]  57/7
extend [1]  33/14
extended [6]  34/3 34/5 39/8
39/16 39/19 46/18
extremely [1]  19/7

## F

face [2]  13/7 13/7
face-to-face [1]  13/7
Facebook [4]  12/6 13/20 14/2
15/14
facility [1]  59/2
fact [6]  29/14 35/19 36/7
42/23 58/4 66/18
factor [1]  60/20
fail [1]  46/8
fair [1]  23/12
fairness [1]  53/16
familiar [8]  21/5 34/11 34/15
34/23 36/19 36/21 45/12 57/25
Family [2]  7/3 41/14
far [2]  24/8 70/6
fashion [1]  23/1
father [1]  69/4
feature [2]  16/13 16/19
features [2]  17/6 17/7
February [2]  41/15 57/11
Federal [2]  1/16 4/6
Feldhaus [1]  8/2
few [6]  5/8 12/13 43/15 62/21
63/19 70/21
Fifth [2]  1/20 3/10
fight [1]  35/4
figure [1]  31/18
filed [1]  45/18
financial [1]  33/3
find [1]  24/2
finish [1]  5/19
Fired [1]  74/1
firm [1]  77/18
first [8]  2/10 5/2 13/15 13/25
45/17 45/21 47/17 77/8

fit [4]  48/8 48/16 49/22 52/3
52/11 60/22
five [8]  7/23 8/18 18/8 25/16
25/18 42/4 51/24 53/22
fleet [2]  27/16 27/19
floor [1]  43/6
floors [1]  69/16
fluctuate [1]  43/12
fluctuated [1]  43/19
fluctuates [1]  11/21 45/1
FMLA [7]  35/20 38/22 46/14
48/6 48/10 48/18 49/19
focused [2]  7/1 7/4
follow [3]  15/23 16/25 70/21
follow-up [2]  15/23 70/21
followed [1]  36/17
follows [1]  5/4
fool [1]  75/8
force [1]  20/22
Ford [3]  57/15 72/11 74/3
Fords [1]  57/15
foregoing [1]  77/10
form [2]  7/7 75/18
formally [1]  56/6
formed [1]  7/10
formerly [1]  9/4
forth [1]  1/19
Foster [1]  12/23
four [7]  10/10 16/16 18/8
29/24 40/2 58/18 66/5
four-month [1]  58/18
fourth [1]  60/7
frame [1]  47/11
franchise [1]  11/6
FREDERICK [1]  1/8 3/14
free [1]  67/10
freestanding [1]  9/14
friendly [3]  18/10 18/12 19/13
fulfill [1]  6/24
full [3]  5/9 56/24 71/16
function [3]  18/13 33/9 57/21
functions [2]  17/2 18/15
further [1]  63/22

## G

gap [1]  43/9
gave [1]  22/15
general [3]  8/22 41/20 55/15
Gerald [1]  8/1
get [20]  6/4 6/12 14/4 16/17
19/11 19/25 20/16 21/13 21/14
21/15 21/25 24/6 42/2 43/17
51/20 52/2 60/14 61/5 65/8
73/23
gets [2]  14/1 55/15
getting [3]  37/10 63/24 66/23
give [9]  5/18 15/25 29/7 29/8
29/9 33/15 35/18 49/13 58/16
given [6]  13/10 25/15 35/22
39/21 71/9 77/11
gives [1]  21/10
giving [2]  5/20 77/6
go [18]  13/22 13/23 13/24
14/16 15/2 16/22 25/12 34/22
51/15 51/19 52/4 57/6 57/20
62/18 63/2 63/19 63/22 66/21
goes [2]  37/8 48/6
going [27]  13/8 34/3 34/6
34/12 35/4 36/1 36/4 38/11
38/12 39/8 39/19 40/8 41/19
43/3 43/3 44/12 44/13 44/14
46/11 46/17 48/13 48/14 51/5
52/2 55/14 59/15 59/20

gone [1]  34/3 34/8 39/8 39/19
72/20 72/24
good [9]  5/7 29/14 40/8 42/6
51/23 55/10 61/2 73/5 73/23
got [10]  6/10 39/18 41/14
41/21 41/23 58/24 67/14 71/21
74/5 75/12
gotten [1]  51/10
grabs [2]  13/14 13/16
grant [3]  11/11 33/14 37/15
granted [1]  39/11
Greet [1]  12/1
ground [1]  5/16
group [19]  7/7 8/14 9/2 9/11
9/12 9/16 9/17 9/23 12/12
12/20 15/6 17/12 18/1 32/24
69/7 74/7 74/12 74/16 74/19
guess [8]  10/18 21/16 23/4
40/8 40/9 41/4 43/20 67/11
Gun [4]  28/19 28/23 29/5 29/7
guy [4]  51/22 52/2 61/1 61/8

## H

had [35]  5/13 6/10 9/24 13/24
14/25 14/25 25/21 25/25 31/9
34/6 35/23 38/21 39/7 39/9
40/1 41/15 41/21 42/18 46/19
48/13 50/2 51/3 51/9 51/10
53/1 58/10 58/12 58/12 58/15
59/9 59/10 64/17 70/24 70/25
75/19
Haley [3]  63/16 67/20 67/21
half [2]  12/16 13/22
Hamilton [1]  77/22
hand [2]  17/3 77/22
handbook [4]  37/20 45/24 46/1
46/24
handed [1]  45/12
handle [1]  15/17
handled [1]  14/24
happen [4]  15/23 53/2 72/22
73/15
happened [5]  22/20 42/18 44/1
52/16 71/9
hard [2]  18/24 60/10
harder [3]  18/24 59/12 59/24
Hardly [1]  27/22
Hartman [1]  68/7
has [19]  8/23 9/10 9/17 9/23
10/12 14/2 14/11 16/9 21/2
21/2 21/3 34/20 37/9 37/11
38/11 48/2 48/7 50/4 71/15
have [101]
haven't [2]  52/8 60/11
having [2]  26/24 55/12
he [153]
he's [16]  42/5 42/5 46/17
46/23 48/14 51/14 57/15 61/1
61/2 68/11 69/1 69/9 71/17
71/20 72/19 72/23
head [2]  5/18 32/23
headquarters [3]  12/17 12/19
33/17
hear [2]  47/9 47/12
heard [5]  23/21 35/1 47/14
75/5 75/9
Heather [1]  68/7
held [1]  8/20
help [3]  28/11 32/15 33/5
helped [2]  32/6 32/18
her [8]  25/3 32/25 38/15 38/18
38/21 39/13 40/1 68/2

## H

here [5]   43/24 50/14 63/15
 63/25 67/2
hereby [1]   77/6
herein [1]   1/15 4/4 5/2
hereinafter [2]   1/18 5/3
hereunto [1]   77/21
high [4]   40/17 69/10 69/16
 74/9
him [33]   22/6 22/15 23/5 23/23
 24/2 24/3 36/24 38/16 39/12
 40/15 40/16 43/24 43/25 44/2
 44/3 44/13 47/12 47/14 48/14
 49/25 50/2 50/10 50/19 51/5
 52/19 52/24 60/19 61/1 61/2
 61/3 61/4 68/21 71/18
himself [1]   48/14
hip [3]   25/21 25/25 48/13
hire [8]   40/6 43/5 44/20 49/25
 50/8 50/10 61/1 65/17
hired [21]   29/12 61/12 62/7
 62/25 63/4 63/4 63/8 63/12
 63/13 63/20 63/22 65/8 65/14
 65/24 66/10 66/20 67/1 67/8
 68/10 68/12 68/21
hires [1]   40/14
hiring [2]   11/3 43/21
his [35]   4/12 22/12 25/3 25/16
 27/22 31/5 31/6 31/20 34/4
 35/9 35/12 36/12 37/5 38/21
 39/2 43/24 44/6 44/7 45/18
 45/22 46/23 47/17 57/21 65/9
 68/13 68/16 68/17 68/18 69/3
 69/3 69/20 71/2 71/5 72/7 77/7
hold [13]   8/13 8/19 34/4 40/14
 40/15 40/25 42/16 42/20 44/7
 44/13 45/2 69/6 69/11
holding [2]   40/4 41/7
HOLLOWAY [49]   1/8 3/14 21/12
 22/4 22/12 22/14 22/16 22/21
 23/2 23/17 24/4 24/11 25/15
 25/25 28/7 28/24 30/16 31/3
 34/2 35/19 38/13 38/21 39/2
 39/9 39/18 41/11 42/2 43/23
 46/8 49/10 50/19 51/23 52/14
 52/21 53/5 53/17 55/18 56/6
 56/18 57/17 58/2 59/3 59/5
 59/18 60/21 69/24 70/24 74/10
 75/11
Holloway's [9]   26/11 28/1
 33/25 40/15 42/4 50/18 50/24
 51/4 60/17
honest [1]   60/15
Honestly [1]   37/23
Hopefully [1]   75/20
House [1]   8/15
housekeeping [1]   26/21
how [49]   9/10 9/23 10/12 11/16
 11/20 13/7 14/4 14/13 14/23
 15/1 15/14 15/19 16/21 16/22
 16/23 17/20 17/21 18/4 18/18
 19/17 21/18 22/3 22/14 22/15
 30/14 36/9 36/24 40/5 43/16
 44/16 44/25 52/13 52/15 55/10
 55/10 55/17 57/8 58/1 58/8
 58/9 58/13 58/23 59/6 59/8
 59/11 68/24 70/4 73/15 75/15
however [1]   7/13
HR [4]   11/15 32/20 33/8 74/25
Huddleson [10]   32/20 32/21
 37/3 37/6 37/9 38/8 38/14
 38/19 39/2 39/18

huh [2]   66/12 72/21
hub [1]   44/19

## I

I'd [2]   64/7 65/10
I'll [1]   15/2
I'm [16]   5/7 8/7 21/8 27/6
 31/12 35/5 35/5 36/21 39/5
 47/13 56/16 56/20 64/9 64/16
 64/25 72/23
idea [3]   34/15 62/11 75/17
identification [5]   26/6 30/7
 45/9 54/2 62/2
Immediately [1]   69/19
impacted [1]   33/12
improved [1]   42/9
inability [1]   57/21
INC [3]   1/8 2/8 2/14
incentive [1]   21/16
Incidentally [1]   37/3
include [1]   29/11
included [1]   7/5
including [2]   16/12 24/25
incorrect [1]   46/25
increased [4]   15/5 41/18 51/25
 52/1
indefinite [2]   22/19 46/20
indefiniteness [1]   43/2
Index [1]   51/17
indicate [2]   37/21 38/3
indicates [1]   21/1
indicating [1]   39/3
indications [1]   34/7
individual [1]   59/17
individuals [4]   15/8 28/2
 64/11 65/24
industry [4]   41/18 51/25 55/5
 55/10
inform [1]   38/24
information [2]   58/10 58/25
informed [4]   38/15 39/7 39/13
 39/14
informing [1]   38/20
injure [1]   48/14
injured [2]   49/16 49/21
injury [1]   49/17
inquire [1]   53/17
inquired [2]   14/2 14/11
inquiries [2]   12/4 12/15
inquiry [2]   14/9 15/21
inside [1]   14/25
insomuch [1]   47/5
installed [1]   59/7
instance [1]   37/8
instead [1]   31/20
interact [2]   12/8 22/4
interacted [3]   22/6 24/3 59/14
interaction [2]   15/20 33/13
interactive [2]   36/20 36/21
interest [3]   10/2 10/17 77/16
intermittent [1]   71/15
Internet [7]   15/1 15/4 15/5
 15/12 15/16 15/18 15/20
interpret [1]   47/6
Interrogatories [2]   32/7 62/17
Interrogatory [2]   28/6 62/15
interviews [1]   55/19
intimates [1]   27/4
involved [4]   11/8 11/13 11/18
 38/8
involvement [2]   10/25 11/2
is [125]
isn't [2]   38/8 62/10

issues [3]   11/3 11/4 71/15
it's [50]   5/11 7/13 9/3 10/5
 12/12 12/23 13/1 14/21 16/8
 17/4 18/11 18/12 18/16 18/23
 19/6 19/7 19/19 21/15 21/15
 22/2 26/12 27/2 28/2 33/17
 34/9 40/4 40/21 40/23 40/23
 40/24 40/25 42/23 43/10 43/20
 44/7 44/19 45/21 53/22 55/9
 57/5 59/19 60/9 61/5 62/13
 73/23 74/8 74/8 74/24 75/5
 75/10
its [8]   9/25 9/25 13/24 15/5
 24/12 34/24 54/15 75/13

## J

Jackson [5]   1/22 4/10 77/4
 77/24 77/24
Jamison [1]   68/7
January [6]   9/9 34/1 41/15
 42/18 42/19 44/5
January 13th [1]   34/1
Jeep [4]   10/5 10/17 10/18
 16/16
jeepbigyella [1]   2/12
Jeff [4]   51/2 56/22 60/5 68/24
Jeffrey [4]   7/16 8/5 63/20
 68/5
job [20]   2/8 8/21 13/3 26/8
 26/10 26/11 26/18 34/4 34/10
 40/3 41/7 41/10 42/16 42/20
 43/24 44/8 44/13 45/23 46/23
 61/6
Johnson [2]   66/18 66/19
joke [2]   75/5 75/9
Jordan [6]   63/4 64/12 64/13
 64/23 67/17 73/8
Jraisat [3]   63/4 64/13 73/8
Jraiset [1]   67/17
just [27]   14/21 18/17 26/4
 26/24 30/12 31/16 34/5 35/2
 35/14 40/4 40/15 40/21 42/23
 43/10 43/10 43/22 47/10 48/23
 51/10 52/3 52/3 61/6 64/25
 66/13 67/4 70/13 70/21

## K

keep [3]   20/22 33/2 34/9
Kenwood [15]   7/7 8/14 9/2 9/11
 9/12 9/16 9/17 9/23 12/20
 17/12 18/1 32/24 74/12 74/16
 74/19
kind [6]   6/21 13/18 17/3 27/13
 35/24 58/22
kinds [1]   29/4
KINGS [70]   1/8 2/8 2/14 9/10
 9/11 9/13 9/16 9/24 10/3 10/5
 10/8 10/22 11/1 11/21 11/25
 12/25 13/12 14/5 14/24 15/1
 15/13 19/17 20/7 20/9 20/12
 22/5 23/6 23/18 24/11 26/9
 27/18 28/2 28/7 28/23 32/23
 33/1 33/19 35/19 36/1 36/24
 37/3 37/20 40/6 40/14 43/12
 44/17 45/25 46/9 47/4 48/17
 49/2 49/6 49/14 50/1 50/24
 52/14 54/14 55/7 60/8 61/13
 62/8 69/8 69/13 69/22 70/2
 74/11 74/13 74/15 75/12 75/13
Kings Dodge [55]   9/10 9/11
 9/16 9/24 10/3 10/5 10/8 10/22
 11/1 11/25 13/12 14/5 15/1

## K

Kings Dodge... [42] 19/17 20/7
20/9 20/12 22/5 23/6 23/18
24/11 26/9 28/2 28/7 28/23
32/23 33/1 33/19 35/19 36/1
36/24 37/3 40/6 40/14 43/12
44/17 45/25 46/9 47/4 49/2
49/6 49/14 50/1 50/24 52/14
54/14 61/13 62/8 69/13 70/2
74/11 74/13 74/15 75/12 75/13
Kings Dodge's [2] 37/20 55/7
Kings' [1] 55/15
knew [5] 34/3 37/5 48/12 48/13
51/22
know [74] 5/16 5/18 15/21
16/16 16/22 16/23 17/5 18/7
18/16 18/18 18/23 19/1 19/6
20/21 22/19 24/8 24/9 25/5
26/13 34/9 34/24 36/9 36/23
37/1 37/1 37/12 37/23 38/11
39/17 40/7 42/22 43/16 43/25
44/19 44/20 46/3 47/2 47/8
47/15 50/17 50/23 51/11 52/8
52/15 54/11 56/1 57/5 57/5
57/8 58/8 60/23 61/19 64/5
64/10 64/12 64/13 64/14 64/24
64/24 65/17 67/4 67/24 69/16
69/25 70/1 70/3 70/6 70/10
70/13 71/23 72/9 72/23 72/25
75/15
knowledge [5] 20/25 21/2 21/3
50/21 75/21

## L

labor [3] 6/19 6/25 34/13
Labor/Employment [1] 6/25
lady [1] 11/15
lands [1] 31/25
last [12] 7/23 8/18 9/9 12/16
16/10 16/16 18/17 25/16 25/18
42/4 51/24 64/18
late [1] 48/1
law [7] 5/23 6/5 6/8 6/12 6/15
6/19 45/23
lawful [1] 5/2
Lawrence [4] 8/2 63/21 64/24
68/5
lawsuit [1] 22/7
lead [6] 15/13 15/15 15/15
15/19 15/20 27/12
leads [7] 13/17 13/19 15/4
15/5 15/6 15/9 17/3
leases [2] 16/12 18/14
Leasing [1] 69/22
least [1] 43/21
leave [30] 7/3 11/12 30/25
31/12 33/6 33/6 33/14 33/15
34/17 34/20 35/20 36/1 36/4
37/15 37/22 38/14 38/15 38/22
39/3 39/16 41/14 43/9 46/14
48/6 50/18 57/12 70/25 71/1
72/4 72/7
leaves [1] 33/22
leaving [1] 23/23
led [2] 22/21 23/2
left [8] 16/22 23/19 25/13
41/13 61/13 64/3 64/5 71/17
legal [2] 11/3 75/3
Lemmel [10] 2/13 32/20 38/25
39/1 39/11 39/15 39/20 39/25
50/17 61/17
length [1] 39/19

less [3] 23/2 43/17 59/23
Let's [2] 21/24 53/24
letter [2] 38/4 38/9
level [3] 10/24 21/3 42/21
license [1] 6/15
light [7] 22/23 44/11 44/13
44/14 44/25 45/3 45/5
like [19] 18/15 21/10 22/22
25/15 26/24 27/14 30/19 33/6
33/22 47/10 47/25 57/5 61/3
61/4 65/10 66/16 72/1 75/18
75/23
limit [1] 57/6
Lindsay [1] 32/19
line [1] 63/25
list [31] 2/16 14/16 14/18
17/2 24/13 24/15 25/3 25/4
25/6 27/21 28/2 32/1 32/1
61/13 61/16 61/18 61/20 62/4
62/7 62/9 62/19 63/4 63/8
63/10 63/21 65/1 65/2 65/13
66/9 66/17 66/19
lists [4] 24/25 28/20 62/19
64/1
litigation [2] 77/15 77/17
little [4] 7/6 13/24 15/6
19/15
LLC [3] 1/19 3/9 8/9
loan [1] 75/12
located [1] 12/22
logical [1] 59/19
long [14] 9/10 9/23 10/12
34/10 36/24 40/21 40/23 40/23
40/24 40/25 41/8 42/24 43/10
54/21
longer [5] 7/20 36/2 36/4
48/10 48/10
longest [2] 23/17 23/25
look [10] 16/19 27/21 29/23
30/1 31/25 37/25 52/9 60/23
62/16 64/7
looked [3] 27/25 53/18 75/18
looking [1] 51/14
looks [4] 16/13 42/3 66/16
72/1
loss [1] 41/16
lot [11] 11/2 13/3 18/13 22/11
34/12 35/13 40/10 48/3 51/15
57/7 69/14
low [6] 20/10 20/11 40/11
71/14 72/14 72/18

## M

M-e-r-c-u-r-i-o [1] 7/16
made [6] 14/10 42/17 44/2 44/3
58/20 60/13
maintained [1] 24/13
majority [1] 8/11
make [3] 19/5 20/3 44/4
man [2] 24/5 42/5
management [6] 9/19 16/9 19/4
24/20 58/8 58/21
Manager [12] 15/1 15/13 15/17
15/18 16/11 32/22 33/1 41/20
69/8 69/12 69/20 69/22
managers [4] 8/22 19/11 19/12
55/19
Mandy [12] 32/20 32/21 33/13
33/13 33/18 33/22 37/3 37/6
37/9 38/8 52/21 52/24
manufacturer [1] 11/4
manufacturer's [1] 11/5

manufacturers [1] 21/21
manufacturers' [1] 36/22
16/23 17/20 17/22 18/5 21/18
32/3 40/5 43/15 43/16 44/16
mark [8] 8/7 8/8 26/3 30/4
37/7 45/6 53/24 61/23
marked [7] 2/7 26/5 28/1 30/6
45/8 54/1 62/1
Mason [1] 12/24
match [1] 62/19
matter [4] 23/7 26/21 27/7
35/10
matters [1] 35/13
maximum [2] 45/22 46/23
may [12] 4/5 4/13 12/7 16/11
29/14 32/4 36/3 41/3 51/15
55/5 64/8 67/7
maybe [8] 8/21 14/3 14/25 15/3
21/21 40/9 60/6 60/22
McGrath [2] 63/22 68/6
me [19] 5/17 5/19 8/23 13/13
22/9 31/23 40/19 40/23 40/25
44/6 44/7 49/13 50/23 52/18
57/1 60/3 60/11 77/8 77/12
mean [16] 12/20 26/21 32/2
33/12 40/9 43/1 43/2 44/19
61/4 62/12 63/5 67/11 67/13
67/25 74/1 75/18
means [4] 12/7 14/2 43/21 74/2
meant [2] 50/15 50/16
media [2] 12/5 13/21
medical [6] 7/3 30/25 33/6
33/22 41/14 71/15
meet [1] 14/12
meeting [1] 14/14
meetings [2] 19/5 19/6
mention [1] 55/16
mentioned [1] 73/4
Mercurio [2] 7/16 60/6
merge [1] 10/21
met [1] 5/8
method [1] 13/12
Mezibov [1] 3/4
Michael [2] 68/7 68/8
mid [1] 29/12
might [8] 14/19 14/20 21/16
21/25 23/25 44/21 44/22 62/15
mightily [2] 55/18 56/12
miles [2] 13/1 16/23
minimum [4] 19/22 54/15 55/6
55/7
mining [3] 16/12 16/19 18/15
minorities [1] 64/9
misleading [4] 29/6 31/17
31/23 31/24
missing [2] 10/6 62/20
mitigation [1] 60/22
model [1] 22/1
models [1] 21/22
Monday [1] 1/21
money [2] 20/4 23/7
month [42] 19/22 19/24 20/3
20/13 22/1 22/2 24/1 28/21
29/8 29/8 31/11 31/14 39/10
40/2 40/3 42/2 42/5 42/6 42/8
43/22 51/14 51/20 51/24 51/25
52/2 53/20 54/16 54/20 55/6
58/18 60/21 61/5 61/5 61/7
61/8 71/2 71/13 71/20 72/11
72/17 73/5 73/7
monthly [4] 28/18 30/19 31/5
31/17
months [19] 29/12 31/4 31/21

## M

months... [16]  34/7 34/8 34/9
  35/7 39/16 40/18 41/7 42/16
  42/21 43/4 43/9 44/8 44/15
  44/17 45/3 47/16
more [24]  8/24 15/22 15/23
  18/9 18/11 18/12 18/13 19/8
  20/16 22/18 22/20 23/5 24/16
  36/13 40/10 51/15 52/1 53/15
  58/4 58/5 58/13 59/15 59/16
  59/21
morphed [1]  12/4
most [4]  6/23 19/9 35/6 68/22
move [1]  74/6
moved [2]  12/16 51/9
Mr [4]  39/18 55/18 59/5 74/10
Mr. [82]
Mr. Carmichael [11]  41/22
  41/23 42/3 42/7 51/9 52/5 53/4
  53/15 53/16 66/2 66/14
Mr. Holloway [42]  21/12 22/12
  22/14 22/16 22/21 23/2 23/17
  24/4 24/11 25/15 25/25 28/7
  28/24 30/16 31/3 34/2 35/19
  38/13 38/21 39/2 39/9 41/11
  42/2 43/23 46/8 49/10 50/19
  51/23 52/14 52/21 53/5 53/17
  56/6 56/18 57/17 58/2 59/3
  59/18 60/21 69/24 70/24 75/11
Mr. Holloway's [9]  26/11 28/1
  33/25 40/15 42/4 50/18 50/24
  51/4 60/17
Mr. Johnson [1]  66/19
Mr. Paul [1]  65/21
Mr. Pittman [8]  37/14 51/2
  52/17 52/18 52/18 53/4 57/10
  75/24
Mr. Reichert [4]  5/7 5/13
  45/11 70/22
Mr. Schoenhoft [1]  65/25
Mr. Stancliff [5]  41/22 55/22
  57/9 57/11 57/11
Mrs [1]  39/18
Mrs. [4]  39/11 39/20 39/25
  61/17
Mrs. Lemmel [4]  39/11 39/20
  39/25 61/17
Ms [4]  38/14 38/19 39/2 50/17
Ms. [2]  39/1 39/15
Ms. Lemmel [2]  39/1 39/15
much [14]  16/21 18/12 19/14
  22/15 23/20 43/1 55/3 57/9
  59/14 59/15 66/3 66/4 66/7
  67/5
must [2]  20/13 36/17
my [24]  5/19 6/9 7/15 8/21
  8/23 9/3 11/2 20/25 26/19
  28/12 32/19 42/1 42/14 42/15
  42/19 48/19 50/21 58/10 58/24
  60/5 75/21 76/1 77/13 77/21
myself [1]  58/6

## N

name [5]  5/10 10/7 25/7 25/9
  27/22
named [1]  77/7
names [1]  16/17
National [1]  54/24
near [1]  12/25
necessarily [1]  32/2
necessary [2]  13/9 57/19
need [7]  21/19 36/13 38/21

40/1 43/7 48/1 61/6
  39/15
needs [1]  20/21
negotiate [1]  12/2
neither [1]  77/14
never [11]  6/9 8/20 35/23
  37/13 39/20 39/20 39/23 42/9
  50/22 53/16 71/17
new [12]  12/13 57/20 63/3
  63/17 63/20 63/23 67/23 69/7
  69/8 69/12 69/19 70/4
next [7]  25/10 50/4 63/16 66/8
  73/7
NGF [1]  73/25
nice [4]  24/4 42/5 51/22 61/1
no [54]  1/4 2/7 6/11 7/20
  12/12 15/22 17/19 18/3 18/11
  18/20 20/5 20/14 20/14 22/15
  26/1 29/23 30/15 30/21 31/1
  31/8 31/19 32/2 37/9 37/19
  41/17 42/7 44/22 44/24 46/10
  48/10 48/10 49/8 51/10 52/23
  53/1 53/1 53/10 54/18 55/8
  56/21 57/18 60/25 62/11 65/7
  65/16 65/21 65/21 66/18 72/16
  73/12 74/17 75/14 75/17 77/16
No. [4]  25/13 41/17 51/11
  52/10
No. 1 [4]  25/13 41/17 51/11
  52/10
nods [1]  5/19
noes [1]  5/18
Nolan [1]  68/8
none [2]  21/20 42/14
Northgate [2]  57/15 74/3
not [90]
notary [3]  1/22 4/14 77/5
note [3]  49/7 49/15 52/25
notes [4]  25/9 48/16 49/3
  49/11
nothing [8]  12/14 15/23 21/4
  24/16 42/18 56/6 61/2 77/9
Notice [2]  1/17 4/7
November [1]  52/12
now [12]  5/23 8/23 10/5 12/3
  12/18 13/11 13/21 17/14 32/23
  33/11 44/10 73/4
number [18]  19/24 20/12 20/15
  21/7 21/13 28/5 28/21 30/13
  31/6 31/9 31/19 31/20 43/11
  44/24 51/11 54/16 55/9 55/9
numbers [8]  29/9 29/18 29/19
  30/23 52/4 52/6 52/10 67/8
numeric [1]  54/17

## O

objecting [1]  35/2
Objection [1]  34/22
obviously [4]  19/1 54/20 59/20
  71/6
occasion [1]  74/8
occur [1]  59/22
occurred [1]  41/13
October [2]  31/12 52/12
off [11]  23/20 23/21 25/12
  25/13 33/6 33/7 34/6 36/13
  36/24 64/3 64/5
offer [2]  37/2 53/5
offered [1]  57/19
offering [1]  58/23
offers [1]  75/13
office [4]  32/22 33/1 33/16

77/22
  official [1]  77/22
often [3]  22/3 74/7 75/20
Oh [1]  24/4
OHIO [13]  1/2 1/21 1/23 3/5
  3/10 6/24 9/13 9/14 12/24
  35/11 77/2 77/6 77/22
okay [89]
old [4]  18/13 19/8 65/25 68/24
older [1]  66/4
once [2]  6/11 43/22
one [25]  10/15 13/20 14/10
  21/25 23/17 26/24 29/8 35/23
  44/11 44/12 44/14 44/25 45/3
  45/5 51/4 51/12 61/12 61/21
  63/16 65/9 65/14 66/16 66/18
  66/21 73/12
online [1]  14/3
only [9]  6/9 29/6 30/15 31/24
  52/17 55/24 57/22 66/16 73/6
open [4]  34/4 34/10 40/15
  57/17
opening [2]  43/25 47/24
operate [3]  9/24 15/1 73/22
operated [2]  17/12 18/1
operating [2]  24/25 58/1
operations [1]  10/25
opinion [1]  53/5
opinions [1]  53/9
opportunity [1]  39/21
order [1]  63/15
organization [1]  57/12
organized [1]  7/14
original [1]  19/10
other [24]  6/11 8/19 12/6
  17/25 19/11 21/9 22/1 24/21
  33/21 37/6 40/22 42/23 47/10
  48/15 48/20 49/2 49/9 58/9
  58/24 60/22 64/14 66/19 71/21
  71/24
others [3]  2/12 8/16 14/25
our [10]  11/15 19/6 24/17 35/5
  55/12 65/16 66/4 66/4 68/22
  71/14
out [15]  4/10 4/13 16/24 20/21
  22/24 23/6 25/22 31/18 39/1
  44/17 47/17 47/22 48/6 48/18
  52/14
outdated [1]  56/22
outset [1]  11/14
outstanding [1]  75/3
over [10]  8/23 16/9 31/6 46/16
  53/22 58/17 66/2 66/14 67/5
  67/16
overriding [1]  60/20
oversee [1]  33/3
owe [1]  20/3
owed [1]  35/19
own [10]  9/12 13/24 14/25 15/6
  17/12 18/2 24/12 25/3 71/2
  72/7
owned [3]  9/11 17/11 65/6
owner [1]  68/16
owners [2]  65/9 65/14
ownership [3]  9/18 10/2 10/17

## P

p.m [4]  1/22 70/18 70/20 76/6
page [7]  2/2 2/7 32/10 55/13
  55/14 61/12 66/8
pages [1]  77/10
paid [2]  19/24 57/19

**P**

Pamela [5] 1/22 4/10 77/4
 77/24 77/24
paperwork [1] 13/5
paragraph [3] 45/21 47/23
 56/10
Parris [2] 63/20 68/5
part [6] 7/9 13/9 50/5 50/8
 50/14 65/8
part-time [2] 50/8 50/14
particular [1] 37/8
parties [2] 4/3 77/15
partners [4] 7/12 7/19 7/20
 7/20
parts [1] 11/6
party [1] 54/23
Pasadena [1] 6/7
pass [1] 75/16
passed [1] 21/2
past [1] 16/11
Patrick [2] 63/22 68/6
Paul [4] 65/3 65/20 65/21 68/9
pay [2] 19/20 23/6
payable [1] 9/22
payables [1] 33/3
payments [1] 16/22
payroll [7] 9/21 32/23 33/4
 33/12 38/10 75/2 75/3
Pelfrey [1] 72/2
Pelfrey's [1] 72/3
people [39] 7/19 12/12 12/14
 14/18 15/6 16/25 19/3 20/22
 29/11 32/3 37/5 43/5 44/16
 51/14 51/16 53/17 58/6 58/15
 59/8 59/17 59/25 61/7 61/13
 62/7 62/21 64/8 64/18 66/4
 66/6 66/7 66/7 66/10 66/20
 66/25 67/5 71/24 73/6 73/20
 73/23
people's [1] 51/18
per [6] 20/13 25/6 42/2 45/24
 46/24 54/16
percent [5] 13/10 13/10 41/18
 51/25 73/3
percentage [1] 13/2
perform [1] 8/14
performance [9] 25/16 42/4
 54/15 54/18 55/6 55/7 72/15
 72/18 73/5
performer [4] 20/11 20/15
 41/12 42/1
performers [2] 20/10 41/25
performs [2] 17/2 18/12
perhaps [1] 59/23
period [8] 28/23 29/20 29/25
 34/4 34/5 39/8 46/18 46/20
person [32] 14/2 14/4 27/15
 27/19 30/13 31/25 32/1 33/23
 37/4 37/21 41/10 42/6 44/11
 44/13 44/14 44/25 45/3 45/5
 51/20 51/23 60/7 61/2 61/3
 61/3 61/4 66/17 66/21 67/22
 68/4 68/4 71/15 71/17
pertained [1] 26/10
phone [3] 3/5 3/11 13/4
photograph [1] 50/13
pick [2] 25/12 37/24
Pieratt [4] 63/7 63/13 63/16
 67/18
Pinterist [1] 12/6
Pittman [11] 8/7 8/8 37/7
 37/14 51/2 52/17 52/18 52/18

53/4 57/10 75/24
 75/24 76/16 76/18
 15/20 77/11
Plaintiff [5] 1/10 1/15 3/2
 4/5 27/5
Plaintiff's [8] 2/7 2/10 26/5
 26/23 30/6 45/8 54/1 62/1
plan [1] 52/3
pleasant [1] 24/3
please [1] 5/9
plenty [1] 62/12
plumber [1] 27/15
plus [3] 31/4 42/1 66/6
PNC [2] 1/20 3/9
point [3] 6/8 16/4 23/12
policy [6] 20/14 47/4 47/5
 47/6 47/7 65/16
porter [1] 69/15
position [15] 2/14 35/12 40/15
 40/25 41/1 50/1 52/11 54/8
 57/17 61/11 66/9 68/2 69/11
 69/18 69/20
positions [3] 65/24 67/1 69/6
positive [1] 72/10
possible [1] 37/2
potential [1] 34/16
practice [1] 6/8
predated [1] 63/10
Predictive [1] 51/17
prepare [4] 28/9 28/11 33/2
 38/10
presence [2] 4/11 4/14
present [7] 3/13 30/9 48/16
 49/3 49/7 49/10 49/14
presented [1] 22/16
President [3] 9/1 9/5 9/8
pretty [5] 23/20 44/18 53/22
 55/3 59/14
prevented [1] 49/21
previous [2] 18/10 57/21
previously [4] 10/16 12/13
 27/25 65/5
prices [1] 12/3
primarily [3] 34/13 55/23
 74/15
primary [1] 41/11
primitive [5] 19/9 56/22 57/22
 59/20 59/23
prior [14] 13/22 14/23 15/7
 17/17 24/22 24/22 24/23 25/19
 25/24 27/5 49/19 69/7 69/12
 77/6
prize [1] 21/15
prizes [1] 21/11
probably [21] 11/23 18/11
 18/21 20/17 22/21 32/20 35/22
 40/2 40/7 42/5 45/18 57/8
 58/22 60/14 65/11 65/12 69/21
 71/3 71/6 75/10 75/15
problem [3] 30/21 39/22 40/3
problems [3] 25/21 25/25 55/12
Procedure [2] 1/17 4/7
process [7] 11/3 17/4 36/20
 36/22 38/9 56/24 58/18
produce [2] 28/19 28/22
produced [1] 26/9
product [5] 15/21 21/2 21/3
 55/12 58/23
products [2] 10/10 58/24
program [1] 22/2
progressed [1] 16/9
prosperous [1] 55/11
protection [2] 45/23 46/23

provide [1] 70/7
provided [3] 47/9 25/9 62/4
 62/11 62/14 62/20 64/6 70/2
provides [3] 9/19 74/20 74/25
providing [2] 11/16 61/20
public [3] 1/22 4/14 77/5
pull [1] 55/1
pulled [1] 55/3
punch [1] 63/25
purchased [1] 16/14
purpose [2] 34/25 61/19
purposes [2] 55/2 55/4
pursuant [2] 1/16 4/6
push [1] 16/17
put [3] 21/22 24/17 25/9

**Q**

qualified [1] 77/4
quantify [1] 44/23
question [12] 5/17 5/19 29/23
 30/3 37/10 42/14 42/15 42/19
 44/5 48/19 56/16 63/25
questioned [1] 75/11
questions [3] 38/14 70/22 76/1
quick [1] 70/15
quit [5] 46/4 46/7 47/10 73/1
 74/1
Quit/Fired [1] 74/1
quite [1] 62/20

**R**

R-e-i-c-h-e-r-t [1] 5/12
race [1] 64/18
Rachel [4] 2/13 32/20 33/13
 38/25
Rachel's [1] 33/16
Ram [2] 10/6 10/18
random [2] 14/21 21/15
randomly [2] 14/15 16/2
rank [1] 31/25
rapidly [1] 16/9
reach [2] 39/1 55/17
reached [1] 52/14
read [2] 37/24 50/12
ready [1] 43/23
real [1] 61/1
really [14] 8/17 13/6 19/13
 23/13 24/9 26/12 26/21 33/8
 35/10 41/9 44/22 61/3 62/19
 71/16
reason [8] 39/6 41/11 42/7
 42/22 51/7 53/1 60/1 61/1
reasonable [6] 34/21 36/18
 37/11 39/9 54/18 55/9
reasonableness [1] 54/19
rebuild [2] 41/21 73/17
rebuilt [1] 51/8
recall [2] 45/16 45/16
receivable [1] 9/22
receivables [1] 33/4
receive [3] 19/21 38/5 38/6
received [2] 38/7 51/1
recent [1] 35/6
receptionist [1] 68/3
recess [1] 70/17
recognize [2] 54/4 62/5
reconvened [1] 70/19
record [1] 5/10
recorded [1] 4/9
records [2] 25/1 25/1
refer [1] 27/1
reference [1] 54/22
referring [2] 28/6 50/4

## R

reflect [1]  31/5
reformation [1]  71/9
regardless [2]  43/6 49/18
regular [2]  27/11 27/16
regularly [2]  20/9 55/1
rehire [3]  51/5 60/19 71/18
rehired [4]  41/10 41/11 53/6
 53/14
rehiring [1]  60/21
REICHERT [11]  1/14 4/4 5/1 5/7
 5/12 5/13 7/15 45/11 70/22
 76/4 77/7
reintroduce [1]  51/13
related [2]  65/3
Relations [1]  16/8
relationship [3]  9/15 65/9
 65/14
relative [3]  68/11 77/14 77/15
relatives [1]  65/17
release [2]  48/2 48/4
rely [1]  55/1
remainder [1]  20/1
remained [1]  70/25
remarks [1]  19/11
remember [5]  22/23 23/10 23/13
 27/22 51/2
reminders [1]  16/25
remotely [1]  73/7
rep [1]  14/8
replaced [3]  48/13 56/22 57/10
report [13]  8/22 8/23 28/19
 28/19 28/20 28/23 29/7 29/9
 29/10 29/10 29/17 31/18 58/21
reported [2]  58/8 60/3
reporter [1]  4/10
reporting [1]  77/18
reports [6]  29/5 30/19 31/17
 31/24 58/11 59/13
represent [1]  75/6
representatives [2]  11/5 43/8
request [6]  36/14 36/16 37/21
 37/22 62/15 64/16
requested [1]  61/22
requests [2]  2/11 32/13
require [2]  56/24 59/16
required [13]  10/14 48/3 48/15
 49/3 49/7 49/10 49/14 56/2
 56/7 57/1 57/3 57/4 57/6
requirement [3]  48/5 57/8 57/9
requirements [1]  6/24
requires [1]  34/16
resignation [3]  45/24 46/15
 46/24
resolve [2]  23/1 23/7
resources [1]  54/25
respective [1]  4/3
respond [5]  12/7 12/14 12/18
 14/8 15/19
responding [3]  12/4 55/2 55/4
response [1]  62/14
responses [2]  2/10 32/6
responsibility [1]  42/12
responsive [1]  32/13
restriction [1]  50/3
restrictions [3]  49/25 50/2
 50/11
result [1]  77/17
results [1]  66/4
return [10]  41/10 45/21 45/22
 46/2 46/11 46/14 46/22 47/7
 50/24 51/4

## S (continued top left)

returned [2]  40/16 52/10
review [1]  12/17
Reviewing [2]  30/10 38/1
revision [1]  26/13
Rick [3]  22/4 45/18 52/18
rid [2]  41/21 41/23
right [48]  5/21 6/15 7/9 7/12
 7/25 10/24 12/21 16/6 17/20
 22/3 23/11 24/10 25/20 26/2
 27/23 28/16 29/1 29/4 29/18
 30/10 30/12 32/15 33/18 34/9
 37/5 42/13 45/11 47/19 47/23
 50/9 52/13 52/20 53/8 54/14
 57/10 61/10 63/1 64/19 65/5
 66/15 67/18 68/14 69/1 73/19
 74/6 74/18 75/1 75/8
Road [1]  12/24
ROBERT [10]  1/14 4/4 5/1 5/11
 7/17 65/3 65/19 65/22 76/4
 77/7
Rod [2]  37/7 60/17
role [1]  8/14
roles [1]  8/13
roof [1]  10/15
rotating [1]  14/21
rough [1]  11/22
roughly [1]  47/14
rowboat [1]  22/22
rule [2]  45/25 77/19
rules [3]  1/16 4/6 5/17
run [2]  9/24 61/7

## S

said [25]  4/8 4/11 8/3 14/24
 22/11 22/16 31/16 34/13 34/20
 36/12 36/12 40/1 40/24 43/20
 46/17 48/7 51/4 52/18 52/19
 59/14 59/18 67/4 77/11 77/12
 77/12
sale [1]  15/17
sales [51]  8/24 8/25 11/6
 13/17 15/1 15/13 15/16 15/18
 16/11 17/5 18/13 20/21 21/4
 24/22 25/1 27/10 27/11 27/16
 29/5 31/5 31/6 31/9 41/16
 41/21 41/23 42/9 43/18 44/12
 44/25 50/1 51/8 51/9 51/13
 52/11 56/24 63/3 63/5 63/8
 63/17 63/21 63/23 65/24 66/1
 67/1 67/23 69/8 69/12 69/20
 71/5 71/10 73/17
Sales Department [7]  41/21
 42/9 51/8 51/9 51/13 71/10
 73/17
salespeople [36]  11/20 12/7
 13/23 14/10 14/19 15/3 15/8
 16/25 19/17 20/6 20/13 20/24
 21/1 21/6 21/10 23/18 24/6
 24/16 25/4 29/15 33/21 40/5
 40/13 41/2 41/25 43/11 44/21
 50/8 50/14 56/2 57/2 66/5
 67/14 68/23 73/23 74/6
salesperson [35]  2/9 11/25
 13/13 14/5 14/12 14/13 15/9
 15/16 15/25 16/15 17/1 17/3
 20/2 20/3 21/2 21/18 22/8 23/3
 24/12 25/3 25/6 25/6 25/8
 25/11 25/12 27/16 28/20 32/3
 55/24 57/14 57/18 57/20 67/21
 68/4 69/14
salesperson's [2]  13/2 52/6
salespersons [4]  56/25 61/12
 62/23 63/12

## S (right column)

same [6]  17/13 17/18 20/7 46/5
 67/24 73/25
satisfactory [1]  15/22
savvy [1]  59/17
saw [2]  45/17 58/22
say [19]  7/4 7/23 12/19 13/7
 13/11 15/24 18/8 18/20 21/24
 23/4 25/8 29/12 37/12 50/9
 57/21 60/25 62/24 65/18 71/8
saying [2]  15/11 44/5
says [21]  28/5 35/7 45/20 46/1
 46/2 46/22 46/22 47/1 47/1
 47/7 47/16 47/20 47/24 49/24
 50/10 56/11 56/21 63/12 67/23
 67/24 73/25
Schoenhoft [8]  7/17 65/3 65/3
 65/19 65/20 65/21 65/25 68/9
school [2]  69/10 69/16
Scott [3]  64/24 68/6 72/17
seal [1]  77/22
search [2]  32/12 32/16 41/25
seasons [1]  43/15
second [3]  55/13 56/10 61/12
see [6]  15/24 21/23 30/19 32/5
 43/4 56/8
seems [1]  62/20
select [1]  58/7
selected [1]  14/14
selection [1]  14/22
self [1]  50/7
self-explanatory [1]  50/7
sell [8]  20/13 21/13 21/19
 21/20 21/25 51/14 51/18 54/15
selling [6]  21/7 21/22 57/15
 61/8 67/25 71/2
sells [3]  10/9 20/16 71/19
seminars [1]  34/12
sends [1]  16/24
sense [1]  31/24
sent [4]  14/1 45/15 57/12 63/9
sentence [2]  50/4 50/16
separate [1]  27/10
separately [1]  24/14
served [1]  28/7
service [4]  11/7 16/24 25/1
 75/4
services [3]  9/19 74/20 74/24
set [11]  1/18 2/10 14/9 20/12
 20/15 26/25 39/12 43/12 43/13
 44/24 77/21
sets [1]  54/15
settle [1]  19/22
seven [2]  15/3 34/8
several [1]  58/17
share [1]  52/1
shared [1]  25/4
shareholder [5]  8/8 8/11 68/17
 68/18 69/1
shareholders [2]  7/13 8/4
shares [1]  69/3
she [17]  32/22 33/5 33/11
 33/23 38/9 38/10 38/11 38/16
 38/24 39/6 39/7 50/14 50/14
 50/15 50/19 64/23 68/3
she's [7]  32/23 50/3 63/4
 67/16 67/16 67/24 67/25
Sherry [4]  63/3 64/13 64/19
 67/15
shortly [1]  44/22
should [12]  18/20 26/22 37/21
 38/16 43/16 49/24 50/10 53/5
 53/14 60/23 60/24 65/18
show [3]  12/2 46/5 46/6

showed [1]  25/10
showing [1]  48/16
sick [2]  49/16 49/21
sickness [1]  49/17
signature [3]  4/13 4/13 76/2
signed [1]  32/9
significant [1]  40/11
significantly [2]  73/10 73/12
simply [2]  31/1 74/19
since [8]  9/25 9/25 26/13 31/5
33/23 38/7 69/9 72/12
sincerely [1]  61/4
single [1]  20/16
sites [1]  13/21
sitting [1]  13/3
situation [1]  21/12
six [4]  24/1 34/8 35/7 39/10
sixth [3]  32/3 34/20 34/24
Skolnick [1]  73/25
slightly [2]  8/21 19/21
slipped [1]  41/16
slow [1]  21/22
small [3]  22/22 22/23 27/14
Smith [2]  32/19 72/11
so [40]  5/16 12/17 14/1 18/4
18/23 19/13 19/19 19/20 22/25
23/14 29/13 31/3 31/14 32/6
33/12 33/18 35/15 35/25 39/25
40/13 41/18 41/21 42/2 42/19
43/6 43/18 47/12 48/9 52/1
56/5 58/10 58/23 58/23 59/19
60/2 62/13 63/15 67/16 73/23
74/24
social [1]  13/21
Socialville [1]  12/23
Socialville-Foster [1]  12/23
software [11]  12/11 16/6 16/13
17/9 17/13 17/18 17/21 18/5
18/13 24/13 60/18
softwares [2]  18/5 18/10
sold [8]  28/21 42/5 42/6 51/13
51/24 51/24 54/19 71/13
some [21]  14/20 14/20 14/24
18/10 20/22 21/11 21/22 22/1
22/18 22/20 22/22 25/9 25/19
34/12 34/13 35/22 36/17 37/11
55/14 62/15 72/5
somebody [6]  20/17 38/16 43/4
45/3 46/5 54/19
somehow [1]  14/3
someone [12]  14/1 20/15 32/1
35/25 36/3 41/8 42/8 42/20
43/21 46/2 51/13 52/14
someone's [1]  38/11
something [9]  10/6 11/13 11/17
18/22 29/1 37/6 60/24 75/13
75/23
sometime [1]  54/13
sometimes [1]  51/19
somewhat [1]  20/20
son [4]  7/15 8/23 9/3 60/5
sophisticated [6]  17/4 18/12
24/18 58/5 59/16 59/21
sorry [3]  8/7 31/12 56/16
sort [4]  9/22 22/23 60/21
62/15
sound [1]  27/23
sounds [3]  27/24 30/10 47/25
source [1]  12/15
sources [1]  54/23
SOUTHERN [1]  1/2

Southland [1]  6/6
southland [1]  70/19 71/17
27/18
specific [1]  55/8
specifications [1]  22/15
speculating [2]  64/25 71/7
speed [1]  57/6
spin [6]  21/12 21/14 21/14
21/19 21/22 21/25
spot [2]  44/10 45/2
SS [1]  77/2
staff [10]  13/18 27/11 33/21
43/18 44/12 45/1 60/8 66/2
70/2 70/4
Stancliff [7]  37/7 41/22 55/22
57/9 57/11 57/11 60/17
stand [1]  48/2
standard [3]  48/5 54/19 55/5
start [4]  5/20 26/22 26/22
44/16
started [3]  52/5 69/15 69/24
state [5]  1/23 5/9 56/23 77/2
77/5
state-of-the-art [1]  56/23
stated [1]  57/18
statement [2]  2/14 33/3 54/8
61/11 66/9
STATES [2]  1/1 35/7
stating [1]  48/2
statistic [2]  52/9 53/23
statistically [1]  67/5
statistics [2]  53/19 53/19
stenotypy [2]  4/9 77/13
Steven [1]  7/15
still [10]  10/8 20/22 42/6
43/7 68/21 71/1 71/11 71/20
72/12 73/20
stipulated [1]  4/2
stipulations [1]  1/18
stone [3]  43/12 43/14 44/25
stood [1]  70/17
store [3]  33/23 65/22 65/22
straight [1]  37/7
Street [2]  1/20 3/10
strike [1]  66/21
struggle [2]  18/21 59/19
struggled [3]  55/18 56/11
59/18
submitted [1]  4/12
subsequent [1]  26/18
substantial [3]  23/9 23/15
23/24
subtracted [1]  19/25
successful [1]  68/22
such [1]  30/25
sued [1]  22/25
suggest [1]  56/25
Suite [3]  1/20 3/4 3/10
sum [1]  23/7
summer [1]  43/17
superstar [1]  60/23
supervision [1]  77/13
support [2]  67/22 68/3
Supreme [2]  35/6 35/13
Supreme Court [1]  35/13
sure [15]  15/10 18/7 20/8
30/20 30/21 37/24 44/4 48/1
60/6 64/9 64/16 64/18 71/7
72/23 73/3
surgery [2]  25/23 47/17
sweeping [1]  69/16
sworn [2]  5/3 77/8
system [4]  24/18 24/19 24/20

24/24

take [10]  6/23 30/1 30/24
37/25 42/7 43/8 43/24 48/14
67/12 70/14
taken [11]  1/15 4/5 5/14 6/10
6/18 6/22 8/23 29/10 29/16
29/19 77/12
takes [1]  17/3
taking [1]  4/8
talk [5]  19/4 19/4 33/22 38/16
59/1
talked [3]  21/12 34/11 38/21
talking [3]  40/18 44/1 44/2
Tarter [4]  63/3 64/13 64/19
67/15
team [1]  27/10
tech [1]  69/15
tell [15]  16/18 22/9 22/14
35/25 39/25 47/7 49/22 50/15
50/23 53/13 62/23 67/3 71/7
72/5 75/20
tend [1]  33/22
Tenth [1]  35/10
tenured [1]  23/18
terminate [4]  20/10 20/17 44/2
44/3
terminated [13]  34/1 34/2
42/17 44/6 48/9 62/13 71/4
72/8 72/10 72/14 72/18 72/25
73/3
termination [2]  11/9 50/18
terms [1]  64/8
terribly [1]  44/20
test [2]  21/2 51/17
testify [1]  77/8
testimony [7]  22/13 22/18
22/20 23/21 36/13 38/18 77/11
than [18]  6/11 18/10 18/24
19/8 24/16 36/2 40/11 40/22
42/23 43/17 49/9 52/1 58/5
58/14 66/1 66/7 66/19 71/8
Thank [1]  38/1
that [285]
that's [24]  8/8 17/15 19/21
23/11 35/3 36/16 40/8 40/19
40/24 43/9 46/21 47/3 47/13
47/20 48/5 50/7 50/15 50/16
55/6 58/24 60/25 67/7 67/12
73/16
their [7]  10/14 12/3 14/25
16/21 49/17 53/8 77/16
them [23]  12/2 12/16 12/18
17/4 19/25 30/14 31/2 32/4
33/24 34/14 35/1 48/7 49/18
49/21 51/3 51/19 53/11 55/3
59/6 60/14 62/12 65/17 67/10
themselves [1]  15/4
then [17]  10/18 14/4 14/9 15/4
15/15 15/15 15/23 15/25 25/10
26/13 44/11 46/4 51/18 55/15
59/11 63/7 63/21
there [68]  7/19 10/16 12/7
13/12 13/24 14/16 14/19 14/20
15/12 15/22 16/24 17/25 18/6
20/22 22/18 22/20 23/20 23/21
24/7 24/11 24/17 25/5 25/9
25/12 25/17 25/18 27/5 27/6
27/9 27/19 28/24 29/4 30/17
31/21 32/4 33/13 33/23 37/11
39/6 39/22 40/2 40/11 41/1
41/8 42/7 42/21 49/9 49/12

**T**

there... [20]   53/18 54/18
 55/20 56/5 57/8 59/7 60/22
 60/24 61/11 64/25 66/16 69/9
 69/16 70/12 71/1 71/11 71/20
 72/12 73/19 73/21
there's [26]   12/17 16/18 17/2
 19/20 20/14 21/11 26/13 32/1
 33/12 40/9 40/10 40/16 42/22
 43/25 44/22 44/24 55/14 55/16
 61/2 61/13 63/7 63/19 63/22
 66/18 71/8 73/19
these [15]   19/10 29/9 29/18
 30/23 32/7 51/17 53/19 54/25
 55/1 62/22 62/22 64/8 64/10
 64/18 73/20
they [60]   7/4 7/18 8/23 13/22
 13/23 15/25 16/12 16/21 16/22
 16/24 19/20 19/22 19/25 20/8
 20/17 20/17 21/22 27/15 28/21
 29/13 29/14 32/2 33/12 44/21
 44/21 46/2 46/3 46/6 46/6 46/7
 48/18 49/19 49/19 49/20 49/20
 50/21 53/7 53/13 53/13 57/4
 57/5 58/9 58/12 58/12 58/15
 58/22 59/2 59/8 59/9 59/10
 59/11 60/9 60/11 61/21 62/24
 63/6 64/2 64/5 70/6 74/9
they'll [1]   14/19
they're [8]   7/5 26/25 46/4
 48/8 48/16 49/22 63/15 74/22
thing [6]   9/22 25/7 29/6 39/22
 51/12 60/22
things [6]   18/16 33/5 33/12
 33/22 51/12 61/21
think [21]   23/2 23/4 23/25
 27/13 29/23 29/24 30/9 30/15
 30/18 35/12 43/13 48/23 57/4
 59/4 61/17 62/9 63/15 65/10
 69/21 71/21 75/25
third [3]   47/23 54/23 55/14
third-party [1]   54/23
this [52]   4/6 12/13 18/15
 22/16 25/10 26/3 26/8 26/10
 26/14 26/20 28/9 28/18 29/16
 29/22 37/8 38/4 38/9 38/9
 39/22 41/17 45/6 45/12 45/20
 46/17 46/21 47/16 47/25 51/11
 53/24 54/4 54/8 55/2 58/17
 61/8 61/11 61/16 61/17 61/23
 62/4 62/5 62/7 62/9 62/14
 63/11 65/13 66/9 67/3 73/25
 75/9 77/15 77/17 77/23
those [23]   7/1 7/22 7/25 10/21
 15/6 15/7 16/17 17/6 17/7 18/4
 19/5 19/6 21/25 29/12 32/10
 33/11 55/21 58/10 58/20 59/13
 60/2 71/24 75/25
though [3]   47/25 56/7 60/15
thought [3]   58/9 59/2 59/9
three [12]   13/1 18/17 29/24
 34/7 34/8 39/10 40/2 44/17
 46/5 47/18 51/19 54/20
through [15]   12/5 12/8 13/20
 14/2 14/17 15/14 15/14 17/4
 18/21 31/9 31/10 51/15 51/19
 62/18 63/2
time [48]   1/18 4/6 4/8 22/1
 22/1 23/18 23/24 24/10 29/20
 29/25 30/16 30/24 33/6 33/6
 34/4 34/5 36/13 36/18 37/2
 37/6 38/7 39/8 39/20 39/21

39/23 41/13 41/14 41/18 42/2
 42/11 44/6 51/20 71/18 76/23
 47/10 47/17 50/5 50/8 50/14
 55/11 56/3 58/2 66/2 71/16
 71/16 72/5 75/5 77/11
times [2]   5/8 57/7
title [1]   8/21
titles [1]   8/19
today [3]   14/6 16/10 50/14
together [1]   12/16
told [5]   36/3 36/11 37/13
 38/16 52/18
too [12]   40/21 40/23 40/23
 40/24 40/25 41/8 42/24 43/10
 43/15 43/15 60/10 75/9
took [7]   15/20 30/12 31/1 31/8
 31/19 66/2 66/14
tool [1]   17/5
top [13]   20/15 28/19 28/23
 29/5 29/7 40/12 41/12 41/25
 42/1 58/8 58/21 66/4 66/5
total [4]   19/23 31/6 47/18
 52/10
totaling [1]   34/8
totals [1]   31/2
touch [1]   34/14
tow [3]   22/12 22/17 22/25
Toyota [2]   65/22 69/22
track [1]   27/1
train [1]   51/18
trained [1]   70/4
trainers [1]   70/7
training [3]   6/18 57/20 70/1
transcribed [2]   4/10 77/13
transcript [1]   77/11
transferred [1]   74/5
transition [1]   41/13
trash [1]   69/17
tremendous [1]   41/16
tremendously [1]   18/17
trouble [1]   6/11
truck [1]   14/20
true [2]   75/10 77/10
truly [1]   13/7
truth [3]   77/8 77/9 77/9
try [1]   14/9
trying [4]   27/1 42/3 47/13
 73/16
turn [1]   61/10 66/8
turned [2]   22/24 47/22
turnover [7]   40/10 40/11 40/17
 41/2 42/21 43/7 43/19
Twitter [2]   12/6 13/20
two [17]   18/17 19/20 29/8 31/4
 39/10 40/1 44/21 46/19 51/19
 54/22 61/11 64/14 64/19 73/6
 73/9 73/11 75/6
two-week [1]   19/20
type [1]   12/5
types [1]   17/21
typically [6]   11/5 11/15 11/17
 13/19 14/21 19/21
typing [1]   28/12

**U**

uh [3]   5/19 66/12 72/21
Uh-huh [2]   66/12 72/21
uh-huhs [1]   5/19
ultimately [1]   15/8
unable [1]   49/18
unaware [1]   53/3
under [11]   10/15 45/23 49/4
 49/5 55/9 63/16 66/17 66/18

66/22 77/13 77/19
undergrad [1]   6/1
underperforming [1]   29/13
understand [6]   5/17 11/21
 15/10 24/11 40/24 44/4
unexperienced [1]   51/17
unfortunately [1]   37/8
UNITED [2]   1/1 35/7
United States [1]   35/7
University [2]   6/3 6/6
unreasonable [10]   34/5 34/9
 35/8 40/4 40/20 42/16 42/20
 43/10 43/22 44/7
until [2]   47/15 48/1
up [20]   11/4 14/9 15/23 17/1
 19/23 25/12 27/2 34/20 36/17
 37/24 39/12 46/5 46/6 52/4
 52/10 62/19 66/25 67/10 69/18
 70/21
upon [2]   1/15 4/4
us [15]   12/13 22/7 22/25 23/16
 36/11 37/13 46/3 46/7 46/18
 47/8 47/9 49/22 61/6 62/4
 62/12
use [35]   17/13 17/18 18/6
 18/18 18/21 18/22 18/24 18/24
 19/3 19/5 19/7 19/13 31/17
 55/25 56/2 56/5 56/7 56/14
 56/25 57/3 58/5 58/6 59/3 59/5
 59/12 59/17 59/24 60/1 60/2
 60/9 60/10 60/17 69/23 70/2
 70/5
used [12]   7/19 7/19 8/22 12/3
 17/21 19/22 21/21 31/14 51/16
 58/12 59/10 75/19
useful [1]   59/24
user [3]   18/9 18/11 19/12
using [6]   24/12 56/9 56/19
 57/2 58/13 59/10
usually [1]   11/10
Uzer [1]   60/6

**V**

V-a-u-g-h-t [1]   7/17
vacant [1]   44/10
vacation [2]   33/6 33/15
varies [1]   22/1
various [1]   58/16
vary [1]   21/21
Vaske [1]   68/8
Vaught [1]   7/17
vehicle [7]   16/21 22/12 63/3
 63/8 63/17 63/20 63/23
vehicles [3]   12/2 21/7 67/23
vendor [1]   59/14
Verification [1]   32/10
versus [2]   5/18 13/3
very [7]   13/19 17/4 22/19 29/14
 29/14 54/21 60/3
virtually [2]   16/10 69/17
volition [1]   71/2
volume [3]   21/4 71/5 74/9
voluntary [4]   45/24 46/4 46/15
 46/24

**W**

wage [1]   19/22
wait [1]   43/3
waiting [1]   43/24
walk [2]   13/11 48/3
walking [1]   13/3
want [10]   7/6 15/24 19/15

**W**

want.... [7]   26/22 37/12 48/6
51/12 62/18 67/13 76/2
wanted [2]   22/12 52/19
wanting [1]   14/3
wants [1]   16/15
warnings [1]   25/15
was [158]
wasn't [12]   24/18 37/5 41/11
41/12 46/11 47/15 48/19 57/1
59/6 68/12 72/14 72/18
way [5]   21/16 24/9 42/9 42/24
44/23
ways [1]   29/8
we [59]   5/8 12/8 12/16 17/14
19/4 23/8 26/22 27/25 28/19
30/1 30/4 30/15 30/16 34/3
34/11 35/22 39/20 41/12 41/14
41/18 41/21 42/2 43/25 44/5
46/3 46/7 46/16 47/9 47/10
47/14 48/6 48/12 48/12 49/21
50/7 51/4 51/22 52/2 52/10
55/8 55/12 57/7 58/10 60/22
60/24 60/25 61/1 61/6 63/21
66/3 67/5 67/11 68/10 68/21
70/14 71/17 73/24 73/24 76/2
we'll [1]   26/3 43/24 63/2
we're [7]   19/20 35/4 35/14
48/13 57/6 71/6 73/16
website [1]   15/14
week [3]   19/20 46/6 46/19
weekly [1]   58/22
weeks [10]   24/1 36/2 39/10
39/10 39/11 40/1 40/2 40/2
46/14 46/19
weighed [1]   22/15
Well [65]   6/10 7/18 13/19 15/2
15/12 15/18 16/8 17/21 19/1
21/11 24/15 25/5 29/6 31/8
31/11 31/16 35/9 35/12 36/9
36/12 36/16 39/17 40/19 41/9
42/13 43/13 45/2 45/16 46/1
46/8 46/16 46/21 47/1 47/14
47/16 48/5 48/12 49/12 50/3
50/9 50/12 55/22 57/4 58/3
58/15 59/4 59/13 60/20 62/14
62/18 62/22 62/24 63/10 63/12
64/12 64/19 66/25 67/3 67/10
68/21 72/3 72/6 73/9 73/16
73/22
went [7]   25/22 30/15 30/16
37/7 41/14 52/10 74/2
were [39]   7/9 9/4 17/21 18/6
20/18 25/19 25/24 27/5 29/9
29/12 29/18 31/17 32/2 32/25
34/7 38/4 39/20 41/19 49/19
49/19 49/20 49/20 50/14 52/2
53/8 55/21 56/2 57/1 57/2 57/4
57/25 58/7 60/18 62/24 64/2
64/5 66/10 70/4 70/6
weren't [2]   27/6 51/5
WESTERN [1]   1/3
what [63]   6/12 6/21 8/13 8/14
8/18 9/15 10/24 11/11 11/24
12/8 12/10 13/2 15/10 16/6
16/12 22/20 24/16 24/19 28/16
29/20 32/25 34/24 35/20 36/6
36/18 37/2 37/12 38/22 39/9
42/18 43/6 44/1 46/2 46/21
47/1 47/8 47/13 47/20 49/4
50/15 50/16 50/23 52/17 53/8
56/16 58/8 58/22 58/22 60/16

60/25 61/19 62/24 64/6 64/7
64/16 67/12 70/12 74/8
whatever [8]   12/6 12/15 14/17
19/23 27/6 29/24 31/11 49/20
whatsoever [1]   77/17
wheel [1]   21/14
when [41]   7/7 7/10 9/7 10/13
12/19 20/16 22/4 22/10 24/3
25/6 25/22 29/13 30/23 31/12
38/11 40/16 40/16 41/1 41/13
41/18 42/21 43/23 44/5 45/16
45/20 45/22 48/6 48/7 51/25
52/4 54/11 55/20 56/5 57/1
57/16 58/2 59/7 60/18 69/23
72/4 72/22
where [13]   6/1 6/4 12/22 16/13
22/8 25/13 31/25 33/16 46/3
55/16 58/24 66/23 67/9
WHEREOF [1]   77/21
whether [6]   11/11 49/19 49/19
53/5 59/2 60/18
which [6]   10/1 12/5 12/9 27/2
66/13 77/18
while [2]   55/5 58/13
white [1]   64/20
who [37]   7/12 7/19 7/19 7/25
8/3 9/1 12/14 19/5 20/15 27/20
28/2 28/13 29/11 32/18 32/21
37/5 37/9 38/24 39/13 39/14
39/18 46/5 49/16 51/13 51/14
55/21 57/23 58/6 58/20 59/14
59/17 61/13 64/12 64/13 66/10
66/10 75/22
who's [6]   41/8 49/14 60/4 63/8
63/8 67/7
whoever [2]   13/14 13/16
whole [8]   17/2 20/21 39/22
39/22 41/12 50/13 66/5 77/9
whom [1]   37/21
why [19]   33/25 38/9 40/19
40/23 40/25 41/7 42/15 42/19
43/22 44/7 48/3 50/1 53/13
63/25 64/2 64/5 64/25 70/14
73/16
wild [1]   40/8
will [14]   14/8 16/18 16/19
16/20 16/23 21/21 21/22 22/16
29/11 29/13 30/4 38/18 39/25
43/24
winter [1]   43/16
wipe [1]   20/21
within [5]   1/23 7/23 44/17
74/7 77/7
without [4]   51/16 62/12 73/22
75/21
witness [1]   1/14 2/2 4/4 4/11
4/12 5/2 77/21
Wolf [3]   63/16 67/20 67/21
won't [2]   61/5 61/6
words [2]   24/21 60/3
work [18]   28/2 29/11 35/9
36/13 36/25 38/12 38/12 48/8
48/16 49/18 49/22 49/25 52/15
52/19 52/22 65/18 65/20 71/16
worked [9]   28/24 53/16 53/18
55/20 58/8 59/18 65/6 69/9
69/17
Worker's [1]   49/20
Worker's Comp [1]   49/20
working [2]   49/21 69/15
works [1]   74/14
worth [1]   51/21

would [78]
4/16 6/11 6/17 7/20 7/24 7/25
69/11 69/20 74/1 75/6
... [and more]
18/22 24/9 26/19 31/5 37/4
40/3 56/5 56/14 60/14
written [2]   20/14 54/17
wrong [1]   61/2
wrote [1]   57/16

**Y**

yeah [7]   24/4 30/16 35/16
48/23 64/2 68/19 75/9
year [16]   6/12 6/24 12/16
13/21 29/13 30/13 31/2 31/4
31/6 31/19 32/4 34/21 40/13
41/1 41/2 41/5
yearly [3]   31/16 31/24 40/6
years [19]   7/23 8/19 15/2 15/3
16/10 16/16 17/5 18/17 23/22
25/16 25/18 29/24 41/8 41/9
42/4 51/24 53/22 65/25 70/12
yes [55]   5/22 5/25 6/17 6/20
7/11 7/21 7/24 8/12 9/6 10/4
10/20 10/23 11/10 11/19 16/3
16/5 17/8 17/10 17/14 17/16
25/23 26/16 27/19 27/24 28/4
28/8 28/10 28/25 29/3 30/11
32/17 33/20 34/18 35/1 36/21
38/23 44/9 45/14 46/2 48/18
52/7 53/12 54/10 56/4 62/6
63/6 64/21 65/4 69/2 69/5 69/9
70/6 70/9 72/13 74/9
yeses [1]   5/18
yet [1]   66/19
you [233]
you're [22]   15/11 17/6 26/17
27/1 34/23 40/18 43/3 43/21
44/5 44/6 44/7 44/11 44/12
44/13 44/14 45/3 45/5 47/8
59/20 60/12 65/15 67/10
young [1]   66/7
younger [1]   66/1
your [28]   5/9 5/14 5/18 5/20
6/1 6/4 6/12 6/15 7/12 20/21
22/17 34/12 37/10 40/24 43/2
43/6 43/8 43/20 44/4 44/11
44/11 50/20 61/8 63/25 66/9
67/1 67/8 67/8
yourself [1]   75/7