

# KINGS DODGE, INC.

9570 KINGS AUTOMALL ROAD
CINCINNATI, OHIO 45249
(513) 683-3000

MARK O. PITTMAN
GENERAL MANAGER

## JOB DESCRIPTION

<u>DEPARTMENT:</u> SALES
<u>DATE PREPARED:</u> 12-4-97

**<u>TITLE:</u>**                                         SALESPERSON

**<u>PURPOSE OF POSITION:</u>**                   Sell and lease new and used vehicles.

**<u>REPORTS TO:</u>**                               SALES MANAGER

**<u>DRESS CODE:</u>**                               Business attire.  (Shirt & tie)

**<u>QUALIFICATIONS:</u>**                         General Sales experience.  Solid
                                            communication skills.  Valid Drivers
                                            license.

**<u>DUTIES & RESPONSIBILITIES:</u>**        –Perform all duties in a professional
                                            manner.
                                            –Meet and greet customers as K.D.
                                            "Representative."
                                            –Help customers make an informed
                                            decision about their vehicle purchase.
                                            –Maintain product knowledge and sales
                                            skills by attending various workshops
                                            and demonstrations.
                                            –Help to maintain showroom and lot.
                                            –Prospect for customers during slow
                                            times.
                                            –Follow-up on sales to help maintain
                                            customer satisfaction.



PLAINTIFF'S
EXHIBIT
17

*Frederick L Holloway* (signature)

KD0698

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FREDERICK HOLLOWAY,　　　　　　　:　　CASE NO. 1:16-cv-01075
　　　　　　　　　　　　　　　　　　　:
　　　　　　Plaintiff,　　　　　　　　　:　　Judge Michael R. Barrett
　　　　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
KINGS DODGE, INC.,　　　　　　　　　:　　DEFENDANT'S RESPONSES TO
　　　　　　　　　　　　　　　　　　　:　　PLAINTIFF'S FIRST SET OF
　　　　　　Defendant.　　　　　　　　　:　　<u>DOCUMENT REQUESTS</u>
　　　　　　　　　　　　　　　　　　　:

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, defendant Kings Dodge, Inc. states as follows for its responses to plaintiff's First Set of Document Requests:

## <u>Preliminary Objections</u>

1. **<u>Privilege.</u>** Since most of the document requests are broadly stated, requesting "all" documents "relating to" a certain subject, these requests may cover records that are subject to the attorney-client privilege or are work product. By agreeing to produce certain documents within a requested category, defendant does not waive any applicable privilege.

2. **<u>Reasonable Description.</u>** Where plaintiff has requested "all" documents "relating to" a particular subject, defendant will in good faith attempt to produce the obvious documents requested and those that would be normally viewed as related. Beyond that, however, the request does not identify other documents with "reasonable particularity," as required by Rule 34(b), to put defendant on notice that plaintiff has requested their production.



PLAINTIFF'S
EXHIBIT
18
PENGAD 800-631-6989

## Document Production Responses

1.      Produce all documents referenced in, reviewed by, or otherwise used by you in responding to the above Interrogatories.

**RESPONSE:** All responsive documents are being produced herewith.

2.      Produce all documents identified in Defendant's answers to Plaintiff's First Request for Interrogatories.

**RESPONSE:** All responsive documents are being produced herewith.

3.      Produce all documents Defendants intend to introduce at the trial of this matter.

**RESPONSE: Objection.** This Request is premature as discovery in this action is just beginning and defendant therefore does not know "all documents" it intends to introduce at trial. Subject to the foregoing Objection and without waiving same, defendant is producing herewith documents it believes it will introduce into evidence at trial. Defendant expressly reserves the right to supplement its Response to this Request in a timely manner prior to trial and consistent with any pre-trial Order issued in this case.

2

4.      Produce copies of any statements you have from any witnesses or parties in this litigation.

**RESPONSE: Objection**.  This Request asks for documents protected by the work product doctrine and attorney-client privilege.  Subject to the foregoing Objection and without waiving same, defendant is producing non-privileged and responsive documents herewith.

5.      Produce a complete copy of all personnel, disciplinary, departmental, and/or committee files in the possession or control of Defendant relating to Mr. Holloway's employment with Kings Dodge.

**RESPONSE:**  All responsive documents are being produced herewith.

6.      Produce a complete copy of all job descriptions, regulations, manuals, policies, handbooks, and other documents governing the performance of Mr. Holloway's position.

**RESPONSE:**  All responsive documents are being produced herewith.

7.    Produce a copy of all documents relating to each request for a leave of absence Mr. Holloway requested, including, but not limited to, leave request forms, vacation request forms, email communications, internal memoranda, certification forms, and medical notes.

**RESPONSE:** All responsive documents are being produced herewith.

8.    Produce a copy of all documents relating to each request for an accommodation Mr. Holloway made, including, but not limited to, accommodation request forms, email communications, internal memoranda, medical notes, invoices, and work orders.

**RESPONSE:** Defendant has no documents responsive to this Request.

9.    Produce a copy of all personnel policies and rules in force at Kings Dodge during the years 2014 and 2015, including but not limited to policies regarding discipline, termination of employment, FMLA leave, sick leave, and disability accommodations.

**RESPONSE:** All responsive documents are being produced herewith.

4

10.    Produce all documents concerning Mr. Holloway's job performance at Kings Dodge, including but not limited to annual performance reviews, performance improvement plans, awards, and disciplinary documents.

**RESPONSE:** All responsive documents are being produced herewith.

11.    Produce a copy of all rules, policies, and procedures which Defendant alleges serve as the basis for Mr. Holloway's termination or its decision to not rehire Mr. Holloway.

**RESPONSE:** All responsive documents are being produced herewith.

12.    Produce a copy of all documents that were considered in the decision to terminate Mr. Holloway's employment or in the decision to not rehire Mr. Holloway.

**RESPONSE:** All responsive documents are being produced herewith.

13.    Produce all documents, including emails, which relate, reflect, or refer to Mr. Holloway's termination, request for rehire, or his performance as an employee.

**RESPONSE:** All responsive documents are being produced herewith.

14.    Produce all documents putting Mr. Holloway on notice that, in your view, his performance failed to meet Kings Dodge's expectations.

**RESPONSE:** All responsive documents are being produced herewith.

15.    All documents concerning or relating to the sales performance, including documents identifying average vehicle sales per month, for each employee at Kings Dodge from January 1, 2011 to present.

**RESPONSE:** All responsive documents are being produced herewith.

16.    Please provide all documents establishing Mr. Holloway's compensation and benefits, including but not limited to, retirement plan benefits, fringe benefits, employee benefit summary plan descriptions, and summaries of compensation.

**RESPONSE:** All responsive documents are being produced herewith.

6

17.    Please produce all documents, including emails, concerning Kings Dodge's decision to change customer relationship management software in 2015 or 2016.

**RESPONSE:**  All responsive documents are being produced herewith.

18.    Please produce all documents, including emails, concerning or relating to complaints made by employees of Kings Dodge or other related dealerships about the customer relationship management software in use at King's Dodge at any time in 2015 or 2016.

**RESPONSE:**  Defendant has no documents responsive to this request.

19.    Please provide any other documents, including emails, which concern the factual allegations or claims at issue in this lawsuit that have not been included in a response to Document Requests 1 - 18.

**RESPONSE:**  All responsive documents are being produced herewith.

7

20. Please provide any other documents upon which Defendant relies to support any of its defenses, including any documents supporting its alleged reason for terminating Mr. Holloway's employment that have not been included in a response to Document Requests 1-19.

**RESPONSE**: All responsive documents are being produced herewith. Defendant expressly reserves the right to supplement its Response to this Request after additional discovery has been conducted and in a timely manner prior to trial.

Respectfully submitted,

*[signature]*

Curtis L. Cornett        (0062116)
Cors & Bassett, LLC
201 E. Fifth Street
Suite 900
Cincinnati, OH 45202
513-852-8226
Fax: 513-852-8222
clc@corsbassett.com

Attorney for Defendant

8

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by electronic mail this

19th day of April, 2017 upon:

Brian J. Butler, Esq.
MEZIBOV BUTLER
615 Elsinore Place, Suite 105
Cincinnati, OH 45202

Attorney for Plaintiff

Curtis L. Cornett

9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FREDERICK HOLLOWAY,　　　　　:　　CASE NO. 1:16-cv-01075
　　　　　　　　　　　　　　　　:
　　　　　Plaintiff,　　　　　:
　　　　　　　　　　　　　　　　:　　Judge Michael R. Barrett
v.　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　:
KINGS DODGE, INC.,　　　　　　:　　DEFENDANT'S RESPONSES TO
　　　　　　　　　　　　　　　　:　　PLAINTIFF'S FIRST SET OF
　　　　　Defendant.　　　　　　:　　INTERROGATORIES
　　　　　　　　　　　　　　　　:

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, defendant Kings Dodge, Inc. ("Kings Dodge") states as follows for its responses to plaintiff's First Set of Interrogatories:

　　　1.　　Identify each individual responding to, or assisting in the response to, Plaintiff Fredrick Holloway's First Combined Request for Discovery.  For each individual identified, please include his or her name, address, and telephone number.

　　　**ANSWER:**　　Robert C. Reichert, Esq.
　　　　　　　　　　Mark O. Pittman
　　　　　　　　　　Jeffrey S. Carmichael
　　　　　　　　　　Rachel C. Lemmel
　　　　　　　　　　Michael Sayre

All of these individuals may be contacted through undersigned counsel.

　　　2.　　Identify each individual Defendant knows or has reason to believe has knowledge of discoverable matters.  For each person identified, please include: (a) his or her name, address, and telephone number; (b) his or her job title if he or she is an

employee of Kings Dodge; and (c) a brief description of the substance of his or her knowledge.

**ANSWER:** **Robert C. Reichert, Esq.**: Mr. Reichert is the President and General Counsel for Kings Dodge. He has knowledge regarding: plaintiff's performance as a salesperson at Kings Dodge; plaintiff's comments regarding his desire not to return to work after his Family and Medical Leave Act ("FMLA") leave; communications with Mark Pittman regarding plaintiff's desire to become re-employed by Kings Dodge in August, 2015; the reasons why plaintiff was not rehired by Kings Dodge; plaintiff's EEOC Charge; and defendant's employment policies.

**Rachel Lemmel**: Ms. Lemmel is the Human Resources Director for Kenwood Dealer Group, Inc. ("Kenwood"). She has knowledge regarding: plaintiff's FMLA leave; plaintiff's communications with her regarding how much additional time he would need after his FMLA leave ended; and defendant's employment policies.

**Mark Pittman**: Mr. Pittman is the former general manager of defendant. He has knowledge regarding: plaintiff's job performance as a sales person, including plaintiff's failure to regularly or properly use Kings Dodge's CRM System; communications between plaintiff and himself, Jeff Carmichael, and Robert Reichert regarding plaintiff's desire to become re-employed by Kings Dodge in August, 2015; Kings Dodge's employment policies; Kings Dodge's sales force; Kings Dodge's sales performance in 2011-2014; and plaintiff's comments in the summer of 2015 that plaintiff would not be returning to work at Kings Dodge.

**Jeff Carmichael**: Mr. Carmichael is a former general sales manager of Kings Dodge. He has knowledge regarding: the sales performance of Kings Dodge at the time he

assumed the general sales manager's position; his decision to obtain a new CRM system for the dealership; and his communications with Mark Pittman regarding plaintiff's re-application for a sales position in August, 2015.

**Rod Stancliff**: Mr. Stancliff is a former general sales manager for Kings Dodge. He has knowledge regarding: plaintiff's performance as a salesperson, including his failure to regularly or properly utilize the CRM system; and the dealership's overall sales performance.

**Richard Niesen**: Mr. Niesen is a former Used Car Manager at Kings Dodge. He has knowledge similar to that possessed by Mr. Stancliffe.

Defendant expressly reserves the right to supplement its response to this Interrogatory in a timely manner prior to the trial of this matter.

3. Identify each person Defendant expects to call as a witness at the trial of this matter and the subject matter of each such person's expected testimony.

**ANSWER: Objection.** This Interrogatory is premature as discovery has only recently begun in this matter and defendant therefore does not know each person it will call as a witness at trial. Subject to the foregoing Objection and without waiving same, defendant may call any of the individuals listed in response to Interrogatory No. 2 above. Defendant expressly reserves the right to supplement its response to this Interrogatory in a timely manner prior to trial, after additional discovery has been concluded, and consistent with any Pre-Trial Order issued in this case.

4.   Identify each and every expert witness Defendant intends to call at the trial of this matter, or with whom Defendant has consulted regarding this litigation.  For each individual identified, please include: (a) his or her name, address, and telephone number and (b) a brief description of the substance of his or her expert opinion.

**ANSWER:  Objection.**  This Interrogatory is premature as discovery has only recently begun in this matter and defendant therefore does not know each person it will call as an expert witness at trial.   Defendant shall supplement its response to this Interrogatory in a timely manner prior to trial and consistent with any pre-trial Order issued in this case.

5.   Identify all documents that Defendant intends to introduce as exhibits at the trial of this matter.

**ANSWER:  Objection.**  This Interrogatory is premature as discovery has only recently begun in this matter and defendant therefore does not know what documents it will introduce as exhibits at trial.  Subject to the foregoing Objection and without waiving same, defendant intends to introduce Kings Dodge's Sales Reports from 2011-2014; Drive Centric Operating Documents; Market Trend Analysis Documents from 2011-2014; Documents showing King Dodge's sales performance within the Cincinnati market from 2011-2014; and all documents identified in Kings Dodge's Initial Disclosures, which are incorporated herein by reference.  Defendant expressly reserves the right to supplement

its response to this Interrogatory in a timely manner prior to trial and consistent with any pre-trial Order issued in this matter.

6.    Identify the person(s) responsible for supervising Mr. Holloway at Kings Dodge at any time during the years 2010-2015.  For each individual identified, please include: (a) his or her name; (b) his or her job title(s); (c) the year(s) in which he or she was responsible for supervising Mr. Holloway; (d) current position, if known; and (e) his or her last known telephone number and address.

**ANSWER:**  **Mark O. Pittman:**    Former general manager of Kings Dodge.  Mr. Pittman is current retired.  Mr. Pittman was defendant's general manager from 1988-2015. He is 61 years of age.

**Roderick Stancliff:**  Former general manager of Kings Dodge.  Mr. Stancliff is currently 63 years of age.

**Richard Niesen:**    Former used car manager of Kings Dodge.  Mr. Niesen is currently 49 years of age.

All of the above individuals supervised plaintiff from 2010-2014.

7.    Identify the person(s) responsible for evaluating Mr. Holloway's job performance at any time during the years 2010-2015.  For each person identified, please include: (a) his or her name; (b) his or her job title(s); (c) the year(s) in which he or she was responsible for evaluating Mr. Holloway; (d) any policy or rule governing the

5

evaluation procedure; and (e) whether any documents were generated in connection with the evaluation.

**ANSWER:** Mark O. Pittman, General Manager

Roderick Stancliff, General Sales Manager

Both of these individuals were responsible for evaluating plaintiff from 2010-2015.

8.   Please identify each complaint[1] about Mr. Holloway, formal or informal, written or verbal, which Defendant received or were otherwise made aware of from the year 2010 until his termination.   For each complaint identified, please include: (a) the name, telephone number, and address of the person(s) who made the complaint; (b) the relationship of the complaining individual to Kings Dodge; (c) the date on which the complaint was registered; (c) the person to whom the complaint was made; (d) a brief description of the nature of the complaint; (e) the person or persons who investigated the complaint; and (f) whether any action was taken with respect to the complaint.

**ANSWER:** Defendant is only aware of one complaint made against plaintiff in the above time frame.   That complaint was actually a legal Complaint filed in the Warren County Court of Common Pleas, captioned *Marcum v. Kings Dodge*, Case No. 12 CV 82568 (2012).

---

[1]For the purpose of Interrogatory No. 8, consider the word "complaint" to mean any expression of grievance, resentment, or dissatisfaction with Mr. Holloway's personal or professional conduct or performance.

6

9. Please identify each instance in which Mr. Holloway was disciplined, reprimanded, or placed on a performance improvement plan in connection with his employment with Kings Dodge. For each instance identified, please include: (a) the date of the incident; (b) the reason(s) Mr. Holloway was disciplined; (c) the name of the person responsible for disciplining Mr. Holloway and (d) the nature of any discipline Mr. Holloway received.

**ANSWER: Objection.** This request asks for information that is irrelevant. Subject to the foregoing Objection and without waiving same, pursuant to Rule 33(d) of the Federal Rules of Civil Procedure, defendant is producing documents responsive to this Interrogatory. These documents are attached hereto at Tab A.

10. Please identify each person who played any role in the decision to terminate Mr. Holloway's employment in January 2015. Please include: (a) his or her name; (b) his or her age; and (c) the dates on which he or she served in the position.

**ANSWER:** Mark O. Pittman, age 61. Mr. Pittman served as defendant's General Manager from 1988 to 2015.

Rachel Lemmel, age 49. Ms. Lemmel has served as Kenwood's HR Director from 2001 until the present.

11. Please identify each person who played any role in the decision to not rehire Mr. Holloway in August 2015. Please include: (a) his or her name; (b) his or her age; (c) the dates on which he or she served in the position.

**ANSWER:** Robert C. Reichert, age 76. Mr. Reichert has been the President of Kings Dodge since it opened in 1988. Mark Pittman, age 61, general manager of Kings Dodge from 1988 until his retirement in 2015; Jeffrey S. Carmichael, age 35, General Sales Manager from 2015 until June 30, 2016.

12. Please identify each person with whom any individual identified in response to Interrogatory 11 consulted with or otherwise discussed Mr. Holloway's past performance or potential rehire.

**ANSWER:** Roderick Stancliff was also consulted regarding defendant's decision not to rehire plaintiff.

13. Please identify all employees of Kings Dodge who sold vehicles from January 1, 2011 to present. For each, please include: (a) his or her name; (b) his or her age; (c) the dates on which he or she served in the position; (d) whether he or she suffers from a disability or serious health condition; (e) whether he or she has taken a leave of absence for a disability or serious health condition of himself or herself, or for the serious health condition of a family member; and (f) that person's average vehicle sales per month for each month from January 1, 2011 to present.

8

**ANSWER:** Pursuant to Rule 33(d) of the Federal Rules of Civil Procedure, see Tab B attached hereto.

14. Please identify each employee of Kings Dodge who has used FMLA leave at any time during the years 2010-2015. For each person identified, please include: (a) his or her name; (b) his or her job title; and (c) the dates on which he or she took FMLA leave.

**ANSWER:** Pursuant to Rule 33(d) of the Federal Rules of Civil Procedure, see Tab C attached hereto.

15. Please identify all individuals whom you have hired from January 1, 2015 to present. For each person identified, please include: (a) his or her name; (b) his or her age; (c) the dates on which he or she served in the position; (d) the date on which Kings Dodge first had contact with him or her about the position; (e) the date on which Kings Dodge hired him or her; (f) whether he or she suffers from a disability or serious health condition; and (g) whether he or she has taken a leave of absence for a disability or serious health condition of himself or herself, or for the serious health condition of a family member.

**ANSWER:** Pursuant to Rule 33(d) of the Federal Rules of Civil Procedure, see Tab D attached hereto.

9

16. Please identify Mr. Holloway's compensation, including the amount of his base salary and/or rate of pay, and the cost to both Kings Dodge and Mr. Holloway of all fringe benefits he received as an employee of Kings Dodge.

**ANSWER:** Pursuant to Rule 33(d) of the Federal Rules of Civil Procedure, plaintiff's W-2 tax form for the years 2011-2015 are attached hereto at Tab E. The cost of plaintiff's fringe benefits are included in these W-2 forms.

17. Please identify all persons who conducted or participated in the search for documents responsive to the below requests for production of documents. For each, state the person's employer, the person's title, the date or dates on which searches were conducted, the locations searched, and search terms used, if any.

**ANSWER:** Amanda Huddleson, Office Manager; Michael Sayre, internet director; and Rachel Lemmel, HR Director; all participated in retrieving documents responsive to plaintiff's document production requests. The responsive documents were retrieved during the month of March, 2017 and were obtained from the headquarters of Kenwood. Any computer search terms would have included "CRM" and "Drivecentric".

10

Respectfully submitted,

Curtis L. Cornett                    (0062116)
Cors & Bassett, LLC
201 E. Fifth Street
Suite 900
Cincinnati, OH 45202
513-852-8226
Fax: 513-852-8222
clc@corsbassett.com

Attorney for Defendant


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by electronic mail this

19th day of April, 2017 upon:

Brian J. Butler, Esq.
MEZIBOV BUTLER
615 Elsinore Place, Suite 105
Cincinnati, OH 45202

Attorney for Plaintiff

Curtis L. Cornett

11

# EMPLOYEE WARNING REPORT

A

Employee's Name _RICK HOLLOWAY_    Date of Warning _4/3/00_ Dept. _SALES_ Shift _____

Clock or Payroll No. _____

| Type of Violation | ☐ Attendance ☐ Carelessness ☐ Disobedience |
| | ☐ Safety ☐ Tardiness ☒ Work Quality |
| | ☐ Other _____ |

**W A R N I N G**

Violation: Date _4/3/00_

Violation: Time _____ a.m. p.m.

Place Violation Occurred _____

## Company Statement

① LACK OF PRODUCTION

② LACK OF PRODUCT KNOWLEDGE

③ LACK OF OVERALL BUSINESS KNOWLEDGE DESPITE ALMOST A YEAR IN BUSINESS

④ SPENDING TOO MUCH TIME ON PERSONAL BUSINESS I.E. PERSONAL PHONE CALLS, WASHING DEMO, DISAPPEAR FOR LONG PERIODS OF TIME

## Employee Statement

Check Proper Box

☐ I concur with the Company's statement.

☒ I disagree with the Company's statement for the following reasons:

I have entered my statement of the above matter.

Employee's Signature _Rick Holloway_ Date _4/3/00_

## Warning Decision

IMPROVE IN AREAS 1 THRU 4 IN THE NEXT 30 DAYS OR FACE TERMINATION

Approved By _MICHAEL J WILSON_    _UCM_    _4/3/00_
                Name                      Title            Date

### List All Previous Warnings Below
When Warned And By Whom

| | 1st Warning |
| Previous Warning: Date | _JAN. BEGINNING_ |
| Verbal | _STEVE JACKSON_ |
| Written | |
| Previous Warning: | 2nd Warning |
| Date | |
| Verbal | |
| Written | |
| Previous Warning: | 3rd Warning |
| Date | |
| Verbal | |
| Written | |

I have read this "warning decision" and understand it.

_Rick Holloway_    _4/3/00_
Employee's Signature                Date

_Michael J Wilson_  _UCM_  _4/3/00_
Signature of person who prepared warning   Title   Date

_Steve Jackson_    _4.30.00_
Supervisor's Signature                Date

### Copy Distribution

☐ Employee          ☐ Supervisor          ☐ Foreman
☐ Personnel Dept.                          ☐ Union Rep.

© 1978 Amsterdam Printing and Litho Corp., Amsterdam, N.Y. 12010    Re-order Form #23310

KD0771

# TERMINATION REPORT

Last Name _Holloway_  First _Frederick_  Middle Initial____

Department _Sales_  Termination Effective Date _6-12-04_

Social Security Number _____  Clock Number _27_

Type Separation (Check One)  Mail Pay?  ☐ Yes  ☐ No

☐ Resignation (attach letter of resignation)  ☐ Dismissal

☐ Mutual Agreement  ☒ Other _Rick entered Drug Program aprox. 6mth term on his own accord_

Reason for Separation:  ☐ Absenteeism/Lateness  ☐ Changing Job  ☐ Family

☒ Health  ☐ Incompetence  ☐ Reduction in Force

☒ Other: _Drug Treatment - Self imposed_

Employee Evaluation (check appropriate boxes)

|  | Unsatisfactory | Fair | Satisfactory | Good | Excellent |
|---|---|---|---|---|---|
| Attendance |  |  |  | ✓ |  |
| Cooperation |  |  |  |  | ✓ |
| Initiative |  |  |  | ✓ |  |
| Job Knowledge |  |  |  |  | ✓ |
| Quality of Work |  |  |  | ✓ |  |

Recommendation:  ☐ Without Reservation  ☒ With Some Reservation  ☐ Would Not Recommend

Rehire?  ☒ Yes  ☐ No

Additional Comments: _would Rehire if Rick has satisfactory Completion of his Rehab. Would want Rick to be Subject to spot checks for Drugs when reinstituted. Rick never brought his problem to work + I feel he deserves 2nd Chce._

Signed _____  Date _6-25-04_

## FOR OFFICE USE ONLY

Benefits Cancelled:

Life____ Hospital____ Other____  Personnel Approval____ Date____

Copyright 1978  Amsterdam Printing and Litho Corp., Amsterdam, N. Y. 12010  Re-order form #23320

# EMPLOYEE
# WARNING REPORT

Employees receiving this warning report are hereby put on notice of a violation of our organization's rules and/or standards of employee conduct. Further violation(s) of such conduct may result in further discipline including the possible termination of employment.

Employee's Name __Rick     Holloway__     Date __2-23-04__

Employee # _____ Department __Sales__     Shift _____

Copy Forwarded to: ☐ Employee Representative     ☐ Employee     ☐ Other

## VIOLATION

| | | | | | |
|---|---|---|---|---|---|
| ☐ | Attendance | ☐ | Carelessness | ☐ | Insubordination |
| ☐ | Lateness/Early Quit | ☐ | Violation of Company Policies or Procedures | ☐ | Violation of Safety Rules |
| ☐ | Unauthorized Absence From Work Area | ☐ | Willful Damage to Material/Equipment | ☐ | Working on Personal Matters/Conflict of Interest |
| ☐ | Substandard Work Quality | ☒ | Threatening or Engaging in Violence | ☐ | Unsatisfactory Behavior Towards Employees or Customers |
| ☐ | Drinking/Drugs While at Work | ☐ | Unfit for Duty | ☐ | Other |

## EMPLOYER'S STATEMENT

Date of Violation __2/21/04__ Time: __3:30 AM/PM__

_Rick got in a fist fight with Rob Haas. Any additional verbal or confrontation or practical jokes will result in immediate termination_

## EMPLOYEE'S STATEMENT

☐ I agree with Employer's Statement
☐ I disagree with Employer's description of violation for these reasons:

_____

_____

_____

_Rick R Holloway_     __2-23-04__
Employee's Signature     Date

## PREVIOUS WARNINGS

| DATE | ORAL | WRITTEN | OTHER | SUPERVISOR/MANAGER |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## ACTION

☐ Warning  ☒ Suspension  ☐ Dismissal  ☐ Other
_one week no pay one week_
_Due back 2-29-04_

## TIMETABLE FOR IMPROVEMENT

☒ Immediate     ☐ 30 days     ☐ 60 days
☐ Other

## CONSEQUENCES

Failure to Improve will result in:  ☐ Warning  ☐ Suspension  ☒ Dismissal  ☐ Other

☐ I have read this Employee Warning Report and understand it.     ☐ Employee declined to sign this form.

_____     _Rick R Holloway 2/23/04_     __2-23-04__     _R Star_
Date     Employee Acknowledgement of Receipt     Date     Supervisor/Manager Signature

Rev 3/99

©Copyright 1999 Re-order Form #23310 (plain) #23315 (imprinted).
From AMSTERDAM PRINTING AND LITHO, Amsterdam, N.Y. 12010 · 1-800-833-6231

## �ialAMSTERDAM
KD0772

## ANSWER TO NUMBER 13

| Employee Name | DOB | Average Sales Per Month | Hire Date | Quit/Fired |
|---|---|---|---|---|
| Leonard Harris | ███60 | 29.02 | 2002 | N/A |
| Rich Zielke | ███59 | 24.15 | 2010 | N/A |
| Gary Warren | ███/65 | 11.81 | 2006 | 2013 |
| Jerry Loze | ███/66 | 13.54 | 2011 | 2013 |
| Rob Haas | ███62 | 9.87 | 2003 | N/A |
| Ben Skolnick | ███/85 | 12.56 | 2009 | NGF |
| Bill Craig** | ███/50 | 7.27 | 2008 | N/A |
| Don Pelfrey* | ███74 | 8.44 | 2008 | 2017 |
| Bryan Cammett | ███/58 | 8.72 | 2014 | N/A |
| Derrick Bunger | ███77 | 14.58 | 2015 | N/A |
| Calvin Veasley | ███/74 | 14.04 | 2014 | N/A |
| J. Ford Smith | ███/58 | 8.09 | 2010 | N/A |
| Sherry Tarter | ███/65 | 11.22 | 2015 | N/A |
| Chad Johnson | ███81 | 14.68 | 2008 | N/A |
| Jordan Jraisat | ███/86 | 16.24 | 2015 | N/A |
| Robert Cook | ███/54 | FLEET | 2012 | N/A |
| Andrie Scott | ███93 | 9.45 | 2015 | N/A |
| Fredrick Holloway*** | ███/54 | 9.18 | 1999 2004 2011 | 2015 |

*-Dealer Trades & administrative work

**-Has taken medical leave

***-Quit and was rehired twice


B

KD0774

C

## FMLA 2010-2015 Kings Chrysler Jeep Dodge

| Last | First | Position | Dates |
|---|---|---|---|
| Craig | William | Sales | 1/23/10-4/1/10 |
| Pfirman | David | Sales | 4/2/10-4/19/10; 7/2/10-8/15/10 |
| Campbell | Glenn | Tech | 4/22/10-6/3/10, 6/9, 6/15/10, 6/17/10, 8/31-10/5/17 |
| Marcum | David | Tech | 7/26/10- 8/1/10 |
| Beverly | Jamie | Sales | 2/21/11- |
| Tindle | John | Tech | 5/31/11-6/13/11 |
| obe | Adam | Serv. Adv. | 6/28/11- |
| Debusk | Palmer | Parts Counter | 9/5/12-10/21/12 |
| Jeske | Therese | Recep/Admin | 4/12/13-7/4/13 |
| Themann | Joe | Sales | 12/10/13- |
| Martin | John | Tech | 4/3/14-4/15/14 |
| Collins | John | Serv. Adv. | 4/7/14-4/27/14 |
| Gaffrey | Diann | Serv. Adv. | 5/28/14- |
| Richards | Donnie | Parts Mgr. | 5/5/14-5/13/14 |
| Moore | David | Sales | 7/15/14-8/14/14 (Was not FMLA eligible, but given unpaid leave) |
| Holloway | Frederick | Sales | 10/22/14- |
| ee | Earl | Parts Counter | 10/7/14-11/12/14; 5/8/15-6/2/15; 10/12/15-10/18/15; 9/9/15-9/27/15 |
| Butler | David | Tech | 3/3/15-6/3/15 |
| Chandley | Darryl | Parts Counter | 5/8/15-5/18/15 |
| tain | Michael | F&I | 5/22/15-6/21/15 |
| Martin | Marvin | Serv Adv | 8/10/15-9/13/15 |
| Ditmer | Craig | Serv Adv | 9/28/15-11/19/15 |
| Lindsey | Danielle | Title Clerk | 10/28/15-11/15/15 |
| Hornsby | Ted | Parts Counter | 10/29/15-11/8/15 |

KD0775

| First Name | Last Name | Age | Home Department Description | Hire Date/Rehire | Position Start Date | Termination Date |
|---|---|---|---|---|---|---|
| Jeffrey | Bevis | 44 | CHC-F & I MGR | 11/19/2013 | 02/04/2013 | |
| Joe | Themann | 76 | CHC-NEW/USED LOT TECH | 02/07/2014 | 02/07/2014 | Transfer from SKA |
| Caitlyn | Schoors | 26 | CHC-SERVICE ADVISOR | 06/19/2014 | 05/07/2015 | Transfer from KK |
| James | Plagge | 46 | CHC-FLAT RATE TECH | 01/06/2015 | 02/02/2017 | Transfer from SKA |
| Sherry | Trader | 51 | CHC-NEW VEHICLE SALES | 01/20/2015 | 01/20/2015 | |
| Athees | Nammari | 40 | CHC-F & I MGR | 02/02/2015 | 11/03/2016 | |
| Paige | Cruz-Jackson | 21 | CHC-SERVICE OTHER | 02/06/2015 | 02/06/2015 | Transfer from SUB |
| Jordan | Ureilagt | 31 | CHC- SALES FLOOR MGRS | 02/18/2015 | 02/05/2015 | |
| Christian | Pierali | 33 | CHC-NEW VEHICLE SALES | 02/11/2015 | 06/30/2016 | 04/28/2015 Transfer from Sales |
| Haley | Wolf | 20 | CHC-NEW VEHICLE SALES | 02/12/2015 | 02/12/2015 | |
| Abby | Perkins | 27 | CHC-PARTS DISPATCH DRIVER | 02/13/2015 | 02/13/2015 | 07/07/2015 |
| Michael | Roseblossom | 22 | CHC-SERVICE HOURLY | 03/16/2015 | 03/16/2015 | |
| Gregory | Hale | 55 | CHC-SERVICE ADVISOR | 03/23/2015 | 03/23/2015 | |
| Mercury | Mullins | 22 | CHC-NEW VEHICLE SALES | 04/20/2015 | 04/20/2015 | |
| Robert | Blair | 54 | CHC-FLAT RATE TECH | 04/27/2015 | 04/27/2015 | |
| Jeffrey | Parris | 38 | CHC-NEW VEHICLE SALES | 05/18/2015 | 05/18/2015 | 08/19/2015 |
| Ross | Furtwengler | 28 | CHC-PARTS DISPATCH DRIVER | 05/28/2015 | 05/28/2015 | |
| Ross | Furtwengler | 28 | CHC-PARTS DISPATCH DRIVER | 05/28/2015 | 08/06/2015 | 01/06/2016 |
| Ross | Furtwengler | 28 | CHC-PARTS DISPATCH DRIVER | 05/28/2015 | 08/06/2015 | 01/15/2016 |
| Lawrence | Bunger | 39 | CHC-NEW VEHICLE SALES | 06/03/2015 | 06/03/2015 | 07/15/2016 |
| Mark | Caldwell II | 31 | CHC-SERVICE HOURLY | 06/08/2015 | 06/08/2015 | |
| Gregory | Clark | 60 | CHC-PARTS DISPATCH DRIVER | 07/30/2015 | 07/30/2015 | 12/23/2015 |
| Patrick | McGrath | 27 | CHC-NEW VEHICLE SALES | 08/03/2015 | 08/03/2015 | 12/05/2016 |
| Jonathan | Moore | 26 | CHC-FLAT RATE TECH | 09/04/2015 | 09/04/2015 | |
| Jonathan | Moore | 25 | CHC-FLAT RATE TECH | 09/04/2015 | 09/04/2015 | |
| Johnathan | Moore | 26 | CHC-FLAT RATE TECH | 09/04/2015 | 09/04/2015 | |
| Andre | Scott | 24 | CHC-NEW VEHICLE SALES | 09/14/2015 | 09/14/2015 | |
| Syrus | Williams | 22 | CHC-FLAT RATE TECH | 09/18/2015 | 09/18/2015 | 09/18/2016 |
| Michael | Hartman | 28 | CHC-NEW VEHICLE SALES | 01/21/2016 | 01/21/2016 | |
| Dylan | Jetter | 21 | CHC-FLAT RATE TECH | 03/24/2016 | 03/24/2016 | 03/25/2016 |
| Orion | Mains | 31 | CHC-NEW VEHICLE SALES | 04/14/2016 | 04/14/2016 | |
| Kyle | Maschinot | 31 | CHC-FLAT RATE TECH | 05/03/2016 | 05/05/2016 | |
| John | Colonel | 20 | CHC-SERVICE HOURLY | 05/19/2016 | 05/19/2016 | |
| Heather | Jamison | 35 | CKP-VEHICLE SALES | 05/19/2016 | 05/19/2016 | 11/03/2016 |
| Geoffrey | McNaught | 41 | CHC-FLAT RATE TECH | 08/25/2016 | 08/25/2016 | Transfer from KK |
| Mark | Dresselhaus | 46 | CHC-SERVICE ADVISOR | 09/08/2016 | 09/08/2016 | |
| Edward | Steger | 64 | CHC-PARTS DISPATCH DRIVER | 09/08/2016 | 09/08/2016 | 02/22/2017 |
| Byron | Beckett | 21 | CHC-SERVICE HOURLY | 09/29/2016 | 09/29/2016 | |
| Michael | Nolan | 58 | CHC-NEW VEHICLE SALES | 10/13/2016 | 10/13/2016 | |
| Christopher | Vaska | 28 | CHC-NEW VEHICLE SALES | 10/13/2016 | 10/13/2016 | |
| Austin | Roseberry | 19 | CHC-SERVICE HOURLY | 10/20/2016 | 10/20/2016 | 11/09/2016 |
| Aaron | Malone | 40 | CHC-FLAT RATE TECH | 03/02/2017 | 03/02/2017 | |
| Paul | Schoenbolt | 61 | CHC-NEW VEHICLE SALES | 03/02/2017 | 03/02/2017 | |

D

KD0776

| | | | |
|---|---|---|---|
| Void ☐ | **a** Employee's social security number ▮▮▮▮-9164 | OMB No. 1545-0008  CHC | 103    090027 |

| | | |
|---|---|---|
| **b** Employer identification number (EIN) ▮▮▮▮6121 | **1** Wages, tips, other compensation 38199.44 | **2** Federal income tax withheld 4933.32 |
| **c** Employer's name, address, and ZIP code KINGS DODGE INC 4486 KINGSWATER DR CINCINNATI OH 45249 | **3** Social security wages 38756.90 | **4** Social security tax withheld 1627.79 |
| | **5** Medicare wages and tips 38756.90 | **6** Medicare tax withheld 561.98 |
| | **7** Social security tips | **8** Allocated tips |
| **d** Control number 090027 CLEV/CHC | **9** | **10** Dependent care benefits |
| **e** Employee's first name and initial    Last name FREDERICK    HOLLOWAY 2963 ORCHARDTREE CT MONFORT HEIGHTS OH 45239 | **11** Nonqualified plans    Suff. | **12a** See instructions for box 12 D    557.46 |
| | **13** Statutory employee ☐  Retirement plan ☒  Third-party sick pay ☐ | **12b** |
| | **14** Other | **12c** |
| | | **12d** |
| **f** Employee's address and ZIP code | | |

| **15** State | Employer's state ID number | **16** State wages, tips, etc. | **17** State income tax | **18** Local wages, tips, etc. | **19** Local income tax | **20** Locality name |
|---|---|---|---|---|---|---|
| OH | ▮▮▮▮0824 | 38199.44 | 771.03 | | | |

Form **W-2**  **Wage and Tax Statement**    2011    Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see back of Copy D.

Copy D — For Employer.



KD0777

# 2012 W-2 and EARNINGS SUMMARY

Safe, accurate, IRS e~file at www.irs.gov/efile
FAST! Use at www.irs.gov/efile
Visit the IRS Web Site

**W-2** Employee Reference Copy
Wage and Tax Statement **2012**
OMB No. 1545-0008

Copy C for employee's records
d Control number | Dept. | Corp. | Employer use only
090027 CLEV/CHC | 103 | A | 47

c Employer's name, address, and ZIP code
KINGS DODGE INC
4486 KINGSWATER DR
CINCINNATI OH 45249

Batch #02306

e/f Employee's name, address, and ZIP code
FREDERICK HOLLOWAY
2963 ORCHARDTREE CT
MONFORT HEIGHTS OH 45239

b Employer's FED ID number | a Employee's SSA number
6121 | 9164

1 Wages, tips, other comp. 45494.72 | 2 Federal income tax withheld 5801.09
3 Social security wages 46281.32 | 4 Social security tax withheld 1943.82
5 Medicare wages and tips 46281.32 | 6 Medicare tax withheld 671.08
7 Social security tips | 8 Allocated tips
| 10 Dependent care benefits
11 Nonqualified plans | 12a See instructions for box 12 D 786.60
14 Other | 12b
| 12c
| 12d
| 13 Stat emp Ret. plan 3rd party sick pay

15 State Employer's state ID no. OH 0824 | 16 State wages, tips, etc. 45494.72
17 State income tax 910.41 | 18 Local wages, tips, etc.
19 Local income tax | 20 Locality name

---

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final pay stub plus any adjustments submitted by your employer.

| | | | |
|---|---|---|---|
| Gross Pay | 46281.32 | Social Security Tax Withheld | 1943.82 | OH. State Income Tax Box 17 of W-2 | 910.41 |
| | | Box 4 of W-2 | | SUUSDI Box 14 of W-2 | |
| Fed. Income Tax Withheld | 5801.09 | Medicare Tax Withheld Box 6 of W-2 | 671.08 | | |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | OH. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 46,281.32 | 46,281.32 | 46,281.32 | 46,281.32 |
| Less 401(k) (D-Box 12) | 786.60 | N/A | N/A | 786.60 |
| Reported W-2 Wages | 45,494.72 | 46,281.32 | 46,281.32 | 45,494.72 |

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

FREDERICK HOLLOWAY
2963 ORCHARDTREE CT
MONFORT HEIGHTS OH 45239

Social Security Number: 9164
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 1 $25 Additional Tax
STATE: 1

© 2012 ADP, INC.

---

1 Wages, tips, other comp. 45494.72 | 2 Federal income tax withheld 5801.09
3 Social security wages 46281.32 | 4 Social security tax withheld 1943.82
5 Medicare wages and tips 46281.32 | 6 Medicare tax withheld 671.08
d Control number 090027 CLEV/CHC | Dept. 103 | Corp. | Employer use only A | 47
c Employer's name, address, and ZIP code
KINGS DODGE INC
4486 KINGSWATER DR
CINCINNATI OH 45249
b Employer's FED ID number 6121 | a Employee's SSA number 9164
7 Social security tips | 8 Allocated tips
| 10 Dependent care benefits
11 Nonqualified plans | 12a See instructions for box 12 D 786.60
14 Other | 12b
| 12c
| 12d
| 13 Stat emp Ret. plan 3rd party sick pay X
e/f Employee's name, address and ZIP code
FREDERICK HOLLOWAY
2963 ORCHARDTREE CT
MONFORT HEIGHTS OH 45239
15 State Employer's state ID no. OH 0824 | 16 State wages, tips, etc. 45494.72
17 State income tax 910.41 | 18 Local wages, tips, etc.
19 Local income tax | 20 Locality name

**W-2** Federal Filing Copy
Wage and Tax Statement **2012**
OMB No. 1545-0008
Copy B to be filed with employee's Federal Tax Return.

---

1 Wages, tips, other comp. 45494.72 | 2 Federal income tax withheld 5801.09
3 Social security wages 46281.32 | 4 Social security tax withheld 1943.82
5 Medicare wages and tips 46281.32 | 6 Medicare tax withheld 671.08
d Control number 090027 CLEV/CHC | Dept. 103 | Corp. | Employer use only A | 47
c Employer's name, address, and ZIP code
KINGS DODGE INC
4486 KINGSWATER DR
CINCINNATI OH 45249
b Employer's FED ID number 6121 | a Employee's SSA number 9164
7 Social security tips | 8 Allocated tips
| 10 Dependent care benefits
11 Nonqualified plans | 12a See instructions for box 12 D 786.60
14 Other | 12b
| 12c
| 12d
| 13 Stat emp Ret. plan 3rd party sick pay X
e/f Employee's name, address and ZIP code
FREDERICK HOLLOWAY
2963 ORCHARDTREE CT
MONFORT HEIGHTS OH 45239
15 State Employer's state ID no. OH 0824 | 16 State wages, tips, etc. 45494.72
17 State income tax 910.41 | 18 Local wages, tips, etc.
19 Local income tax | 20 Locality name

**W-2** OH.State Reference Copy
Wage and Tax Statement **2012**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

---

1 Wages, tips, other comp. 45494.72 | 2 Federal income tax withheld 5801.09
3 Social security wages 46281.32 | 4 Social security tax withheld 1943.82
5 Medicare wages and tips 46281.32 | 6 Medicare tax withheld 671.08
d Control number 090027 CLEV/CHC | Dept. 103 | Corp. | Employer use only A | 47
c Employer's name, address, and ZIP code
KINGS DODGE INC
4486 KINGSWATER DR
CINCINNATI OH 45249
b Employer's FED ID number 6121 | a Employee's SSA number 9164
7 Social security tips | 8 Allocated tips
| 10 Dependent care benefits
11 Nonqualified plans | 12a D 786.60
14 Other | 12b
| 12c
| 12d
| 13 Stat emp Ret. plan 3rd party sick pay X
e/f Employee's name, address and ZIP code
FREDERICK HOLLOWAY
2963 ORCHARDTREE CT
MONFORT HEIGHTS OH 45239
15 State Employer's state ID no. OH 0824 | 16 State wages, tips, etc. 45494.72
17 State income tax 910.41 | 18 Local wages, tips, etc.
19 Local income tax | 20 Locality name

**W-2** OH.State Filing Copy
Wage and Tax Statement **2012**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

KD0778

# 2013 W-2 and EARNINGS SUMMARY

Safe, accurate, FAST! Use **e-file** Visit the IRS Web Site at www.irs.gov/efile

**Employee Reference Copy**

## W-2 Wage and Tax Statement 2013

OMB No. 1545-0008

Copy C for employee's records

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 090027 CJJEV/CHC|300103 | A | 46 |

c Employer's name, address, and ZIP code
KINGS DODGE INC
4486 KINGSWATER DR
CINCINNATI OH 45249

Batch #01997

e/f Employee's name, address, and ZIP code
FREDERICK , HOLLOWAY
2963 ORCHARDTREE CT
MONFORT HEIGHTS OH 45239

| b Employer's EID ID number | a Employee's SSA number |
|---|---|
| 6121 | 9164 |

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 39228.55 | 5063.84 |
| 3 Social security wages | 4 Social security tax withheld |
| 39853.01 | 2470.89 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 39853.01 | 577.87 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | 12a See instructions for box 12 D 624.46 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret.plan 3rd party sick pay X |

| 15 State Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| OH 0824 | 39228.55 |
| 17 State income tax | 18 Local wages, tips, etc. |
| 1224.68 | |
| 19 Local income tax | 20 Locality name |

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2013 pay stub plus any adjustments submitted by your employer.

| Gross Pay | 40334.98 | Social Security Tax Withheld | 2470.89 | OH. State Income Tax Box 17 of W-2 | 1224.68 |
|---|---|---|---|---|---|
| | | Box 4 of W-2 | | SUI/SDI Box 14 of W-2 | |
| Fed. Income Tax Withheld Box 2 of W-2 | 5063.84 | Medicare Tax Withheld Box 6 of W-2 | 577.87 | | |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | OH. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 40,334.98 | 40,334.98 | 40,334.98 | 40,334.98 |
| Less 401(k) (D-Box 12) | 624.46 | N/A | N/A | 624.46 |
| Less Other Cafe 125 | 481.97 | 481.97 | 481.97 | 481.97 |
| Reported W-2 Wages | 39,228.55 | 39,853.01 | 39,853.01 | 39,228.55 |

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

FREDERICK HOLLOWAY
2963 ORCHARDTREE CT
MONFORT HEIGHTS OH 45239

Social Security Number: 9164
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 1 $25 Additional Tax
STATE: 0 $10 Additional Tax

© 2013 ADP, INC.

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 39228.55 | 5063.84 |
| 3 Social security wages | 4 Social security tax withheld |
| 39853.01 | 2470.89 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 39853.01 | 577.87 |
| d Control number Dept. | Corp. Employer use only |
| 090027 CJJEV/CHC|300103 | A 46 |

c Employer's name, address, and ZIP code
KINGS DODGE INC
4486 KINGSWATER DR
CINCINNATI OH 45249

| b Employer's EID ID number | a Employee's SSA number |
|---|---|
| 6121 | 9164 |
| Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | 12a See instructions for box 12 D 624.46 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret.plan 3rd party sick pay X |

f Employee's name, address and ZIP code
REDERICK HOLLOWAY
963 ORCHARDTREE CT
IONFORT HEIGHTS OH 45239

| State Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| OH 0824 | 39228.55 |
| State income tax | 18 Local wages, tips, etc. |
| 1224.68 | |
| Local income tax | 20 Locality name |

**Federal Filing Copy**
W-2 Wage and Tax Statement 2013
OMB No. 1545-0008
py B to be filed with employee's Federal Income Tax Return.

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 39228.55 | 5063.84 |
| 3 Social security wages | 4 Social security tax withheld |
| 39853.01 | 2470.89 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 39853.01 | 577.87 |
| d Control number Dept. | Corp. Employer use only |
| 090027 CJJEV/CHC|300103 | A 46 |

e Employer's name, address, and ZIP code
KINGS DODGE INC
4486 KINGSWATER DR
CINCINNATI OH 45249

| b Employer's EID ID number | a Employee's SSA number |
|---|---|
| 6121 | 9164 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | 12a D 624.46 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret.plan 3rd party sick pay X |

e/f Employee's name, address and ZIP code
FREDERICK HOLLOWAY
2963 ORCHARDTREE CT
MONFORT HEIGHTS OH 45239

| 15 State Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| OH 0824 | 39228.55 |
| 17 State income tax | 18 Local wages, tips, etc. |
| 1224.68 | |
| 19 Local income tax | 20 Locality name |

**OH.State Reference Copy**
W-2 Wage and Tax Statement 2013
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 39228.55 | 5063.84 |
| 3 Social security wages | 4 Social security tax withheld |
| 39853.01 | 2470.89 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 39853.01 | 577.87 |
| d Control number Dept. | Corp. Employer use only |
| 090027 CJJEV/CHC|300103 | A 46 |

c Employer's name, address, and ZIP code
KINGS DODGE INC
4486 KINGSWATER DR
CINCINNATI OH 45249

| b Employer's EID ID number | a Employee's SSA number |
|---|---|
| 6121 | 9164 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | 12a D 624.46 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret.plan 3rd party sick pay X |

e/f Employee's name, address and ZIP code
FREDERICK HOLLOWAY
2963 ORCHARDTREE CT
MONFORT HEIGHTS OH 45239

| 15 State Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| OH 0824 | 39228.55 |
| 17 State income tax | 18 Local wages, tips, etc. |
| 1224.68 | |
| 19 Local income tax | 20 Locality name |

**OH.State Filing Copy**
W-2 Wage and Tax Statement 2013
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.



## 2014 W-2 and EARNINGS SUMMARY

Safe, accurate, FAST! Use **e-file**  Visit the IRS Web Site at www.irs.gov/efile
Employee Reference Copy

**W-2** Wage and Tax Statement **2014**  OMB No. 1545-0008

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

**1. The following information reflects your final 2014 pay stub plus any adjustments submitted by your employer.**

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 40410.20 | Social Security Tax Withheld Box 4 of W-2 | 2482.73 | OH. State Income Tax Box 17 of W-2 SUI/SDI Box 14 of W-2 | 1239.99 |
| Fed. Income Tax Withheld Box 2 of W-2 | 4469.08 | Medicare Tax Withheld Box 6 of W-2 | 580.63 | | |

**2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | OH. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 40,410.20 | 40,410.20 | 40,410.20 | 40,410.20 |
| Plus Third Party Sick Pay | 1,674.00 | 1,674.00 | 1,674.00 | 1,674.00 |
| Less 401(k) (D-Box 12) | 1,270.77 | N/A | N/A | 1,270.77 |
| Less Other Cafe 125 | 2,039.96 | 2,039.96 | 2,039.96 | 2,039.96 |
| Reported W-2 Wages | 38,773.47 | 40,044.24 | 40,044.24 | 38,773.47 |

**3. Employee W-4 Profile.** To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

FREDERICK HOLLOWAY
2963 ORCHARDTREE CT
MONFORT HEIGHTS OH 45239

Social Security Number: 9164
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 1 $25 Additional Tax
STATE: 0 $10 Additional Tax

© 2014 ADP, LLC

---

d Control number DEPT. Corp. Employer use only
090027 CL&V/CHC 300103 L 45

c Employer's name, address, and ZIP code
KINGS DODGE INC
4486 KINGSWATER DR
CINCINNATI OH 45249

Batch #01716

e/f Employee's name, address, and ZIP code
FREDERICK HOLLOWAY
2963 ORCHARDTREE CT
MONFORT HEIGHTS OH 45239

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 6121 | 9164 |

| 1 Wages, tips, other comp. 38773.47 | 2 Federal income tax withheld 4469.08 |
|---|---|
| 3 Social security wages 40044.24 | 4 Social security tax withheld 2482.73 |
| 5 Medicare wages and tips 40044.24 | 6 Medicare tax withheld 580.63 |
| 7 Social security tips | 8 Allocated tips |
| | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 D 1270.77 |
| 14 Other | 12b J 2511.00 |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay X X |

| 15 State Employer's state ID no. OH 0824 | 16 State wages, tips, etc. 38773.47 |
|---|---|
| 17 State income tax 1239.99 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

Federal Filing Copy
**W-2** Wage and Tax Statement **2014**  OMB No. 1545-0008
Copy B to be filed with employee's Federal Income Tax Return.

---

| 1 Wages, tips, other comp. 38773.47 | 2 Federal income tax withheld 4469.08 |
|---|---|
| 3 Social security wages 40044.24 | 4 Social security tax withheld 2482.73 |
| 5 Medicare wages and tips 40044.24 | 6 Medicare tax withheld 580.63 |
| d Control number DEPT. Corp. Employer use only 090027 CL&V/CHC 300103 L 45 | |

c Employer's name, address, and ZIP code
KINGS DODGE INC
4486 KINGSWATER DR
CINCINNATI OH 45249

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 6121 | 9164 |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a D 1270.77 |
| 14 Other | 12b J 2511.00 |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay X X |

e/f Employee's name, address and ZIP code
FREDERICK HOLLOWAY
2963 ORCHARDTREE CT
MONFORT HEIGHTS OH 45239

| 15 State Employer's state ID no. OH 0824 | 16 State wages, tips, etc. 38773.47 |
|---|---|
| 17 State income tax 1239.99 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

OH.State Reference Copy
**W-2** Wage and Tax Statement **2014**  OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

---

| 1 Wages, tips, other comp. 38773.47 | 2 Federal income tax withheld 4469.08 |
|---|---|
| 3 Social security wages 40044.24 | 4 Social security tax withheld 2482.73 |
| 5 Medicare wages and tips 40044.24 | 6 Medicare tax withheld 580.63 |
| d Control number DEPT. Corp. Employer use only 090027 CL&V/CHC 300103 L 45 | |

c Employer's name, address, and ZIP code
KINGS DODGE INC
4486 KINGSWATER DR
CINCINNATI OH 45249

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 6121 | 9164 |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a D 1270.77 |
| 14 Other | 12b J 2511.00 |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay X X |

e/f Employee's name, address and ZIP code
FREDERICK HOLLOWAY
2963 ORCHARDTREE CT
MONFORT HEIGHTS OH 45239

| 15 State Employer's state ID no. OH 0824 | 16 State wages, tips, etc. 38773.47 |
|---|---|
| 17 State income tax 1239.99 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

OH.State Filing Copy
**W-2** Wage and Tax Statement **2014**  OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

KD00780

Free tax prep at
irs.gov/freefile
**freefile**

**W-2** Employee Reference Copy
Wage and Tax
Statement **2015**
*Copy C for employee's records.* OMB No. 1545-0008

| Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 090027 CLEV/CHC 300103 | T | EIC | 46 |

Employer's name, address, and ZIP code
KINGS  DODGE  INC
4486  KINGSWATER  DR
CINCINNATI  OH  45249

Batch  #02389

all Employee's name, address, and ZIP code
FREDERICK  HOLLOWAY
2963  ORCHARDTREE  CT
MONFORT  HEIGHTS  OH  45239

| Employee's FED ID number | Employee's SSA number |
|---|---|
| 6121 | 9164 |
| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| 558.00 | |
| 3 Social security wages | 4 Social security tax withheld |
| 558.00 | 34.59 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 558.00 | 8.09 |
| 7 Social security tips | 8 Allocated tips |
| Verification Code | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| | J | 837.00 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay  X |
| 15 State  Employer's state ID no. | 16 State wages, tips, etc. |
| OH  0824 | 558.00 |
| 17 State income tax | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

---

## 2015 W-2 and EARNINGS SUMMARY



This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

**1.** The following information reflects your final 2015 pay stub plus any adjustments submitted by your employer.

| | | | | |
|---|---|---|---|---|
| Gross Pay | 0.00 | Social Security Tax Withheld Box 4 of W-2 | 34.59 | OH. State Income Tax Box 17 of W-2 |
| | | | | SUI/SDI Box 14 of W-2 |
| Fed. Income Tax Withheld Box 2 of W-2 | | Medicare Tax. Withheld Box 6 of W-2 | 8.09 | |

**2.** Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | OH. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 0.00 | 0.00 | 0.00 | 0.00 |
| Plus Third Party Sick Pay | 558.00 | 558.00 | 558.00 | 558.00 |
| Reported W-2 Wages | 558.00 | 558.00 | 558.00 | 558.00 |

**3.** Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

FREDERICK  HOLLOWAY
2963  ORCHARDTREE  CT
MONFORT  HEIGHTS  OH  45239

Social Security Number:  9164
Taxable Marital Status:  SINGLE
Exemptions/Allowances:
FEDERAL:  1  $25 Additional Tax
STATE:  0  $0 Additional Tax

© 2015 ADP, LLC

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 558.00 | |
| 3 Social security wages | 4 Social security tax withheld |
| 558.00 | 34.59 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 558.00 | 8.09 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 090027 CLEV/CHC 300103 | T | EIC | 46 |

Employer's name, address, and ZIP code
KINGS  DODGE  INC
4486  KINGSWATER  DR
CINCINNATI  OH  45249

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 6121 | 9164 |
| 7 Social security tips | 8 Allocated tips |
| Verification Code | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  J  837.00 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay  X |

f Employee's name, address and ZIP code
FREDERICK  HOLLOWAY
2963  ORCHARDTREE  CT
MONFORT  HEIGHTS  OH  45239

| State  Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| OH  0824 | 558.00 |
| State income tax | 18 Local wages, tips, etc. |
| Local income tax | 20 Locality name |

**W-2** Federal Filing Copy
Wage and Tax
Statement **2015**
OMB No. 1545-0008
py B to be filed with employee's  Federal Income Tax Return.

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 558.00 | |
| 3 Social security wages | 4 Social security tax withheld |
| 558.00 | 34.59 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 558.00 | 8.09 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 090027 CLEV/CHC 300103 | T | EIC | 46 |

e Employer's name, address, and ZIP code
KINGS  DODGE  INC
4486  KINGSWATER  DR
CINCINNATI  OH  45249

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 6121 | 9164 |
| 7 Social security tips | 8 Allocated tips |
| | 10 Dependent care benefits for box 12 |
| 11 Nonqualified plans | 12a  J  837.00 |
| 14 Other | 12b |
| | 12c |
| | 13 Stat emp Ret. plan 3rd party sick pay  X |

ell Employee's name, address and ZIP code
FREDERICK  HOLLOWAY
2963  ORCHARDTREE  CT
MONFORT  HEIGHTS  OH  45239

| 15 State  Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| OH  0824 | 558.00 |
| 17 State income tax | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**W-2** OH.State Reference Copy
Wage and Tax
Statement **2015**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 558.00 | |
| 3 Social security wages | 4 Social security tax withheld |
| 558.00 | 34.59 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 558.00 | 8.09 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 090027 CLEV/CHC 300103 | T | EIC | 46 |

c Employer's name, address, and ZIP code
KINGS  DODGE  INC
4486  KINGSWATER  DR
CINCINNATI  OH  45249

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 6121 | 9164 |
| 7 Social security tips | 8 Allocated tips |
| | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a  J  837.00 |
| 14 Other | 12b |
| | 12c |
| | 13 Stat emp Ret. plan 3rd party sick pay  X |

all Employee's name, address and ZIP code
FREDERICK  HOLLOWAY
2963  ORCHARDTREE  CT
MONFORT  HEIGHTS  OH  45239

| 15 State  Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| OH  0824 | 558.00 |
| 17 State income tax | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**W-2** OH.State Filing Copy
Wage and Tax
Statement **2015**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

Print

**Subject:** FMLA end Rick Holloway

**From:** rlemmel@cinci.rr.com (rlemmel@cinci.rr.com)

**To:** jeepbigyella@aol.com; mandyhud@yahoo.com; rstancliff@kingscjd.com; jgholz@kingscjd.com; bwatson@kingscjd.com; meisen@kingscjd.com;

**Date:** Tuesday, December 16, 2014 3:32 PM

Hi, all. As we have discussed, Rick Holloway went on FMLA on Wed. Oct. 22, 2014. His job protected time under the law ends on January 13, 2015. He said he is in need of a second surgery and physical therapy which combined will result in him being out a total of 6 +months (based on his time out from the first surgery.) When an employee does not return after his maximum time of job protection under the law, he is considered a voluntary resignation per the Employee Handbook. His protection expires on 1/13/15, so he will terminate in the system at that time.

Obviously this is months away now, but if you choose to rehire Rick down the road, he would start over like a new hire/new employee, including drug test, background check, etc. Be sure he is not "promised" a job as the company cannot legally promise anything after the legal job protection under FMLA has been exhausted. If you are going to say he is eligible for rehire, then as long as there is an advertised opening he can apply to be considered like anyone else.

If you have an advertised opening and he decides to apply (even though this sounds like it would not be until late April,) you need to be sure he has a doctor's release stating he is able to stand all day and walk the lot. You should not hire him with restrictions as it would not work in a sales position. The company does not approve part-time salespeople. In some positions that is possible, but sales is not one of them.

Please be sure to think about these items in the future. If you have any questions please let me know.

Thanks!

Rachel Lemmel
Director of Human Resources
Kenwood Dealer Group, Inc.
P: 513.492.7910
F: 513.492.7920
E: rlemmel@cinci.rr.com


PLAINTIFF'S
EXHIBIT
9

This message may constitute a communication that is confidential and privileged. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please delete it and notify the sender by reply email.

KD0810

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

FREDRICK L. HOLLOWAY     :
   CHARGING PARTY       :    EEOC CHARGE NO. 473 2016-00360

 

KINGS DODGE, INC.          :
   RESPONDENT         :





## POSITION STATEMENT OF KINGS DODGE, INC.

### BACKGROUND

The Charging Party, Fredrick L. "Rick" Holloway ("Mr. Holloway") was employed by Respondent Kings Dodge, Inc. ("Kings") for over 10 years as a new and used vehicle salesperson. He was placed on Family Medical Leave in October 2014. That leave was exhausted on January 14, 2015, and Mr. Holloway was terminated and his position was filled.

In late August 2015, he applied for an open sales position at Kings and was rejected for the reasons set forth below.

### REASONS MR. HOLLOWAY WAS NOT HIRED

1. During the last three full years of employment at Kings, Mr. Holloway's sales performance was below industry standards. For the years 2011-2013 Mr. Holloway sold an average of 9.13 vehicles per month.

1

According to Steven Szakaly, Chief Economist for the National Automobile Dealers Association in Washington D.C.,

The industry standard for <u>minimum performance</u> is 10 cars per month.

CarSalesProfessional.com opines,

The salesperson that sells less than 12 cars a month on average......
may be considered sub-standard and...... maybe let go for poor
performance.[1]

By any measurement, Mr. Holloway was a consistent sub-standard performer and showed no signs of improving. In the last 3 years of employment at Kings the industry grew by more than 28% [2], yet Mr. Holloway's sales remained stagnant at 9.13 per month.

2. The manner in which potential car buyers shop has changed dramatically. Instead of visiting several dealerships, all shopping is on the internet. To engage internet shoppers and to follow up with those prospects, along with showroom visitors, dealerships have installed Customer Relationship Management ("CRM") software.[3] This type of program requires salespersons to "log in" every customer contact, regardless of how it is obtained. Thus, social media, email, and walk-ins are all entered into the CRM. Likewise, all subsequent contacts with the customer are entered to summarize customer conversation, prices quoted, models discussed, financing, trade-in issues and so on. Using the CRM allows another dealership employee to step in when a customer re-contacts the dealership and the original salesperson is tied-up or has the day off. In addition,

2

and most importantly, the CRM will initiate follow up emails and social media contacts to prospects along with daily reports to motivate the salespeople to re-contact their potential buyers. The CRM literally supervises and directs the salesperson's activity.

Kings used AutoBase, a very primitive CRM, during Mr. Holloway's employment. Unfortunately, Mr. Holloway struggled mightily with the CRM and eventually couldn't, or wouldn't, use it.

During 2013 and 2014 Kings' sales rank in Cincinnati dropped from #1 to #3.[4] This decline was basically attributed to a lackluster sales force and the fact that the CRM being used was woefully outdated. To correct the falling sales rank, the General Manager, Mark Pittman, discharged the General Sales Manager, Rodrick Stancliff in February 2015 and replaced him with Jeff Carmichael. Mr. Carmichael evaluated the sales process at Kings and reached the conclusion that the current CRM was outdated and grossly ineffective. After reviewing many CRM vendors Kings contracted with Drive Centric for a new and highly sophisticated CRM. After a few months the results were positive and, as of January 2016, Kings was again the sales leader in Cincinnati. [5]

3. After Jeff Carmichael replaced the primitive and outdated AutoBase CRM with the state-of-the-art Drive Centric CRM, he also changed the sales process to require full use of the CRM by all salespersons.

When Mr. Holloway applied for the open position in August of 2015, the salesperson ad stated, that no experience was necessary, and the dealership offered paid training

3

for the new salesperson.[6]  Mr. Holloway clearly had experience, but it was that very experience that prevented Kings from hiring him.  It was obvious that his previous inability to function with a primitive CRM would only be exacerbated with Drive Centric. In addition, since he had below average sales with the previous CRM he certainly would be selling fewer vehicles with the new CRM.  In short, it made no sense to re-hire someone that would certainly fail.  If a student struggled with algebra you would not enroll him in a calculus class.

## MR. HOLLOWAY'S COMMUNICATION WITH MARK PITTMAN

Mr. Holloway alleges that Mr. Pittman "assured me that the dealership would rehire me once I was cleared to return to work."

Mr. Pittman states, without qualification, that he told Mr. Holloway that he could **apply** for a sales job when he was released by his doctor.  Mr. Pittman's email is enclosed for your review. [7]

Mr. Pittman has over 40 years in the car business and is over 60 years old.  It is illogical and unreasonable to believe that he would tell Mr. Holloway that age was the reason he was not hired.  A review of Kings sales force in 2015 to the present shows that Kings employs many persons over 50 years of age and thus age is not a factor.  A complete list of new hires, current and former salespersons is attached as Exhibit A.

4

## CONCLUSION

Mr. Holloway claims that he was not hired because of his age and disability.

## THE DISABILITY CLIAM

Mr. Holloway has not presented one shred of evidence that he currently has a disability, much less any connection between Kings declining to hire him and the alleged disability. There simply is no disability claim.

## THE AGE DISCRIMINATION CLAIM

Mr. Holloway's age was never an issue, it was his relatively low performance and his demonstrated inability to deal with the current day method employed by the dealership to attract, manage, and sell to customers via the internet and social media. Vehicle salespersons simply must use a CRM and its features to be successful in today's market. Mr. Holloway demonstrated through years of experience with Kings that his sales were below average and he was unable to function in the CRM environment.

For all of the above reasons I believe the dealership made a good faith business decision in declining to hire Mr. Holloway.

Respectfully Submitted,

_____

Robert C. Reichert, President & General Counsel
Kings Dodge, Inc.

5

KD0788

EEOC Charge No. 473-2016-00360
Fredrick L. Holloway, CHARGING PARTY
Kings Dodge Inc., RESPONDENT

Exhibit A.
Page 1 of 2

## Salespersons Leaving Kings Dodge in 2015

| Name | Terminated | DOB | |
|---|---|---|---|
| Fredrick Holloway | 01/14/2015 | ███ 1954 | Term FMLA |
| Omar Larios | 02/28/2015 | ███ 1964 | Quit |
| Randall Lowe | 01/04/2015 | ███ 1957 | Quit |
| Jerry Loze | 09/13/2015 | ███ 1966 | Quit |
| Patrick McGrath | 12/06/2015 | ███ 1989 | Fired |
| Brandon Smith | 07/30/2015 | ███ 1991 | Quit |
| Cardell Williamson | 04/27/2015 | ███ 1973 | Quit |

## Salespersons Hired in 2015

| Name | Date of Hire | DOB |
|---|---|---|
| Sherry Tarter | 01/20/2015 | ███ 1965 |
| Jordan Jraisat | 02/10/2015 | ███ 1986 |
| Lawrence Bunger | 06/03/2015 | ███ /1977 |
| Andrie Scott | 09/14/2015 | ███ /1993 |

Exhibit A.
Page 2 of 2

## Persons Hired Before 1/1/2015 — Currently Employed

| Name | DOB |
|------|-----|
| Bryan Cammert | ███1958 |
| Bob Cork | ███1954 |
| Bill Craig | ███1950 |
| Rob Haas | ███1962 |
| Leonard Harris | ███1960 |
| Don Pelfrey | ███/19674 |
| Rick Zielke | ███1959 |
| Gary Warman | ███1965 |
| Jim Ford Smith | ███1958 |
| Calvin Veasley | ███1974 |
| Chad Johnson | ███1981 |

KD0790

EEOC Charge No. 437-2016-00360
FREDRICK L. HOLLOWAY    CHARGING PARTY
KINGS DODGE, INC.        RESPONDENT

Kings Dodge Position Statement

List of Supporting Documents

(1) CarSalesProfessional.com article                                 2 pages

(2) U.S. Vehicle Sales, Ycharts.com, and TradingEconomics.com    2 pages

(3) Wikipedia description of a CRM                              9 pages

(4) Chrysler Sales Reports –September 2014, November 2014, June 2015   3 pages

(5) Chrysler Sales Reports January 2016                        1 page

(6) Ad for Salesperson                                       2 pages

(7) Mark Pittman's email                                    1 page

KD0791



Our Phone and e-Book Bundle    Get the Bundle Savings Special

Navigation



# Car Sales Professional
*Selling Cars for a Living ~ Moving Metal and Making Money*

You are here: Home > Blog > How Many Cars Should a Car Salesman Sell a Month?

# How Many Cars Should a Car Salesman Sell a Month?

by **KB** on October 23 in **Career In Car Sales**, **Selling Cars!**

### New Nissans from $10,990
Local Dealers Are Cutting Prices. Every Nissan Must Go!

This question has been asked many times and by many different people ranging from GM, GSM to car salesman and even by the prospective car salesperson. It's very difficult to come up with a definitive answer to the question **how many cars should a car salesman sell** each month because of the various ways that the car buying process in handled at a particular dealership. Someone that is considering a car sales career is always wondering what is expected of him or her. On the other hand the GM or GSM is trying to set a requirement for the sales staff to assure they are employing quality sales people and not slackers or salespeople that do nothing more than burn through quality Fresh Ups.



I have visited and worked with many automobile dealerships over the years and talked to many

KD00792

more about the way in which they sell and deliver cars. I have found that there are as many or more variations to car sales process than there are pay plans. How many cars a car salesman should sell a month is directly affected by the by the dealership's car sales steps and selling process. I will share with you some of the different methods that car dealerships across the country use to sell and deliver vehicles and get into the number of cars sold per salesperson.

## The Number of Cars a Car Salesman Sells Depends on the Process

Some dealerships have the car salesman start with the Meet and Greet and move on to the next customer as soon as the deal is closed or the sales manager takes over. Then the sales manger, accessory manager, finance manager and a delivery person or porter, handles the rest of the car buying process. This process will get the car salesman back on the lot as quickly as possible. The car salesman will typically spend an hour or less per customer which allows them to spend more time selling cars. Number of cars sold by car salesman per month on average when the staff is proportionate to their traffic should be in the area of 30 to 36 cars a month for a good/top salesperson.

The number will go up and down slightly from month to month depending on the season, but on average the top/good car salesman should sell 30 to 36 cars and 40 or more is not unrealistic which also depends on the amount of hours worked. When you work more hours you can sell more cars. In this environment the average car salesman may sell somewhere between 15 and 25 cars per month. The salesperson that sells less than 12 cars a month on average at a dealership with this type of sales process may be considered sub-standard and depending on management may be let go for poor performance. Again this really depends on the requirements of management and the dealership and the expectations they have for their sales staff and in no way is this rule set in stone.

## Full Service and Car Salesman Cars Sold

Now lets go to the other end of the spectrum of the car buying process and how many cars should a car salesman sell a month. The way things work at some dealerships is that the car salesman completes every car sales step including delivery and follow-up. Whether the car salesman closes the deal or if the sales manager steps in and closes the sale the car salesperson continues with the customer. The salesperson will then gather all the necessary information, present and sell accessories and any other add-ons including paint, fabric protection and rustproofing. The salesman will provide information to the Finance/Business Manager to prep the paperwork and then when the Finance Manager is ready the car salesman will escort the car buyer into the F&I office.

While the customer is with the finance manager the car salesman will make sure that the car gets filled with fuel, cleaned-up inside and out and license plates installed or transferred. Whether the

US Vehicle Sales

Y          Search              Subr    DATA    TOOLS    SUPPORT    PLANS    FREE TRIAL          SIGN IN

## US Vehicle Sales: 17.91M for Jan 2016   Add to Watchlists   Create an Alert

Overview | Interactive Chart | News

US Vehicle Sales is at a current level of 17.91M, up from 17.63M last month and up from 17.06M one year ago. This is a change of 1.59% from last month and 4.97% from one year ago.

**Category:** Industrial Production
**Region:** United States

**Report:** Supplemental Estimates
**Source:** Bureau of Economic Analysis

### US Vehicle Sales Summary

Last Value: 17.91M
Latest Period: Jan 2016
Updated: Feb 26, 2016, 10:34 EST
Next Release: Mar 28, 2016, 10:30 EDT
Frequency: Monthly
Adjustment: Seasonally Adjusted Annual Rate

### US Vehicle Sales Chart

5d | 1m | 3m | 6m | YTD | 1y | 5y | 10y | Max          Export Data | Save Image

For advanced charting, view our full-featured Fundamental Chart

viously: 17.63M
17.91M vious: 1.59%
Year Ago: 17.06M
rom One Year Ago: 4.97%
d: Jan 1976
st 10M
asonally adjusted annual rate of U.S. auto
ruck sales.

|   | 2012 | 2013 | 2014 | 2015 | 2016 |

### US Vehicle Sales Historical Data

View and export this data going back to 1976. Start your Free Trial

**Data for this Date Range**

| | | | |
|---|---|---|---|
| Jan. 31, 2016 | 17.91M | Dec. 31, 2013 | 15.79M |
| Dec. 31, 2015 | 17.63M | Nov. 30, 2013 | 16.48M |
| Nov. 30, 2015 | 18.05M | Oct. 31, 2013 | 15.73M |
| Oct. 31, 2015 | 18.55M | Sept. 30, 2013 | 15.75M |
| Sept. 30, 2015 | 18.52M | Aug. 31, 2013 | 16.03M |
| Aug. 31, 2015 | 18.21M | July 31, 2013 | 16.05M |
| July 31, 2015 | 17.94M | June 30, 2013 | 16.04M |
| June 30, 2015 | 17.43M | May 31, 2013 | 15.76M |
| May 31, 2015 | 18.09M | April 30, 2013 | 15.58M |
| April 30, 2015 | 17.12M | March 31, 2013 | 15.65M |
| March 31, 2015 | 17.51M | Feb. 28, 2013 | 15.70M |
| Feb. 28, 2015 | 16.75M | Jan. 31, 2013 | 15.63M |
| Jan. 31, 2015 | 17.06M | Dec. 31, 2012 | 15.58M |
| Dec. 31, 2014 | 17.22M | Nov. 30, 2012 | 15.46M |
| Nov. 30, 2014 | 17.44M | Oct. 31, 2012 | 14.72M |
| Oct. 31, 2014 | 16.89M | Sept. 30, 2012 | 15.10M |
| Sept. 30, 2014 | 16.86M | Aug. 31, 2012 | 14.84M |
| Aug. 31, 2014 | 17.66M | July 31, 2012 | 14.46M |
| July 31, 2014 | 16.87M | June 30, 2012 | 14.56M |
| June 30, 2014 | 17.13M | May 31, 2012 | 14.47M |
| May 31, 2014 | 17.03M | April 30, 2012 | 14.66M |
| April 30, 2014 | 16.62M | March 31, 2012 | 14.52M |
| March 31, 2014 | 16.84M | Feb. 29, 2012 | 14.78M |
| Feb. 28, 2014 | 15.88M | Jan. 31, 2012 | 14.23M |
| Jan. 31, 2014 | 15.64M | Dec. 31, 2011 | 13.79M |

### Professional Data Verification

Need to see the raw data? Download the original data directly from our source.

Professional Download Source File

### I:USAS Excel Add-In Codes

**Indicator Code:** I:USAS
**Indicator Name:** =YCI("I:USAS","name")
**Latest Value:** =YCP("I:USAS")
**Last 5 Values:** =YCS("I:USAS",,-4)

To find the codes for any of our financial metrics, see our Complete Reference of Metric Codes.

Access our powerful Excel Add-In with a YCharts Professional Membership. Learn More.

### About Auto Sales

Sales of Automobiles. Used frequently as an early indicator of consumer demand.
Read full definition

### Related Indicators

| | |
|---|---|
| Empire State Manufacturing General Business Conditions Index | -16.84 |
| ISM Purchasing Managers Index | 48.20 |
| Philly Fed Manufacturing Activity Index | -2.80 |
| US Durable Goods New Orders | 237.48B USD |
| US Output Per Hour Index: Manufacturing | 122.40 |

### Browse All Economic Data

Production Industrial Production, Nonfinancial Business Assets and Liabilities, Producer Prices, Retail and Services, Transportation

Labor Employment, Hours and Wages

Government Central Banks, Governance and Policy, Government Assets and Liabilities, Government Receipts and Outlays, Military

### US Vehicle Sales News

View All News

| Time (ET) | Headline | Wire |
|---|---|---|
| 02/25 08:45 | Charging station count rises, but plug-in vehicle sales fall | Autoblog (blog) |
| 02/22 11:07 | New-Vehicle Sales in February Expected to Increase 8.1% | PR Newswire (pre... |
| 02/17 22:16 | California Plug-in Sales Led The US Last Year With Nearly Five-Times... | Hybrid Cars News |

| 02/12 08:59 | Emissions scandal dents Volkswagen's US sales | CBS News |
| 02/03 01:40 | Moderate U.S. vehicle sales growth suggests stronger consumption gr... | EconoTimes |
| 02/02 16:05 | January U.S. Light Vehicle Sales Start 2016 With Strong Results | Ward's Auto |
| 02/02 15:43 | Winter Weather Dings US Auto Sales | Wall Street Journal |
| 02/02 14:51 | US auto sales climb at the fastest rate since 2000 | Business Insider |
| 02/02 09:42 | Retail auto sales give General Motors a boost in January | USA TODAY |
| 02/02 09:23 | UPDATE: Ford Motor (F) U.S. Light-Vehicle Sales Fell 2.8% in Jan.. N... | StreetInsider.com |
| 02/01 09:58 | US January vehicle market saw strong retails - jus | auto.com/registra... |
| 01/20 01:18 | Electric vehicle sales fall far short of Obama goal | Reuters |
| 01/14 09:23 | US Dealer Sues Fiat Chrysler Over Sales Reporting | Wall Street Journal |
| 01/08 17:49 | Boom! We Look Back at 2015 U.S. Auto Sales, the Best Year Ever | Car and Driver (bl... |
| 01/08 14:41 | December 2015: Best Month Ever for Electric-Vehicle Sales in U.S ., D... | Huffington Post |

**National Accounts** Components of GDP, GDP, International Transactions

**Money, Banking, and Finance** Derivatives, Financial Services Sector Assets and Liabilities, Foreign Exchange, Interest Rates, Monetary

**Households** Consumer Prices, Household Assets and Liabilities, Personal Income and Spending

**Housing and Construction** Construction, House Prices, House Sales

**Commodities** Agriculture and Livestock, Chemicals, Energy, Industrial Metals, Precious Metals

**Markets, Economic Activity, and Sentiment** Economic Activity Indexes, Market Indexes, Sentiment Surveys

**Development** Environment, Infrastructure, Population

**Countries** Brazil, Canada, China, France, Germany, India, Japan, United Kingdom, United States, View All

**States** California, Florida, Illinois, Massachusetts, New Jersey, New York, Pennsylvania, Texas, View All

**Sources** ADP, BLS, EIA, ECB, Eurostat, Federal Reserve, S&P, World Bank, View All

**Reports** ADP Employment, Case-Shiller, CPI, GDP, Monthly Energy Review, Personal Income and Outlays, US Int'l Transactions, View All

# Customer relationship management

From Wikipedia, the free encyclopedia

**Customer relationship management (CRM)** is an approach to managing a company's interaction with current and future customers. The CRM approach tries to analyze data about customers' history with a company, in order to better improve business relationships with customers, specifically focusing on retaining customers, in order to drive sales growth.[1] One important aspect of the CRM approach is the systems of CRM that compile information from a range of different channels, including a company's website, telephone, email, live chat, marketing materials, social media, and more.[2] Through the CRM approach and the systems used to facilitate CRM, businesses learn more about their target audiences and how to best cater to their needs. However, the adoption of the CRM approach may also occasionally lead to favoritism within an audience of consumers, leading to dissatisfaction among customers and defeating the purpose of CRM.[3]

## Contents

- 1 Types of CRM
    - 1.1 Operational CRM
    - 1.2 Analytical CRM
    - 1.3 Collaborative CRM
- 2 Main Components of CRM
    - 2.1 Relational Intelligence
- 3 Impact on customer satisfaction
    - 3.1 Examples
    - 3.2 CRM Paradox
- 4 How to Improve CRM within a Firm
    - 4.1 Analyzing the Information
    - 4.2 Employee Training
    - 4.3 Reviewing Processes and Designing New Processes
- 5 Examples
    - 5.1 CRM Systems
    - 5.2 CRM Systems in Practice
        - 5.2.1 Call centers
        - 5.2.2 Contact Center Automation
        - 5.2.3 Social Media
        - 5.2.4 Location-based Services
        - 5.2.5 CRM Systems for Business-to-business Transactions
- 6 CRM Adoption Challenges
- 7 Market Leaders
    - 7.1 Enterprise CRM Suite
    - 7.2 Mid-market, small business and sales force automation
    - 7.3 Incentive Management
    - 7.4 Marketing Solutions
    - 7.5 Business intelligence
    - 7.6 Data quality
    - 7.7 Consultancies
- 8 Trends
- 9 See also
- 10 References

## Types of CRM

### Operational CRM

The primary goal of CRM systems is to integrate and automate sales, marketing, and customer support. Therefore, these systems typically have a dashboard that gives an overall view of the three functions on a single page for each customer that a company may have. The dashboard may provide client information, past sales, previous marketing efforts, and more, summarizing all of the relationships between the customer and the firm. Operational CRM is made up of 3 main components: sales force automation, marketing automation, and service automation.[4]

- Sales force automation works with all stages in the sales cycle, from initially entering contact information to converting a prospective client into an actual client. For example, in August, 2000, Oracle released a CRM software package, OracleSalesOnline.com, which makes contacts, schedules and performance tracking available online so that a customer's information is easily accessible for all employees working at the office or remotely.[5] Sales force automation implements Sales promotion analysis, automates the tracking of a client's account history for repeated sales or future sales and coordinates sales, marketing, call centers, and retail outlets. It prevents duplicate efforts between a salesperson and a customer and also automatically tracks all contacts and follow-ups between both parties.
- Marketing Automation focuses on easing the overall marketing process to make it more effective and efficient. For example, by scoring customer behavior, Salesforce's Marketing Cloud allows a business to adapt marketing campaigns to how engaged customers are with a business.[6] CRM tools

with marketing automation capabilities can automate repeated tasks, for example, sending out automated marketing emails at certain times to customers, or posting marketing information on social media. The goal with marketing automation is to turn a sales lead into a full customer. CRM systems today also work on customer engagement through social media.[7]

- Service automation is the part of the CRM system that focuses on direct customer service technology. Through service automation, customers are supported through multiple channels such as phone, email, knowledge bases, ticketing portals, FAQs and more.[4] For example, Microsoft's Dynamics CRM Software tracks call times, call resolution and more in order to improve the efficiency of customer service within a business.[8]

### Analytical CRM

The role of analytical CRM systems is to analyze customer data collected through multiple sources, and present it so that business managers can make more informed decisions. Analytical CRM systems use techniques such as data mining, correlation, and pattern recognition to analyze the customer data. These analytics help improve customer service by finding small problems which can be solved, perhaps, by marketing to different parts of a consumer audience differently.[4] For example, through the analysis of a customer base's buying behavior, a company might see that this customer base has not been buying a lot of products recently. After scanning through this data, the company might think to market to this subset of consumers differently, in order to best communicate how this company's products might benefit this group specifically.[9]

### Collaborative CRM

The third primary aim of CRM systems is to incorporate external stakeholders such as suppliers, vendors, and distributors, and share customer information across organizations. For example, feedback can be collected from technical support call, which could help provide direction for marketing products and services to that particular customer in the future.[10]

## Main Components of CRM

The main components of CRM are building and managing customer relationships through marketing, observing relationships as they mature through distinct phases, managing these relationships at each stage and recognizing that the distribution of value of a relationship to the firm is not homogenous. When building and managing customer relationships through marketing, firms might benefit from using a variety of tools to help organizational design, incentive schemes, customer structures, and more to optimize the reach of its marketing campaigns. Through the acknowledgement of the distinct phases of CRM, businesses will be able to benefit from seeing the interaction of multiple relationships as connected transactions. The final factor of CRM highlights the importance of CRM through accounting for the profitability of customer relationships. Through studying the particular spending habits of customers, a firm may be able to dedicate different resources and amounts of attention to different types of consumers.[11]

### Relational Intelligence

Relational intelligence, or awareness of the variety of relationships a customer can have with a firm, is an important component to the main phases of CRM. Companies may be good at capturing demographic data, such as gender, age, income, and education, and connecting them with purchasing information to categorize customers into profitability tiers, but this is only a firm's mechanical view of customer relationships.[12] This therefore is a sign that firms believe that customers are still resources that can be used for up-sell or cross-sell opportunities, rather than humans looking for interesting and personalized interactions.[13] Below is a diagram of the steps when serving a client while using a CRM system:[10]

KD0797



Components in the different types of CRM

## Impact on customer satisfaction

Customer satisfaction has important implications for the economic performance of firms because it has the ability to increase customer loyalty and usage behavior and reduce customer complaints and the likelihood of customer defection.[14][15] The implementation of a CRM approach is likely to have an effect on customer satisfaction and customer knowledge for a variety of different reasons.

Firstly, firms are able to customize their offerings for each customer.[16] By accumulating information across customer interactions and processing this information to discover hidden patterns, CRM applications help firms customize their offerings to suit the individual tastes of their customers.[16] This customization enhances the perceived quality of products and services from a customer's viewpoint, and because perceived quality is a determinant of customer satisfaction, it follows that CRM applications indirectly affect customer satisfaction. CRM applications also enable firms to provide timely, accurate processing of customer orders and requests and the ongoing management of customer accounts.[16] For example, Piccoli and Applegate discuss how Wyndham uses IT tools to deliver a consistent service experience across its various properties to a customer. Both an improved ability to customize and a reduced variability of the consumption experience enhance perceived quality, which in turn positively affects customer satisfaction.[17] Furthermore, CRM applications also help firms manage customer relationships more effectively across the stages of relationship initiation, maintenance, and termination.[18]

### Examples

Research has found a 5% increase in customer retention boosts lifetime customer profits by 50% on average across multiple industries, as well as a boost of up to 90% within specific industries such as insurance.[19] Companies that have mastered customer relationship strategies have the most successful CRM programs. For example, MBNA Europe has had a 75% annual profit growth since 1995. The firm heavily invests in screening potential cardholders. Once proper clients are identified, the firm retains 97% of its profitable customers. They implement CRM by marketing the right products to the right customers. The firm's customers' card usage is 52% above industry norm, and the average expenditure is 30% more per transaction. Also 10% of their account holders ask for more information on cross-sale products.[19]

Wells Fargo is another example of a company that has successfully implemented CRM into their firm. The Wholesale Banking division of Wells Fargo has almost 300 different products and services, with many business customers who use a range of products. Therefore, customers need a seamless experience from product to product and service to service. The firm implemented cloud technologies to help connect people with customers and has seen customer satisfaction drastically improve.[20]

Amazon has also seen great success through its customer proposition. The firm implemented personal greetings, collaborative filtering, and more for the customer. They also used CRM training for the employees to see up to 80% of customers repeat.[19]

**CRM Paradox**

Part of the paradox with CRM stems from the challenge of determining exactly what CRM is and what it can do for a company.[21] The CRM Paradox, also referred to as the "Dark side of CRM,"[3] may entail favoritism and differential treatment of some customers. This may cause perceptions of unfairness among other customers' buyers. They may opt out of relationships, spread negative information, or engage in misbehavior that may damage the firm and its reputation. Such perceived inequality may cause dissatisfaction, mistrust and result in unfair practices. A customer shows trust when he or she engages in a relationship with a firm under the idea that the firm is acting fairly and adding value to his or her life somehow. However, customers may not trust that firms will be fair in splitting the value of their products or services. For example, Amazon's test use of dynamic pricing (different prices for different customers) ended with very poor public relations for the company.[22] As seen in the Amazon example, although firms use both human and technological factors to assess a proper CRM process, experts suggest that focusing on the human factors, like management, increases the potential of successful CRM, since managers can make a coordinated effort on organizational changes within a company, which often has an impact on customer satisfaction.[23]

CRM technologies can easily become ineffective if there is no proper management, and they are not implemented correctly. The data sets must also be connected, distributed, and organized properly, so that the users can access the information that they need quickly and easily. Research studies also show that customers are increasingly becoming dissatisfied with contact center experiences due to lags and wait times. They also request and demand multiple channels of communications with a company, and these channels must transfer information seamlessly. Therefore, it is increasingly important for companies to deliver a cross-channel customer experience that can be both consistent as well as reliable.[7]

## How to Improve CRM within a Firm

Consultants, such as Bain & Company, argue that it is important for companies establishing strong CRM systems to improve their relational intelligence.[24] According to this argument, a company must recognize that people have many different types of relationships with different brands. One research study analyzed relationships between consumers in China, Germany, Spain, and the United States, with over 200 brands in 11 industries including airlines, cars and media. This information is valuable as it provides demographic, behavioral, and value-based customer segmentation. These types of relationships can be both positive and negative. Some customers view themselves as friends of the brands, while others as enemies, and some are mixed with a love-hate relationship with the brand. Some relationships are distant, intimate or anything in between.[13]

### Analyzing the Information

Based on this information, managers must understand the different reasons for these types of relationships, and provide the customer with what they are looking for. Companies can collect this information by using surveys, interviews, and more with current customers. For example, Frito-Lay conducted many ethnographic interviews with customers to try and understand the relationships they wanted with the companies and the brands. For example, they found that most customers were adults who used the product to feel more playful. They may have enjoyed the company's bright orange color, messiness and shape, for example.[25]

Companies must also improve their relational intelligence of their CRM systems. These days, companies store and receive huge amounts of data through emails, online chat sessions, phone calls, and more.[26] Many companies do not properly make use of this great amount of data, however. All of these are signs of what types of relationships the customer wants with the firm, and therefore companies may consider investing more time and effort in building out their relational intelligence.[12] Companies can use Data mining technologies and use of web searches to understand relational signals. Social media such as Facebook, Twitter, blogs, etc. is also a very important factor in picking up and analyzing information. Understanding the customer and capturing this data allows companies to convert customer's signals into information and knowledge that the firm can use to understand a potential customer's desired relations with a brand.[25]

It is also very important to analyze all of this information to determine which relationships prove the most valuable. This helps convert data into profits for the firm. Stronger bonds contribute to building market share. By managing different portfolios for different segments of the customer base, the firm can achieve strategic goals.[27]

### Employee Training

Many firms have also implemented training programs to teach employees how to recognize and effectively create strong customer-brand relationships. For example, Harley Davidson sent its employees on the road with customers, who were motorcycle enthusiasts, to help solidify relationships. Other employees have also been trained in Social psychology and the social sciences to help bolster strong customer relationships. Customer service representatives must be educated to value customer relationships, and trained to understand existing customer profiles. Even the finance and legal departments should understand how to manage and build relationships with customers.[28]

### Reviewing Processes and Designing New Processes

Firms that do not have well-designed and logical processes cannot be successful in achieving their goals. Companies should define their business goals and evaluate their CRM processes to improve and expand to fit their needs. Applying new technologies is also helpful because using CRM systems requires changes in infrastructure of the organization as well as deployment of new technologies such as business rules, databases and Information technology.[25]

## Examples

**CRM Systems**

- Data warehouse technology, used to aggregate transaction information, to merge the information with CRM products, and to provide key performance indicators.
- Opportunity management which helps the company to manage unpredictable growth and demand, and implement a good forecasting model to integrate sales history with sales projections.[29]
- CRM systems that track and measure marketing campaigns over multiple networks, tracking customer analysis by customer clicks and sales.
- Some CRM software is available as a software as a service (SaaS), delivered via the internet and accessed via a web browser instead of being installed on a local computer. Businesses using the software do not purchase it, but typically pay a recurring subscription fee to the software vendor.[4]
- For small businesses a CRM system may consist of a contact manager system that integrates emails, documents, jobs, faxes, and scheduling for individual accounts.[30] CRM systems available for specific markets (legal, finance) frequently focus on event management and relationship tracking as opposed to financial return on investment (ROI).
- Customer-centric relationship management (CCRM) is a nascent sub-discipline that focuses on customer preferences instead of customer leverage. CCRM aims to add value by engaging customers in individual, interactive relationships.[11]
- Systems for non-profit and membership-based organizations help track constituents, fundraising, sponsors' demographics, membership levels, membership directories, volunteering and communication with individuals.[30]

## CRM Systems in Practice

### Call centers

As well as tracking, recording and storing customer information, CRM systems in call centers codify the interactions between company and customers by using analytics and key performance indicators to give the users information on where to focus their marketing and customer service. The intention is to maximize average revenue per user, decrease churn rate and decrease idle and unproductive contact with the customers.[31] CRM software can also be used to identify and reward loyal customers over a period of time.

Growing in popularity is the idea of gamifying, or using game design elements and game principles in a non-game environment such as customer service environments. The gamification of customer service environments includes providing elements found in games like rewards and bonus points to customer service representatives as a method of feedback for a job well done.[32] The repetitive act of answering support calls all day can be draining, even for the most enthusiastic customer service representative. When agents are bored with their work, they become less engaged and less motivated to do their jobs well, making it likely for them to make mistakes. Gamification tools can motivate agents by tapping into their desire for rewards, recognition, achievements, and competition.[33]

### Contact Center Automation

Contact Center Automation, the practice of having an integrated system that coordinates contacts between an organization and the public, is designed to reduce the repetitive and tedious parts of a contact center agent's job. A contact center automation prevents this by having pre-recorded audio messages that help customers solve their problems. For example, an automated contact center may be able to re-route a customer through a series of commands asking him or her to select a certain number in order to speak with a particular contact center agent who specializes in the field in which the customer has a question.[34] Software tools can also integrate with the agent's desktop tools to handle customer questions and requests. This also saves time on behalf of the employees.[7]

### Social Media

Social CRM involves the use of social media and technology to engage and learn from consumers.[35] Because the public, especially among young people, has increasingly using social networking sites, companies use[13] these sites to draw attention to their products, services and brands, with the aim of building up customer relationships to increase demand.

Some CRM systems integrate social media sites like Twitter, LinkedIn and Facebook to track and communicate with customers. These customers also share their own opinions and experiences with a company's products and services, giving these firms more insight. Therefore, these firms can both share their own opinions and also track the opinions of their customers.[10]

Enterprise Feedback Management software platforms, such as Confirmit, Medallia, and Satmetrix, combine internal survey data with trends identified through social media to allow businesses to make more accurate decisions on which products to supply.[36]

### Location-based Services

CRM systems can also include technologies that create geographic marketing campaigns. The systems take in information based on a customer's physical location and sometimes integrates it with popular location-based GPS applications. It can be used for networking or contact management as well to help increase sales based on location.[7]

### CRM Systems for Business-to-business Transactions

According to a Sweeney Group definition, CRM is "all the tools, technologies and procedures to manage, improve, or facilitate sales, support and related interactions with customers, prospects, and business partners throughout the enterprise".[37] The quote assumes that CRM is involved in every Business-to-Business (B2B) transaction.[38]

Despite the general notion that CRM systems were created for the customer-centric businesses, they can also be applied to B2B environments to streamline and improve customer management conditions. For the best level of CRM operation in a B2B environment, the software must be personalized and delivered at individual levels.[39]

The main differences between Business-to-Consumer (B2C) and Business-to-Business CRM systems concern aspects like sizing of contact databases and length of relationships.[40] Business-to-Business companies tend to have smaller contact databases than Business-to-Consumer, the volume of sales in Business-to-Business is relatively small, in Business-to-Business there are less figure propositions, but in some cases they cost a lot more than Business-to-Consumer items and relationships in Business-to-Business environment are built over a longer period of time. Furthermore, Business-to-Business CRM must be easily integrated with products from other companies. Such integration enables the creation of forecasts about customer behavior based on their buying history, bills, business success, etc. An application for a Business-to-Business company must have a function to connect all the contacts, processes and deals among the customers segment and then prepare a paper. Automation of sales process is an important requirement for Business-to-Business products. It should effectively manage the deal and progress it through all the phases towards signing. Finally, a crucial point is personalization. It helps the Business-to-Business company to create and maintain strong and long-lasting relationship with the customer.

An example is with Costco Wholesale Corporation using FreeCRM to track its Business-to-Business partnerships and programs. The firm is able to track all data and negotiate with affiliate partners to track the relationship from beginning to end. It also helps the firm track special programs with participating organizations and give special discounts and deals.[41]

## CRM Adoption Challenges

Companies face large challenges when trying to implement CRM systems. Consumer companies frequently manage their customer relationships haphazardly and unprofitably.[42] Many times, they may not effectively or adequately use their connections with their customers, due to misunderstandings or misinterpretations of a CRM system's analysis. Clients who want to be treated more like a friend may be treated like just a party for exchange, rather than a unique individual, due to, occasionally, a lack of a bridge between the inputted data in a CRM system's analysis and the analysis output. Many studies show that customers are frequently frustrated by a company's inability to meet their relationship expectations, and on the other side, companies do not always know how to translate the data they have gained from CRM software into a feasible plan of action.[13] In 2003, a Gartner report estimated that more than $2 billion had been spent on software that was not being used. According to CSO Insights, less than 40 percent of 1,275 participating companies had end-user adoption rates above 90 percent.[43] Many corporations only use CRM systems on a partial or fragmented basis.[44] In a 2007 survey from the UK, four-fifths of senior executives reported that their biggest challenge is getting their staff to use the systems they had installed. 43 percent of respondents said they use less than half the functionality of their existing systems.[45] However, market research regarding consumers' preferences may increase the adoption of CRM among the developing countries' consumers.[46]

## Market Leaders

The CRM market grew by 12.5 percent in 2012.[47] The following table lists the top vendors in 2006–2008 and 2012-2014 (figures in millions of US dollars) published in Gartner studies.[48][49][50]

| Vendor | 2014 Revenue | 2014 Share (%) | 2013 Revenue | 2013 Share (%) | 2012 Revenue | 2012 Share (%) | 2008 Revenue | 2008 Share (%) | 2007 Revenue | 2007 Share (%) | 2006 Revenue | 2006 Share (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Salesforce.com CRM | 4,250.4 | 18.4 | 3,292 | 16.1 | 2,525.6 | 14.0 | 965 | 10.6 | 676.5 | 8.3 | 451.7 | 6.9 |
| SAP AG | 2,795.1 | 12.1 | 2,622 | 12.8 | 2,327.1 | 12.9 | 2,055 | 22.5 | 2,050.8 | 25.3 | 1,681.7 | 25.6 |
| ZOHO | 950.4 | 8.4 | 850 | 6.5 | 725.6 | 5.2 | 325 | 3.1 | 200.5 | 8.3 | 150.7 | 5.9 |
| Oracle | 2,102.1 | 9.1 | 2,097 | 10.2 | 2,015.2 | 11.1 | 1,475 | 16.1 | 1,319.8 | 16.3 | 1,016.8 | 15.5 |
| Microsoft Dynamics CRM | 1,432.2 | 6.2 | 1,392 | 6.8 | 1,135.3 | 6.3 | 581 | 6.4 | 332.1 | 4.1 | 176.1 | 2.7 |
| Others | 12,520.2 | 54.2 | 11,076 | 54.1 | 10,086.8 | 55.7 | 3,620 | 39.6 | 3,289.1 | 40.6 | 2,881.6 | 43.8 |
| Total | 23,100 | 100 | 20,476 | 100 | 18,090 | 100 | 9,147 | 100 | 7,674 | 100 | 6,214 | 100 |

The four main CRM system vendors include Salesforce, Microsoft, SAP, and Oracle, with Salesforce representing an 18.4% market share, Microsoft representing a 6.2% market share, SAP representing a 12.1% market share and Oracle representing a 9.1% market share in 2015.[51] Other providers also are popular for small and mid market businesses. For nine different categories of CRM, Enterprise CRM Suite, Midmarket CRM Suite, Small-Business CRM Suite, Sales Force Automation, Incentive Management, Marketing Solutions, Business Intelligence, Data Quality and Consultancies, there are different market leaders. Between the different market leaders, each one's services cater to a different professional field, from healthcare to Manufacturing.

### Enterprise CRM Suite

For Enterprise CRM Suite, Microsoft ranks the highest in depth of functionality, company direction, Customer satisfaction and 5-year cost for Software and maintenance because of its integrated customer engagement products, especially through Office 365 and PowerBI, two Business Analytics platforms. Whereas Microsoft's CRM platforms are mostly used in the Financial Services, Public Sector and Professional Services fields, its competitors in Enterprise CRM Suite, NetSuite, Oracle, Salesforce and SAP, cover the additional fields of Retail, Software, Wholesale/Distribution, Communications, High-Tech, Healthcare and Government.[52]

**Mid-market, small business and sales force automation**

In terms of small business CRM suite, mid-market CRM suite and sales force automation, Microsoft is the primary vendor based on depth of functionality, company direction, customer satisfaction and 5-year cost for software and maintenance for its Dynamics CRM platform. Microsoft's competitors in small business and mid-market, Hubspot, Infusionsoft, Zoho, Salesforce and SugarCRM, cover additional CRM needs for other fields.[53]

**Incentive Management**

Xactly is rated the highest in terms of depth of functionality, company direction, Customer satisfaction and 5-year cost for software and maintenance for Incentive Management in its Sales Performance Management products. Xactly is known for offering strong incentive management products for companies of any size, and recently, with its Xactly Insights product released in August, 2014, their software helps companies compare themselves to their competitors in order to reform business plans. Covering fields from Software/High-Tech to Business Services to Life Sciences, Xactly's products provide tools for a range of professional fields. Xactly's competitors in Incentive Management, Callidus Software, IBM (Varicent), NICE Systems and Synergy, cover additional Incentive Management product needs for fields such as Insurance/Financial Services, Telecommunications, Banking and Travel.[54]

**Marketing Solutions**

Salesforce's Marketing Cloud is known for its complex architecture which allows its users to connect to multiple applications and data sources within and outside of Salesforce through a single browser interface. in terms of depth of functionality, company direction, customer satisfaction and 5-year cost for software and maintenance, Salesforce is ranked higher than its competitors in the category of Marketing Solutions. Although Marketing Cloud is mostly used in the Financial Services, Manufacturing/Retail and High-Tech fields, other fields such as Media, Environment, Communications and Pharmaceutical are serviced by companies like Adobe, IBM, Oracle Marketing Cloud and Teradata.[55]

**Business intelligence**

In terms of the Business Intelligence category, Teradata ranks the highest, mostly due to the strength of its depth-of-functionality. Through their Unified Data architecture of their products, they have many options for customer segmentations, targeted campaign delivery and content customization. Though their products are typically used in the Financial Services, Pharmaceutical and Retail fields, other fields like Healthcare, Communications, Consumer Products, Insurance, Wholesale, Government and Professional Services are catered by Teradata's competitors in Business Intelligence, IBM, Oracle, QlikTech and SAS Institute.[56]

**Data quality**

When considering the Data Quality category for CRM products, Informatica ranks above the other companies for its depth of functionality, customer satisfaction and overall company direction. Though Informatica caters to the Healthcare, Financial Services and Manufacturing fields, its competitors, Experian, IBM, Pitney Bowes and SAS Institute, also provide CRM products specializing in high data quality for fields like Government, Retail, Telecommunications, Utilities and Insurance.[57]

**Consultancies**

In terms of CRM for consultancies, Appirio was ahead of its competitors due to its expansion in the area of mobile application development in 2015. Although Appirio caters to the fields of Retail, Technology and Education, its competitors in the field, Capgemini, Ernst & Young, Hitachi Consulting and IBM Global Business Services, mainly cater to the Communications, Financial Services, Government, Manufacturing and Healthcare fields.[58]

## Trends

In the Gartner CRM Summit 2010 challenges like "system tries to capture data from social networking traffic like Twitter, handles Facebook page addresses or other online social networking sites" were discussed and solutions were provided that would help in bringing more clientele.[59] Many CRM vendors offer subscription-based web tools (cloud computing) and SaaS. Some CRM systems are equipped with mobile capabilities, making information accessible to remote sales staff.[60] Salesforce.com was the first company to provide enterprise applications through a web browser, and has maintained its leadership position.[61] Salesforce continues to be a market leader as the CRM with the most customers[62] and is rated-highly among their customers.[63]

Traditional providers have recently moved into the cloud-based market via acquisitions of smaller providers: Oracle purchased RightNow in October 2011 [64] and SAP acquired SuccessFactors in December 2011.[65]

The era of the "social customer"[66] refers to the use of social media (Twitter, Facebook, LinkedIn, Google Plus, Pinterest, Instagram, Yelp, customer reviews in Amazon, etc.) by customers. CRM philosophy and strategy has shifted to encompass social networks and user communities.

Sales forces also play an important role in CRM, as maximizing sales effectiveness and increasing sales productivity is a driving force behind the adoption of CRM. Empowering sales managers was listed as one of the top 5 CRM trends in 2013.[67]

Another related development is vendor relationship management (VRM), which provide tools and services that allow customers to manage their individual relationship with vendors. VRM development has grown out of efforts by ProjectVRM at Harvard's Berkman Center for Internet & Society and Identity Commons' Internet Identity Workshops, as well as by a growing number of startups and established companies. VRM was the subject of a cover story in the May 2010 issue of *CRM* Magazine.[68]

In 2001, Doug Laney from Gartner developed the concept and coined the term 'Extended Relationship Management' (XRM).[69] Laney defines XRM as extending CRM disciplines to secondary allies such as the government, press and industry consortia.

Dennison DeGregor (2011) describes a shift from 'push CRM' toward a 'customer transparency' (CT) model, due to the increased proliferation of channels, devices, and social media.[70]

## See also

- Automated online assistant
- Business intelligence
- Business relationship management
- Comparison of CRM systems
- Consumer relationship system
- Customer knowledge
- Customer experience
- Customer experience transformation
- Customer intelligence
- Customer service – contains ISO standards
- Data management

- Data mining
- Database marketing
- E-crm
- Estate Resource Management
- Employee experience management (EEM)
- Enterprise feedback management (EFM)
- Event-driven marketing (EDM)
- Farley file
- Help desk
- Individual resource management
- Partner relationship management (PRM)
- Predictive analytics
- Professional services automation software (PSA)

- Real-time marketing
- Sales force management system
- Sales intelligence
- Sales process engineering
- Support automation
- Supplier relationship management
- The International Customer Service Institute – contains customer service standards
- Vendor relationship management

## References

1. "Management Tools - Customer Relationship Management - Bain & Company". www.bain.com. Retrieved 2015-11-23.
2. Shaw, Robert (1991). Computer Aided Marketing & Selling. Butterworth Heinemann. ISBN 978-0-7506-1707-9.
3. David Sims, TMC.net (2007) CRM Adoption 'Biggest Problem' in 83 Percent of Cases.
4. "Types of CRM and Examples | CRM Software". www.crmsoftware.com. Retrieved 2015-11-22.
5. "What is sales force automation (SFA)? - Definition from WhatIs.com". WhatIs.com. Retrieved 2015-11-26.
6. "Salesforce Marketing Cloud now sports predictive analytics tools". SearchCRM. Retrieved 2015-11-26.
7. "What is customer relationship management (CRM) ? - Definition from WhatIs.com". SearchCRM. Retrieved 2015-11-22.
8. "Dynamics CRM Customer Service Automation". www.bcgsystems.com. Retrieved 2015-11-26.
9. "Definition - www.smartcrm.com". www.smartcrm.com. Retrieved 2015-11-26.
10. Tavana, Ali Feizbakhsh., Fili, Saeed., Tohidy, Alireza., Vaghari, Reza., & Kakouie, Saed. (11/13). "Theoretical Models of Customer Relationship Management in Organizations". International Journal of Business and Behavioral Sciences. Check date values in: |date= (help)
11. Reinartz, Werner., Krafft, Manfred., & Hoyer, Wayne D. (08/04). "The Customer Relationship Management Process: Its Measurement and Impact on Performance". Journal of Marketing Research. Check date values in: |date= (help)
12. "What's Your Relational Intelligence?". strategy+business. Retrieved 2015-11-23.
13. "Unlock the Mysteries of Your Customer Relationships". Harvard Business Review. Retrieved 2015-11-22.
14. Bolton, Ruth N. (1998), "A Dynamic Model of the Duration of the Customer's Relationship with a Continuous Service Provider: The Role of Satisfaction," Marketing Science, 17 (1), 45-65.
15. Fornell, Claes (1992), "A National Customer Satisfaction Barometer: The Swedish Experience", Journal of Marketing, 56 (January), 6-22
16. Mithas, Sunil., Krishnan, M.S., & Fornell, Claes. (10/05). "Why Do Customer Relationship Management Applications Affect Customer Satisfaction?". Journal of Marketing. line feed character in |title= at position 29 (help); Check date values in: |date= (help)
17. Piccoli, Gabriele and L. Applegate (2003), "Wyndham International: Fostering High-Touch with High-Tech", Case Study No. 9-803-092, Harvard Business School
18. Piccoli, Gabriele and L. Applegate (2003), "Wyndham International: Fostering High-Touch with High-Tech", Case Study No. 9-803-092, Harvard Business School.
19. "The story behind successful CRM - Bain & Company". www.bain.com. Retrieved 2015-11-23.

20. "Wells Fargo's Success Story - Salesforce.com". Salesforce.com. Retrieved 2015-11-23.
21. "EmeraldInsight". emeraldinsight.com.
22. Hasan, M. R., Rahman, M., And Khan, M. M. (2013). Rural Consumers' Adoption of CRM in a Developing Country Context. International Journal of Business and Management Invention (IJBMI), 2(9), 121-131. [1].
23. "Gale - Enter Product Login". galegroup.com.
24. "A Dozen Simple Ways to Improve Customer Relations - Enterprise Apps Today". www.enterpriseappstoday.com. Retrieved 2015-11-23.
25. Avery, Jill. (2014). "Unlock the Mysteries of Your Customer Relationships". Harvard Business Review. August, 2014. https://hbr.org/2014/07/unlock-the-mysteries-of-your-customer-relationships Retrieved: 11/20/2015
26. "A CRM success story". Computerworld. Retrieved 2015-11-23.
27. "What is CRM analytics? - Definition from WhatIs.com". SearchCRM. Retrieved 2015-11-23.
28. "9 Ways to Improve Your Company's CRM System". CIO. Retrieved 2015-11-23.
29. "Customer relationship management (CRM) in business-to-business (B2B) e-commerce null". Information Management & Computer Security 11 (1): 39 –44. 2003-03-01. doi:10.1108/09685220310463722. ISSN 0968-5227.
30. www.webmandesign.eu, WebMan -. "Got Softwares -Complete ERP Solutions". gotsoftwares.com. Retrieved 2015-11-22.
31. SAP Insider (15 November 2007) Still Struggling to Reduce Call Center Costs Without Losing Customers? (http://www.sdn.sap.com/irj/scn/go/portal/prtroot/docs/library/uuid/e044e180-8375-2a10-a2b2-b5709ea68ccb)
32. "Gamification Comes to the Contact Center". CRM Magazine. Retrieved 2015-11-26.
33. "CRM in Customer Service". CRM Magazine. Retrieved 2015-11-22.
34. "Contact center automation takes flight", SearchCRM. Retrieved 2015-11-26.
35. "7 Ways CRM Can Increase Your Sales [Infographic]". Salesforce Blog. Retrieved 2015-11-23.
36. Prasongsukarn, Kriengsin (2006). "Customer relationship management from theory to practice: Implementation steps". Inspire Research Company.
37. Davenport, T.H., Harris, J.G., Kohli, A.K. (2001). "How do they know their customers so well?", MIT Sloan Management Review, Vol. 42 No.2, pp.63-73.
38. Yun E. Zeng, H. Joseph Wen, David C. Yen, "Customer relationship management (CRM) in business-to-business (B2B) e-commerce", Emerald 11, (2003).
39. Rebekah Henderson, B2B Insights (2013) How to build a B2B-friendly CRM (http://www.b2binsights.com/how-to-build-a-b2b-friendly-crm/)
40. "B2B Marketing: What Makes It Special? | B2B International". B2B International. Retrieved 2015-11-22.
41. "FreeCRM.com to Track Costco Wholesale's B2B Affiliate Partnerships and Programs". technews.tmcnet.com. Retrieved 2015-11-23.
42. "CRM and ERP: What's The Difference?". CRM Switch. Retrieved 2015-11-26.

43. "Demystifying CRM Adoption Rates". *CRM Magazine*. 2006-07-01. Retrieved 2015-11-22.
44. It's all about the Customer, Stupid – The Importance of Customer Centric Partners.
45. Jim Dickie, *CSO Insights* (2005) Demystifying CRM Adoption Rates.
46. Joachim, David. "CRM tools improve access, usability." (cover story). *B to B* 87, no. 3 (11 March 2002).
47. Forbes.com (2013) 2013 CRM Market Share Update: 40% Of CRM Systems Sold Are SaaS-Based (http://www.forbes.com/sites/louiscolumbus/2013/04/26/2013-crm-market-share-update-40-of-crm-systems-sold-are-saas-based/)
48. "Gartner Says Worldwide Customer Relationship Management Market Grew 23 Percent in 2007" (Press release). Gartner, Inc. 12 September 2008. Retrieved 2008-08-15.
49. "Gartner Says Worldwide CRM Market Grew 12.5 Percent in 2008" (Press release). Gartner, Inc. 15 June 2009. Retrieved 2009-10-27.
50. "Gartner CRM Market Share Update: 47% Of All CRM Systems Are SaaS-Based, Salesforce Accelerates Lead" (Press release). Forbes. 22 May 2015. Retrieved 2015-08-10.
51. "Gartner CRM Market Share Update: 47% Of All CRM Systems Are SaaS-Based, Salesforce Accelerates Lead". *Forbes*. Retrieved 2015-11-22.
52. "The 2015 CRM Market Leaders: Enterprise CRM Suite". *CRM Magazine*. 2015-07-31. Retrieved 2015-11-23.
53. "The 2015 CRM Market Leaders: Small-Business CRM Suite". *CRM Magazine*. 2015-07-31. Retrieved 2015-11-23.
54. "Market Leaders: Incentive Management". *CRM Magazine*. 2010-08-24. Retrieved 2015-11-23,
55. "Market Leaders: Marketing Solutions". *CRM Magazine*. 2010-08-24. Retrieved 2015-11-24.
56. "Market Leaders: Business Intelligence". *CRM Magazine*. 2010-08-24. Retrieved 2015-11-24.
57. "Market Leaders: Data Quality". *CRM Magazine*. 2010-08-24. Retrieved 2015-11-24.
58. "Appirio Wins CRM Magazine's "CRM Market Leader Award for Consultancies " ". *Appirio*. Retrieved 2015-11-23.
59. CRM Trends in Insurance Industry (http://www.hcltech.com/sites/default/files/CRM_Trends_Insurance.pdf)*CRM Trends in Insurance Industry*. April, 2010
60. "Integrating your Phone Systems with your CRM - Manage your Sales and Customer Effectively - Hybrid TP". *Hybrid TP*. Retrieved 2015-11-30.
61. Put Cloud CRM to Work (http://www.pcworld.com/businesscenter/article/193463/put_cloud_crm_to_work) *PC World*: April, 2010
62. "The Top 20 Most Popular CRM". Capterra.
63. "Best CRM". salesforce.com.
64. Oracle Buys Cloud-based Customer Service Company RightNow For $1.5 Billion (http://techcrunch.com/2011/10/24/oracle-buys-cloud-based-customer-service-company-rightnow-for-1-5-billion/) *Techcrunch*: 24 October 2011
65. SAP Challenges Oracle With $3.4 Billion SuccessFactors Purchase (http://www.businessweek.com/news/2011-12-07/sap-challenges-oracle-with-3-4-billion-successfactors-purchase.html) *Bloomberg Businessweek*: 7 December 2011
66. Greenberg, Paul (2009). *CRM at the Speed of Light* (4th ed.). McGraw Hill. p. 7.
67. "Top 5 CRM Trends for 2013". Enterprise Apps Today. Retrieved 7 June 2013.
68. Destinationcrm.com (http://www.destinationcrm.com/Issue/1776-May-2010.htm) *CRM Magazine*: May, 2010
69. [1] (http://blogs.gartner.com/doug-laney/files/2012/02/ad1074-The-Great-Enterprise-Balancing-Act-Extended-Relationship-Management-XRM.pdf) *The Great Enterprise Balancing Act: Extended Relationship Management (XRM)*, Doug Laney, META Group publication, 10 December 2001
70. DeGregor, Dennison (2011). *Customer-Transparent Enterprise: Beyond 20th Century CRM*. Motivational Press. ISBN 1-935723-23-5.

Retrieved from "https://en.wikipedia.org/w/index.php?title=Customer_relationship_management&oldid=706734874"

Categories: Customer experience management | Customer relationship management software | E-commerce | Marketing | Office and administrative support occupations

- This page was last modified on 25 February 2016, at 00:23.

- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

KD0804

**Sales Consultants (experienced and trainees)**
KINGS CHRYSLER JEEP DODGE - Cincinnati, OH

**SALES CONSULTANTS**
*No sales experience necessary*
*Paid training available !*

KINGS CHRYSLER JEEP DODGE
4486 Kingswater Dr., Cincinnati, OH 45249
**Call (513) 683-3000 ASAP or leave a voicemail for**
**Jeff Carmichael, General Sales Manager**

Do you enjoy providing great customer service? Do you prefer the helpful, no-haggle approach when you buy a vehicle? Due to increased sales volume, Kings Chrysler Jeep Dodge has new opportunities available. We are seeking career-minded individuals with a professional image and a friendly personality to join us as Sales Consultants. **Experience is a plus, but no sales experience of any type is required. We will provide you with a hands-on paid training program given by our managers along with tools to help you succeed.** Please contact us ASAP to schedule an interview to learn more about our new paid training program. We are part of the reputable Kenwood Dealer Group and have been serving our huge customer base for years. We have a state-of-the-art dealership with three great brands all under one roof in a 10-acre area. We offer a great working environment and are conveniently located at the I-71/Fields-Ertel Rd. exit 19 in the popular Kings Automall.

**We Offer:**

- **Paid training**

- **Excellent** compensation plan; large inventory of new and quality pre-owned vehicles – **open floor to sell new AND used**

- Busy, convenient automall location; beautiful expansive facility!

- Fun, professional environment

- Company car/demo plan with good driving record

- Medical & dental plans

- Paid time off, paid holidays, paid life insurance

- 401(k) retirement plan and more

- Potential opportunity for future advancement across our company

**You Provide:**

- Professional image and friendly personality

KD0805

- Satisfactory employment references

- Ability to work 5-day work week including Saturdays and rotating Sundays

- Basic math & computer skills

- Positive attitude

- Good communication skills

- Team player

- High school grad/ *college preferred*

**Interested candidates may also call or leave a voicemail for Jeff Carmichael at (513) 683-3000 with any questions or to schedule an interview. You may also send your work history to (513) 362-4188 ATTN: JEFF, or visit us to fill-out an application ASAP.**

**You will like what we have to offer! Join our successful team at Kings Chrysler Jeep Dodge!**

Must be 18 or older. Equal Opportunity Employer Male/Female

Job Type: Full-time



Robert Reichert <rcr@kdghq.com>

## Fw: job
1 message

**Mark Pittman** <mpittman@kingscjd.com>                          Thu, Sep 17, 2015 at 3:24 PM
To: Bob Reichert <bobr@fuse.net>

—— Original Message ——
**From:** Mark Pittman
**To:** rcr@kdghq.com
**Sent:** Thursday, September 17, 2015 3:01 PM
**Subject:** Fw: job

—— Original Message ——
**From:** Mark Pittman
**To:** rcr@kdgh.com
**Sent:** Tuesday, September 15, 2015 1:59 PM
**Subject:** Fw: job

Bob,

    Below is the email I sent Rick after I decided not to hire him again.

    Rick would stop in and I would ask how he is doing and if he is going back to work. I NEVER said he had a job here. I did tell him early on that he had to re-apply when he was ready and that we are often looking for salespeople.

    During one of Rick's visits, when he was walking pretty well, I asked when he was going to be able to go back to work. He replied that he never would, that he was done.

    When Rick called me in August I asked him to see and talk with Jeff.

    I told Rick that I was trying a new thing, to not hire back people that were middle-of-the-road performers, to try and get some aggressive people. Rick responded that he was always a top performer. I never said anything... ever... about age.

Mark

—— Original Message ——
**From:** Mark Pittman
**To:** Rick Holloway
**Sent:** Wednesday, September 02, 2015 10:30 AM
**Subject:** re: job

Rick,

    I regret to inform you that we have decided to not offer you a job. I do wish you well though.
Mark Pittman
Kings CJD
513-362-4167

KD0007

- Satisfactory employment references
- Ability to work 5-day work week including Saturdays and rotating Sundays
- Basic math & computer skills
- Positive attitude
- Good communication skills
- Team player
- High school grad/ *college preferred*

**Interested candidates may also call or leave a voicemail for Jeff Carmichael at (513) 683-3000 with any questions or to schedule an interview. You may also send your work history to (513) 362-4188 ATTN: JEFF, or visit us to fill-out an application ASAP.**

**You will like what we have to offer! Join our successful team at Kings Chrysler Jeep Dodge!**

Must be 18 or older. Equal Opportunity Employer Male/Female

Job Type: Full-time

| First Name | Last Name | Age | Home Department Description | Hire Date/Rehire | Position Start Date | Termination Date | |
|---|---|---|---|---|---|---|---|
| Jeffrey | Bevis | 44 | CHC-F & I MGR | 11/18/2013 | 02/04/2016 | | |
| Joe | Themann | 76 | CHC-NEW/USED LOT TECH | 06/19/2014 | 06/07/2016 | | |
| Caitlyn | Schoors | 25 | CHC-SERVICE ADVISOR | 01/05/2015 | 02/02/2017 | | Transfer from SKA |
| James | Plagge | 46 | CHC-FLAT RATE TECH | 01/20/2015 | 01/20/2015 | 07/18/2015 | Transfer from KK |
| Sherry | Tarter | 51 | CHC-NEW VEHICLE SALES | 01/20/2015 | 01/20/2015 | 09/25/2016 | Transfer from SKA |
| Amee | Namimati | 40 | CHC-F & I MGR | 02/02/2016 | 11/03/2016 | | |
| Paige | Cruz-Jackson | 21 | CHC-SERVICE OTHER | 02/06/2016 | 02/06/2016 | | |
| Jordan | Jralsat | 31 | CHC-SALES FLOOR MGRS | 02/10/2015 | 02/10/2015 | | |
| Christian | Pluratt | 53 | CHC-NEW VEHICLE SALES | 06/30/2016 | 06/30/2016 | 04/28/2015 | Transfer from SUB |
| Haley | Wolf | 20 | CHC-NEW VEHICLE SALES | 02/11/2015 | 02/11/2015 | | |
| Abby | Perkins | 27 | CHC-NEW VEHICLE SALES | 02/12/2015 | 02/12/2015 | | Transfer from Sales |
| Michael | Roseblossom | 22 | CHC-SERVICE HOURLY | 02/13/2016 | 02/13/2016 | | |
| Gregory | Hale | 55 | CHC-SERVICE ADVISOR | 03/16/2016 | 03/16/2016 | 07/07/2015 | |
| Mercury | Mullins | 22 | CHC-SERVICE HOURLY | 03/23/2015 | 03/23/2015 | | |
| Robert | Blair | 54 | CHC-FLAT RATE TECH | 04/20/2016 | 04/20/2016 | | |
| Jeffrey | Paris | 38 | CHC-FLAT RATE TECH | 04/27/2015 | 04/27/2015 | 09/15/2015 | |
| Ross | Furtwengler | 28 | CHC-NEW VEHICLE SALES | 05/18/2015 | 05/18/2015 | 08/15/2015 | |
| Ross | Furtwengler | 28 | CHC-PARTS DISPATCH DRIVER | 05/28/2015 | 08/08/2015 | 01/06/2016 | |
| Ross | Furtwengler | 28 | CHC-PARTS DISPATCH DRIVER | 05/28/2015 | 08/08/2015 | 01/15/2016 | |
| Lawrence | Bunger | 39 | CHC-NEW VEHICLE SALES | 06/03/2015 | 08/06/2015 | 01/15/2016 | |
| Mark | Caldwell II | 31 | CHC-SERVICE HOURLY | 06/08/2015 | 06/03/2015 | | |
| Gregory | Clark | 60 | CHC-PARTS DISPATCH DRIVER | 07/30/2015 | 07/30/2015 | 12/23/2015 | |
| Patrick | McGrath | 27 | CHC-NEW VEHICLE SALES | 08/08/2015 | 08/08/2015 | 12/05/2015 | |
| Johnathan | Moore | 25 | CHC-FLAT RATE TECH | 09/04/2015 | 09/04/2015 | | |
| Johnathan | Moore | 25 | CHC-FLAT RATE TECH | 08/04/2015 | 08/04/2015 | | |
| Andria | Scott | 24 | CHC-NEW VEHICLE SALES | 09/04/2015 | 09/04/2015 | | |
| Syruss | Williams | 22 | CHC-FLAT RATE TECH | 09/14/2015 | 09/14/2015 | | |
| Michael | Hartman | 28 | CHC-NEW VEHICLE SALES | 09/18/2015 | 09/18/2015 | 09/18/2015 | |
| Dylan | Jeder | 21 | CHC-FLAT RATE TECH | 01/21/2016 | 01/21/2016 | | |
| Orion | Mains | 31 | CHC-FLAT RATE TECH | 03/24/2016 | 03/24/2016 | 03/25/2016 | |
| Kyle | Maschinot | 31 | CHC-NEW VEHICLE SALES | 04/14/2016 | 04/14/2016 | | |
| John | Colonel | 20 | CHC-SERVICE HOURLY | 05/05/2016 | 05/05/2016 | 03/30/2017 | |
| Heather | Jamison | 35 | CHC-SERVICE HOURLY | 05/19/2016 | 05/19/2016 | 03/28/2017 | |
| Geoffrey | McNaught | 41 | CKP-VEHICLE SALES | 05/19/2016 | 05/19/2016 | 11/03/2016 | |
| Mark | Dresselhaus | 46 | CHC-FLAT RATE TECH | 08/25/2016 | 08/25/2016 | | Transfer from KK |
| Edward | Steger | 64 | CHC-SERVICE ADVISOR | 09/08/2016 | 09/08/2016 | 02/22/2017 | |
| Byron | Beckett | 21 | CHC-PARTS DISPATCH DRIVER | 09/08/2016 | 09/08/2016 | | |
| Michael | Nolan | 58 | CHC-SERVICE HOURLY | 09/29/2016 | 09/29/2016 | | |
| Christopher | Vaska | 28 | CHC-NEW VEHICLE SALES | 10/13/2016 | 10/13/2016 | | |
| Austin | Roseberry | 19 | CHC-NEW VEHICLE SALES | 10/13/2016 | 10/13/2016 | | |
| Aaron | Malone | 40 | CHC-FLAT RATE TECH | 10/20/2016 | 10/20/2016 | 11/09/2016 | |
| Paul | Schoenhoft | 51 | CHC-NEW VEHICLE SALES | 03/02/2017 | 03/02/2017 | | |

PENGAD 800-631-6989

PLAINTIFF'S
EXHIBIT
2

KD0776