**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Frederick Holloway,

     Plaintiff,

          v.                        Case No.   1:16cv1075

Kings Dodge, Inc., *et al.*,              Judge Michael R. Barrett

     Defendants.

<u>**JUDGMENT IN A CIVIL CASE**</u>

**[ X ]**   **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[   ]**   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:   The Jury has found in favor of Defendants against Plaintiff.

Date: September 3, 2021             <u>  Richard W. Nagel, Clerk          </u>
                                      Clerk

                   By:  <u>       *S/Barbara A. Crum*       </u>
                         Deputy Clerk