## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 13, 2021

Mr. Brian Joseph Butler
Mezibov Butler
615 Elsinore Place
Suite 105
Cincinnati, OH 45202

Mr. Curtis Lee Cornett
Cors & Bassett
201 E. Fifth Street
Suite 900
Cincinnati, OH 45202

Ms. Alison M. Huenefeld
Cors & Bassett
201 E. Fifth Street
Suite 900
Cincinnati, OH 45202

Mr. Marc D. Mezibov
Mezibov Butler
615 Elsinore Place
Suite 105
Cincinnati, OH 45202

Re: Case No. 21-3899, *Frederick Holloway v. Kings Dodge, Inc., et al*
Originating Case No.: 1:16-cv-01075

Dear Sir or Madam,

   The Court issued the enclosed (Order/Opinion) today in this case.

                                             Sincerely yours,

                                             s/Connie A. Weiskittel
                                           Mediation Administrator

cc:  Mr. Richard W. Nagel

Enclosure

No mandate to issue

Case No. 21-3899

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

FREDERICK HOLLOWAY

    Plaintiff - Appellant

v.

KINGS DODGE, INC.; KENWOOD DEALER GROUP INC.

    Defendants - Appellees

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: December 13, 2021